COMPLAINT EXHIBIT 4

Recorded at Request of
Old Republic Title Company

14)1021458

Recording requested by and
After recording, return to:

STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Attn: Virginia M. Pedreira

Fresno County Recorder
Paul Dictos, CPA

**2022-0040643**

Recorded at the request of:
ERECORDING PARTNERS NETWORK
03/29/2022 10:08 57
Titles: 1    Pages: 9
Fees: $43.00
CA SB2 Fees:$75.00
Taxes: $0.00
Total: $118.00

Loan No. 201755

---

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# FIRST AMENDMENT TO DEED OF TRUST, SECURITY AGREEMENT, ASSIGNMENT OF RENTS AND LEASES AND FIXTURE FILING

(Fresno County, California)

THIS FIRST AMENDMENT TO DEED OF TRUST, SECURITY AGREEMENT, ASSIGNMENT OF RENTS AND LEASES AND FIXTURE FILING (this "**Amendment**") is made and entered into as of March 22, 2022 (the "**Effective Date**"), by and among C & A FARMS, LLC, a California limited liability company, and MARICOPA ORCHARDS, LLC, a California limited liability company, as Trustor (collectively, "**Trustor**"), and METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, as Beneficiary ("**Beneficiary**"), with LEON A. MORENO, as Trustee ("**Trustee**").

## RECITALS

A.      Trustor has granted for the benefit of Beneficiary that certain Deed of Trust, Security Agreement, Assignment of Rents and Leases and Fixture Filing dated as of April 2, 2021 and recorded on April 2, 2021 in the Official Records of Fresno County, California as Document No. 2021-0054552 (the "**Deed of Trust**"), encumbering certain real and personal property located in Fresno County, California, as more particularly described in the Deed of Trust. Capitalized terms used and not otherwise defined herein shall have the meanings given to them in the Deed of Trust.

B.      Beneficiary and Trustor have agreed to modify the description of certain of the Water Rights encumbered by the Deed of Trust in accordance with the terms of this

1

Amendment.

NOW, THEREFORE, in consideration of the premises, the mutual covenants and agreements hereinafter set forth and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by the parties hereto, it is agreed as follows:

## AGREEMENT

1. **Confirmation of Loan**. The Note, the Loan Agreement, the Deed of Trust and all other Loan Documents executed in connection with and supporting the Loan are hereby confirmed by Trustor as being in full force and effect and Trustor acknowledges that it has no defenses or offsets to any of its obligations thereunder and that Beneficiary has performed all of its obligations thereunder to this date.

2. **Amendment to Deed of Trust**. As of the Effective Date, the Deed of Trust is hereby amended to provide that the Beneficiary's security interest in and assignment of the Trustor's membership interests in Poso Creek and its exercise thereof shall be limited with respect to the use of any water available under the Member Water Account (as defined in the Pledge Agreement) to 1,500 stored acre-feet of water. For the avoidance of doubt, Trustor shall be permitted to use, pledge, assign or transfer, in its discretion but in accordance with the terms of the Company Agreement and the Water Banking Agreement (as each is defined in the Pledge Agreement), any water available under its Member Water Account in excess of 1,500 stored acre-feet, free of any security interest of Lender.

3. **Reaffirmation**. Except as expressly set forth herein, the Deed of Trust shall remain unmodified and in full force and effect, and Trustor hereby affirms and reaffirms, as applicable, each and every term and provision of the Deed of Trust, as originally set forth therein, as to the real and personal property encumbered by the lien of the Deed of Trust, as amended hereby.

4. **Construction**. This Amendment shall be construed in accordance with the law of the State of California (excluding choice-of-law principles). The terms of this Amendment have been mutually negotiated with each party having the opportunity to seek the advice of legal counsel and shall not be construed against any party. The headings in this Amendment are inserted solely for the purpose of convenience and shall not affect the interpretation of the provisions hereof. If any portion of this Amendment is held to be invalid by any court of competent jurisdiction, such ruling shall not affect the remaining terms hereof unless and to the extent it includes a specific determination that the fundamental purposes of this Amendment are thereby significantly impaired. All sums referred to in this Amendment shall be calculated by and payable in the lawful currency of the United States.

     5.    <u>Entire Agreement</u>. No amendments, variations, waivers, modifications or changes to this Amendment shall be effective unless in writing and signed by the Beneficiary and the Trustor subsequent to the date hereof.

     6.    <u>Counterparts</u>. This Amendment may be executed in two or more counterparts, all of which shall constitute but one and the same instrument. The signature pages of exact copies of this Amendment may be attached to one copy to form one complete document.

**IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS AMENDMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. YOU MAY CHANGE THE TERMS OF THIS AMENDMENT ONLY BY ANOTHER WRITTEN AGREEMENT.**

*[Signature pages follow]*

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the Effective Date.

**TRUSTOR:**

C & A FARMS, LLC,
a California limited liability company

By: _____
Farid Assemi, its General Manager

By: _____
Farshid Assemi, its General Manager

By: _____
Darius Assemi, its General Manager

MARICOPA-ORCHARDS, LLC,
a California limited liability company

By: _____
Farid Assemi, its General Manager

By: _____
Farshid Assemi, its General Manager

By: _____
Darius Assemi, its General Manager

*[Signatures continue on following page]*

4

First Amendment to Deed of Trust
Dumar & Pistache Ranches
Loan No. 201755
114723451.2 0053564-00511

**BENEFICIARY:**

METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation

By: MetLife Investment Management, LLC, its investment manager

By: _____
Name: Robert Frudden
Its: Authorized Signatory and Director

*[Acknowledgments on following pages]*

5

First Amendment to Deed of Trust
Dumar & Pistache Ranches
Loan No. 201755
114723451.2 0053564-00511

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF __Fresno__      )

On __March 22__, 2022 before me, __L. Diaz__, Notary Public, personally appeared FARID ASSEMI, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: ___L. Diaz___      (seal)

```
L. DIAZ
NOTARY PUBLIC . CALIFORNIA
COMMISSION # 2235602
FRESNO COUNTY
My Comm. Exp. April 20, 2022
```

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
)  ss.
COUNTY OF __FRESNO__ )

On __March 22__, 2022 before me, __L. Diaz__, Notary Public, personally appeared DARIUS ASSEMI, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

```
L. DIAZ
NOTARY PUBLIC . CALIFORNIA
COMMISSION # 2235602
FRESNO COUNTY
My Comm. Exp. April 20, 2022
```

Signature: _____    (seal)

7

First Amendment to Deed of Trust
Dumar & Pistache Ranches
Loan No. 201755
114723451.2 0053564-00511

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA        )
                           ) ss.
COUNTY OF __Fresno__       )

On __March 22__, 2022 before me, __L. Diaz__, Notary Public, personally appeared FARSHID ASSEMI, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _____        (seal)

> L. DIAZ
> NOTARY PUBLIC . CALIFORNIA
> COMMISSION # 2235602
> FRESNO COUNTY
> My Comm. Exp. April 20, 2022

8

First Amendment to Deed of Trust
Dumar & Pistache Ranches
Loan No. 201755
114723451.2 0053564-00511

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA         )
                            ) ss.
COUNTY OF __Fresno__        )

On __March 21__, 2022 before me, __Erin E Thorpe__, Notary Public, personally appeared __Robert Frudden__ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: __Erin E Thorpe__       (seal)

> ERIN E. THORPE
> COMM. #2311628
> Notary Public · California
> Fresno County
> My Comm. Expires Dec. 4, 2023

9

First Amendment to Deed of Trust
Dumar & Pistache Ranches
Loan No. 201755
114723451.2 0053564-00511