COMPLAINT EXHIBIT 8

B0378-8607 04/06/2021 5:00 PM Received by California Secretary of State

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

| For Office Use Only |
| --- |
| **-FILED-** |
| File #: U210036586428 |
| Date Filed: 4/6/2021 |

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC   1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

2088 51761
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: California
(S.O.S.)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME Maricopa Orchards, LLC | | | | |
| --- | --- | --- | --- | --- |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS 1306 W. Herndon Avenue, Suite 101 | CITY Fresno | STATE CA | POSTAL CODE 93711 | COUNTRY USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME C & A Farms, LLC | | | | |
| --- | --- | --- | --- | --- |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS 1306 W. Herndon Avenue, Suite 101 | CITY Fresno | STATE CA | POSTAL CODE 93711 | COUNTRY USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME Metropolitan Life Insurance Company | | | | |
| --- | --- | --- | --- | --- |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS 10801 Mastin Boulevard, Suite 700 | CITY Overland Park | STATE KS | POSTAL CODE 66210 | COUNTRY USA |

4. COLLATERAL: This financing statement covers the following collateral:
For collateral description see Schedule I attached hereto and incorporated herein by this reference.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA: 201755/SR53564-511

2088 51761

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

B0378-8508 04/06/2021 5:00 PM Received by California Secretary of State

## SCHEDULE I

Financing Statement (continued)

Name of Debtor:       Maricopa Orchards, LLC
                      C & A Farms, LLC

Secured Party:        Metropolitan Life Insurance Company

Item No. 4:

All of Debtor's estate, right, title and interest which Debtor now has or may later acquire, in and to:

A.       All buildings, structures and improvements of every nature whatsoever now or hereafter affixed, attached to or incorporated in that certain real property located in Fresno County, California, as described on Exhibit A attached hereto and incorporated herein by this reference (the **"Property"**), together with all estates, rights, title , interest and estate of Debtor in and to said property including without limitation all oil, gas and mineral rights with respect to the Property and all appurtenance and entitlements, including, without limitation, (i) all houses, barns, sheds, warehouses, pumphouses, bunkhouses, mobile homes, modular homes, hothouses and all other buildings, (ii) grain bins, silos, storage bins, metal sheds and buildings, water towers, utility and pipelines, and windmills, (iii) all towers, fences, gates and posts, (iv) all electric, water and gas lines, wiring, pipe and equipment together with meters, transformers, switch boxes, fuse panels, circuit breakers, timing devices, thermostats and control valves, (v) controlled atmosphere equipment, if any, and (vi) all additions, substitutions and replacements thereof now or hereafter owned by Debtor and located in, on or about, or used or intended to be used with or in connection with the use, operation or enjoyment of the Property, all of which are hereby declared and shall be deemed to be fixtures and accessions to the Property as between the parties hereto and all persons claiming by, through or under them, and which shall be deemed to be a portion of the security for the indebtedness.

B.       All present and future income, rents, issues, profits and revenues of the Property and the Crops (defined below) from time to time accruing (including, without limitation, all payments under leases or tenancies, unearned premiums on any insurance policy carried by Debtor for the benefit of Secured Party and/or the Property, tenant security deposits, escrow funds and all awards or payments, including interest thereon and the right to receive same, growing out of or as a result of any exercise of the right of eminent domain, including the taking of any part or all of the Property or payment for alteration of the grade of any road upon which said Property abuts, or any other injury to, taking of or decrease in the value of said Property to the extent of all amounts which may be owing on the indebtedness secured by that certain Deed of Trust dated as of April 2, 2021 (the **"Deed of Trust"**), at the date of receipt of any such award or payment by Debtor, and the reasonable attorneys' fees, costs and disbursements

UCC Schedule I
Dumar and Pistache Ranches
Loan No. 201755
110331653 0053564-00511

B0378-8609  04/06/2021  5:00 PM  Received by California Secretary of State

incurred by Secured Party in connection with the collection of such award or payment), and all the estate, right, title, interest, property, possession, claim and demand whatsoever at law or in equity, of Debtor of, in and to the same;

C.       All improvements, equipment and fixtures now owned or hereafter acquired by Debtor that now or hereafter are located on, affixed or attached to, or incorporated in the Property or the improvements thereon, or used in connection therewith, wherever located, including (i) all wells, irrigation and drainage pumps, motors, pipes, pivots, sprinklers, drip line and emitters, filters, water measurement, meters and control structures and other irrigation equipment, including, without limitation, the items described in Exhibit B attached hereto and incorporated herein, (ii) appliances, pool equipment, and affixed furnishings, (iii) all trellises, fences, wind machines and other frost protection equipment, (iv) all trees, vines and other permanent plantings, and (v) all additions, substitutions for, or replacements of, the foregoing.

D.       All rights of Debtor or the Property to the use and enjoyment of water, whether surface or subsurface, whether riparian, appropriative, prescriptive or otherwise, and whether or not appurtenant, now or hereafter appurtenant or attributable to the Property, including: (a) all water allocations, water banking interests, carryover rights, supplemental water, water banking rights and interests, distribution rights, delivery rights, storage and exchange rights, drainage rights, and other water-related rights or entitlements, whether available through any public or private irrigation projects, companies, districts, agencies, water banks, private parties or otherwise, together with all shares of stock or general intangibles evidencing any such rights or entitlements, and all voting rights and other rights and privileges that now or hereafter may exist with respect to such stock or with respect to participation, membership, or other involvement in any such projects, companies, districts, or agencies; (b) all water and water inventory in storage and any interest in the related storage facility or bank; (c) all easements, permits, licenses, contracts, leases, grants, reservations and any other rights and entitlements, however created, to drill, install and maintain wells, pumps and pipeline systems, or to use, appropriate, pump, extract, receive, transport, store or transfer water including without limitation any such agreements or easements referenced in Exhibit A or Exhibit A-1; (d) all rights under well, pump and filter sharing agreements, and other contracts and licenses relating to the use of water on the Property including without limitation those more particularly described on Exhibit A-1; (e) all rights under water service and delivery contracts now or hereafter relating to the Property as described on Exhibit A-1 attached hereto and incorporated herein and all replacements, amendments and extensions thereof.  In addition, whether or not appurtenant or attributable to the Property, each Debtor's membership interests in Poso Creek Water Company, LLC, a California limited liability company ("**Poso Creek**"), and all attendant rights and privileges including any Debtor's allocations of stored water derived through such membership interest (the rights and interests described in this paragraph are herein referred to as the "**Water Rights**").  Notwithstanding the foregoing, except to the extent (x) any of the foregoing Water Rights are no longer in effect and Debtor acquires any of the assets described in clauses (i) – (iii) below for purposes of replacing or substituting any of such Water Rights

B0378-8610 04/06/2021 5:00 PM Received by California Secretary of State

no longer in effect, and (y) any of the assets described in clauses (i) – (iii) below constitute the products or proceeds of any of the foregoing Water Rights, the "Water Rights" shall not include, and Secured Party shall have no security interest in the following:

(i)    additional membership interests in any water bank (including that of Semitropic Water Storage District (whether through Poso Creek or otherwise)) acquired by any Debtor following the date of this Deed of Trust so long as the existing membership interests held by any such Debtor and the other "Pledgors" as defined under the Pledge and Security Agreement dated as of even date herewith and executed for the benefit of Secured Party, with respect to the Poso Creek interests, remain valid and in full force and effect and are not thereby diluted or subordinated in priority and proceeds of the loans are not used for the acquisition and so long as such additional membership interests are not created or supported with water from the Water Rights; and

(ii)    short term or long term contracts for the purchase of water entered into by a Debtor following the date of the Deed of Trust from sources not, as of the date of the Deed of Trust, subject to contract for the delivery of water to any Debtor or any portion of the Property and the water subject to such contracts, so long as the Water Rights are not thereby reduced in either right, supply or priority; and

(iii)    water made available to Debtor through the acquisition of either additional land (not subject to the Deed of Trust) or through the use of water allocations available to existing land owned by any Debtor but not subject to the Deed of Trust.

E.    All minerals or rights to minerals owned by Debtor, whether solid, liquid or gaseous (or a mixture), whether valuable or not, and whether or not known to exist under the Property, together with full rights of ingress and egress and use of the surface to the extent reasonably necessary for the purpose of exploring, drilling, mining, developing, producing, storing, removing, treating and transporting said minerals.

F.    All estates, tenements, hereditaments, privileges, easements, franchises, licenses, permits and other rights appurtenant to the Property, including: (a) all rights, permits, licenses, and other entitlements authorizing Debtor to use the Property as it presently is being used or as Debtor intends to use it, or both, (b) all rights of way used in connection therewith or as a means of access thereto, (c) the U.S. Department of Agriculture, Farm Services Agency crop base and any similar governmental entitlements from time to time allocated to the Property, (d) all rights to drain the Property and to dispose of irrigation water from the Property, together with all drainage easements and rights in drainage districts, and (e) all rights in cooperative associations for milling, ginning, grinding, storage, and marketing of crops and produce from the Property.

G.    All rights and/or interest arising under all contracts, leases, permits, licenses,

plans or intangible property now or hereafter related to or affecting the Property, including, without limitation, the leases described on the attached Exhibit C (the "**Ground Leases**"). The lessors under the Ground Leases are collectively referred to herein as the "**Ground Lessors**", and the lessees under the Ground Leases are collectively referred to herein as the "**Ground Lessees**". The Ground Lessors and the Ground Lessees are collectively referred to herein as the "**Lease Parties.**"

H.      All rights and/or interest arising under all contracts, leases, permits, options, licenses, plans or intangible property now or hereafter related to or affecting the Property").

I.      All crops now or hereafter grown, growing or to be grown on the Property, including, without limitation, harvested crops, farm products, seed and propagative portions of plants (the "**Crops**").

J.      All intellectual property rights now or hereafter held by Debtor with respect to trees or other permanent plantings now or hereafter growing on the Property, including, without limitation, all trademarks, patents or patent licenses.

K.      All accessions, parts, or additions to and all replacements of and substitution for any of the property described in the preceding clauses.

L.      All products of any of the property described on the preceding subparagraphs and all proceeds (including insurance proceeds) from the sale or other disposition of any of the property described in the preceding clauses; provided, that by accepting a security interest in proceeds Debtor does not consent to sale or other disposition of any of the foregoing.

## EXHIBIT A

The land referred to herein below is situated in the unincorporated area, County of Fresno, State of California and is described as follows:

TRACT A:

PARCEL 1:

The Southeast quarter of Section 9, Township 17 South, Range 17 East, Mount Diablo Base and Meridian, according to the Official Plat thereof, Fresno County Records.

EXCEPTING THEREFROM all of the mineral and mineral ores of every kind and character now known to exist or hereafter discovered upon, which or underlying the hereinabove described property or that may be produced therefrom including, without limiting the generality of the foregoing, all oil, natural gas and sand, gravel and aggregates, and products derived therefrom as granted to Bravo Oil Company in Deed recorded December 29, 1965, Instrument No. 104217 in Book 5257, Page 25 of Official Records, Fresno County Records.

APN: 050-040-16s

PARCEL 2:

The Northeast quarter of Section 9, Township 17 South, Range 17 East, Mount Diablo Base and Meridian, according to the Official Plat thereof, Fresno County Records.

EXCEPTING THEREFROM all of the mineral and mineral ores of every kind and character now known to exist or hereafter discovered upon, which or underlying the hereinabove described property or that may be produced therefrom including, without limiting the generality of the foregoing, all oil, natural gas and sand, gravel and aggregates, and products derived therefrom as granted to Bravo Oil Company in Deed recorded December 29, 1965, Instrument No. 104217 in Book 5257, Page 25 of Official Records, Fresno County Records.

APN: 050-040-15s

PARCEL 3:

The West half of Section 9, Township 17 South, Range 17 East, Mount Diablo Base and Meridian, according to the Official Plat thereof.

Exhibit A - Page 1

B0378-8612 04/06/2021 5:00 PM Received by California Secretary of State

EXCEPTING THEREFROM all of the mineral and mineral ores of every kind and character now known to exist or hereafter discovered upon, which or underlying the hereinabove described property or that may be produced therefrom including, without limiting the generality of the foregoing, all oil, natural gas and sand, gravel and aggregates, and products derived therefrom as granted to Bravo Oil Company in Deed recorded December 29, 1965, Instrument No. 104217 in Book 5257, Page 25 of Official Records, Fresno County Records.

APN: 050-040-17s

TRACT B:

Parcel One:

The Northwest Quarter of Section 22, Township 17 South, Range 16 East, Mount Diablo Base Meridian, in the unincorporated area, County of Fresno, State of California according the Official Plat thereof.

Excepting therefrom all oil, gas and minerals as heretofore reserved and/or granted of record.

APN: 050-070-15s

Parcel Two:

The Southeast Quarter of Section 22, Township 17 South, Range 16 East, Mount Diablo Base Meridian, in the unincorporated area, County of Fresno, State of California according to the Official Plat thereof.

Excepting therefrom the East half of the Southeast Quarter of the Southeast Quarter of Section 22, which was conveyed to Westlands Water District by Deed Recorded in Book 7412 Page 641, Official Records.

Also excepting therefrom an undivided three-fourths interest in and to all minerals, oil, gas and other similar substances contained therein, together with the right at any and all times to enter upon said property either in person or by representatives, as reserved in the Deed from Loren C. Rigby, Executor of the Will of Myra L. Gibson, Deceased, to Five Points Ranch Inc., a corporation, dated June 15, 1962, recorded July 2, 1962 in Book 4737 Page 235 of Official Records, Document No. 51617.

Also excepting therefrom all Grantors interest in and to all oil, gas, minerals and other hydrocarbon substances in and under said land as reserved by Harold D. Burford, et al, in the Deed Recorded November 23, 1983 as Document No. 83109958, Official Records.

Exhibit A - Page 2

UCC Schedule I
Dumar and Pistache Ranches
Loan No. 201755
110331653 0053564-00511

B0378-8513 04/06/2021 5:00 PM Received by California Secretary of State

APN: 050-070-29s

Parcel Three:

The Northeast Quarter of Section 22, Township 17 South, Range 16 East, Mount Diablo Base Meridian, in the unincorporated area, County of Fresno, State of California according the Official Plat thereof.

Excepting therefrom all oil, gas, minerals and other hydrocarbon substances in and under said land as heretofore reserved and/or granted of record.

APN: 050-070-18s

Exhibit A - Page 3

UCC Schedule I
Dumar and Pistache Ranches
Loan No. 201755
110331653 0053564-00511

B0378-8614 04/06/2021 5:00 PM Received by California Secretary of State

B0378-8615 04/06/2021 5:00 PM Received by California Secretary of State

Exhibit A-1

<u>Certain Agreements Related to Water Rights</u>

None.

Exhibit A-1 - Page 1

B0378-8616 04/06/2021 5:00 PM Received by California Secretary of State

## Exhibit B
### Wells / Personal Property

**Dumar LLC**

| APN | Assessed Acres | Description | | |
|---|---|---|---|---|
| 050-070-15s | 160.00 | pistachios | | 2 deep wells, booster pump, reservoir, filter station |
| 050-070-18s | 160.00 | pistachios | | abandoned deep well |
| 050-070-29s | 138.18 | pistachios | | district turnout |
| Totals | 458.18 | | | |

**Pistache LLC- WWD 636.36 Acres of Pistachios**

Profile

| APN | Assessed Acres | Description | |
|---|---|---|---|
| 050-040-15s | 158.18 | pistachios - 2012 planting | |
| 050-040-16s | 160.00 | pistachios - 2012 planting | 2 wells, filter station, district turnout, reservoir, booster pump |
| 050-040-17s | 318.18 | pistachios - 2012 planting | |
| Totals | 636.36 | | |

Exhibit B

UCC Schedule 1
Dumar and Pistache Ranches
Loan No. 201755
110331653 0053564-00511

Exhibit C
<u>Ground Leases</u>

1.  Agricultural Lease dated as of April 2, 2021 between Maricopa Orchards, LLC, a
    California limited liability company, as landlord, and Dumar, LLC, a California limited
    liability company, as Tenant.

2.  Agricultural Lease dated as of April 2, 2021 between Maricopa Orchards, LLC, a
    California limited liability company, as landlord, and Pistache, LLC, a California limited
    liability company, as Tenant.

Exhibit C