1　MICHAEL B. BROWN, Bar No. 179222
　　michael.brown@stoel.com
2　THOMAS A. WOODS, Bar No. 210050
　　thomas.woods@stoel.com
3　BENJAMIN J. CODOG, Bar No. 307034
　　ben.codog@stoel.com
4　MICHELLE J. ROSALES, Bar No. 343519
　　michelle.rosales@stoel.com
5　STOEL RIVES LLP
　　500 Capitol Mall, Suite 1600
6　Sacramento, CA 95814
　　Telephone: 916.447.0700
7　Facsimile: 916.447.4781

8　*Attorneys for Plaintiff*
　　METROPOLITAN LIFE INSURANCE COMPANY

9

10　　　　　　UNITED STATES DISTRICT COURT

11　　　EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

12

| | |
|---|---|
| 13　METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, | Case No. 1:24-CV-01230-KES-SAB |
| 14 | |
| Plaintiff, | **DECLARATION OF JEREMY RASMUSSEN IN SUPPORT OF *EX PARTE* MOTION FOR ORDER APPOINTING RECEIVER AND FOR PRELIMINARY INJUNCTION** |
| 15 | |
| 16　v. | |
| 17　C & A FARMS, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company; DUMAR, LLC, a California limited liability company; PISTACHE LLC, a California limited liability company; KAMM SOUTH, LLC, a California limited liability company; ACDF, LLC, a California limited liability company; FARID ASSEMI, individually and as Trustee of the AMENDED AND RESTATED FARID ASSEMI REVOCABLE TRUST DATED March 2, 2010; FARSHID ASSEMI, an individual; FARSHID ASSEMI and SONIA ROSEMARY ASSEMI, as Trustees of the AMENDED AND RESTATED FARSHID ASSEMI AND SONIA ROSEMARY ASSEMI REVOCABLE TRUST dated March 2, 2010; DARIUS ASSEMI, individually and as Trustee of the AMENDED AND RESTATED DARIUS ASSEMI REVOCABLE TRUST, dated March 2, 2010; and DOES 1-100, | Date: Time: Dept.:　Action Filed: October 10, 2024 Trial Date: Not Set |

27

28　　　　　　Defendants.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

DECLARATION OF RASMUSSEN
ISO EX PARTE MOTION FOR
ORDER APPOINTING RECEIVER
　　　　　-1-　　　　CASE NO. 1:24-CV-01230-KES-SAB

1        I, Jeremy Rasmussen, under penalty of perjury, make the following declaration in support

2  of Plaintiff Metropolitan Life Insurance Company, a New York corporation's ("Plaintiff or

3  "MetLife" or "Lender") motion for an order for appointment of receiver in this case, and declare as

4  follows:

5      1.     I am a Director of the Agricultural Strategies Group with MetLife Investment

6  Management, LLC's ("MIM") agricultural finance team. MIM is the investment manager for

7  MetLife.  MetLife is a plaintiff in the above-captioned case.

8      2.     I have personal knowledge of the matters set forth in this declaration, either through

9  firsthand experience or from my personal review of MetLife's records over which I am a custodian.

10  Those records were kept and made in the ordinary course of MetLife's business at or near the time

11  of the act or occurrence described therein by someone with knowledge thereof including, without

12  limitation, those documents accompanying Plaintiff's Complaint for (1) Breach of Loan

13  Agreement; (2) Breach of Guaranty; (3) Judicial Foreclosure Under Security Agreement and

14  Pledge; (4) Judicial Foreclosure Under Deed of Trust; (5) Specific Performance and Appointment

15  of Receiver; (6) Injunctive Relief; and (7) Replevin (the "Complaint") as Exhibits 1-10. I make this

16  declaration based on such personal knowledge. If called upon as a witness in this case, I could and

17  would testify competently to the truth thereof.

18      3.     I have personal knowledge of, among other things, the Plaintiff, the Defendants

19  C & A FARMS, LLC and MARICOPA ORCHARDS, LLC (the "Borrower Defendants")[1], the

20  Loan, the Loan Documents, and the Real Property (as those terms are described in the Complaint),

21  as well as the facts and circumstances surrounding the same, including but not limited to the facts

22  and circumstances which give rise to the Complaint herein.

23      4.     Borrower Defendants and their affiliated entities own and operates a pistachio and

24  almond farming operation spanning multiple counties in and around Central California. MetLife is

25  one of a handful of financial institutions that have provided funding to the Borrower Defendants

26

27

---

[1] Defendant C & A Farms is a borrower but is not on title to the real property collateral.

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

DECLARATION OF RASMUSSEN
ISO EX PARTE MOTION FOR      -2-      CASE NO. 1:24-CV-01230-KES-SAB
ORDER APPOINTING RECEIVER

1  and taken security interests in and to Borrower Defendants' assets, including but not limited to

2  those assets described herein which form the basis of MetLife's collateral.

3  **I.    THE LOAN AND LOAN DOCUMENTS, AND THE COLLATERAL PROVIDED**
        **BY BORROWERS TO LENDER**

4

5          5.     On or about April 2, 2021, MetLife, as lender, made a loan to Borrower Defendants,

6  as borrowers, in the original principal amount of Twenty-Three Million Five Hundred Thousand

7  and 00/100 Dollars ($23,500,000) ("Loan"), pursuant to that certain Loan Agreement dated as of

8  April 2, 2021 ("Loan Agreement"), by and among Borrower Defendants, MetLife, and the

9  Guarantor Defendants.[2] (Dkt. 1-1.)

10         6.     The Loan is evidenced by that certain Promissory Note (the "Note") payable to the

11  order of MetLife, in the original principal sum of Twenty-Three Million Five Hundred Thousand

12  and 00/100 Dollars ($23,500,000), initially bearing interest at the rate of 3.5 percent per annum,

13  with a Maturity Date of January 5, 2041. (Dkt. 1-2.)

14         7.     The Note is secured by, inter alia, that certain (i) Deed of Trust, Security Agreement,

15  Assignment of Rents and Leases and Fixture Filing dated April 2, 2021, and recorded on April 2,

16  2021, with the Fresno County Recorder's Office as Document No. 2021-054552 ("Deed of Trust"),

17  in favor of MetLife, as beneficiary, under which Borrower Defendants, as trustors, conveyed to

18  Leon A. Moreno, as trustee, real property situated in the County of Fresno, State of California, and

19  described on Exhibit "A" to the Deed of Trust and all appurtenances, fixtures, permanent plantings,

20  rights and benefits thereto, as described in the Deed of Trust (the "Real Property"), and (ii) Pledge

21  and Security Agreement dated April 2, 2021 ("Pledge"), pursuant to which Pledgor Defendants[3]

22  thereto pledged, assigned and granted to MetLife a security interest in certain Pledged Collateral,

23

24  [2] The Guarantor Defendants include Farid Assemi, Fashid Assemi and Darius Assemi, each
    individually.

25  [3] The Pledgor Defendants include MARICOPA ORCHARDS, LLC, ACDF, LLC, KAMM
    SOUTH, LLC, FARID ASSEMI, as Trustee of the AMENDED AND RESTATED FARID
26  ASSEMI REVOCABLE TRUST DATED March 2, 2010, FARSHID ASSEMI and SONIA
    ROSEMARY ASSEMI, as Trustees of the AMENDED AND RESTATED FARSHID ASSEMI
27  AND SONIA ROSEMARY ASSEMI REVOCABLE TRUST dated March 2, 2010, and
    DARIUS ASSEMI, as Trustee of the AMENDED AND RESTATED DARIUS ASSEMI
28  REVOCABLE TRUST.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

DECLARATION OF RASMUSSEN
ISO EX PARTE MOTION FOR                    -3-          CASE NO. 1:24-CV-01230-KES-SAB
ORDER APPOINTING RECEIVER

as defined in the Pledge, which included, inter alia, their membership interest in Poso Creek Water Company, LLC, a California limited liability company ("Poso Creek"), Water Bank Shares (as defined in the Pledge), the Company Water Account (as defined in the Pledge), and the Member Water Account (as defined in the Pledge). The Deed of Trust was amended by that First Amendment to Deed of Trust, Security Agreement, Assignment of Rents and Leases and Fixture Filing dated March 22, 2022, and recorded on March 29, 2022, with the Fresno County Recorder's Office as Document No. 2022-0040643 ("First Amendment"). (Dkts. 1-3, 1-4, 1-5.)

8.      The Deed of Trust and the Loan Agreement further provide that the Loan is secured by "Water Rights" as that term is defined in the Deed of Trust, including without limitation "each Trustor's membership interests in Poso Creek Water Company" and all agreements, service contracts and other entitlements to water. (Dkt. 1-1 at § 2.4; Dkt. 1-3 at Granting Clause E.)

9.      In connection with the Loan, Borrower Defendants and Guarantor Defendants entered into that certain Unsecured Environmental Indemnity Agreement dated as of April 2, 2021 ("Environmental Indemnity"), pursuant to which Borrower Defendants and Guarantor Defendants have agreed to indemnify MetLife from environmental claims and violations of environmental laws, more specifically described therein. (Dkt. 1-6.)

10.     In connection with the Loan, each of the Guarantor Defendants entered into a Loan Guaranty Agreement dated as of April 2, 2021 (each a "Guaranty"), pursuant to which Guarantor Defendants personally, jointly and severally, guaranteed the Loan. (Dkt. 1-7.)

11.     The Real Property is irrigated agricultural land consisting of approximately 1,094 acres of irrigated agricultural products including but not limited to pistachio orchards and includes the rights and benefits under the Pledge and related fixtures, equipment, trees and other appurtenances, permanent plantings and water rights.[4]

---

[4] The Real Property is further defined as: that property Subject to the Deed of Trust, Security Agreement, Assignment of Rents and Leases and Fixture Filing dated April 2, 2021, and recorded on April 2, 2021, with the Fresno County Recorder's Office as Document No. 2021-054552, as amended by First Amendment to Deed of Trust, Security Agreement and Fixture Filing dated March 22, 2022 and recorded with Fresno County Recorder's Office as Document No. 2022-0040643 (together, "Deed of Trust"), not limited to APNs: 050-040-16; 050-040-15; 050-040-17; 050-070-15; 050-070-29; 050-070-18; along with all other property associated with said APNs

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

DECLARATION OF RASMUSSEN
ISO EX PARTE MOTION FOR                    -4-            CASE NO. 1:24-CV-01230-KES-SAB
ORDER APPOINTING RECEIVER

1    12.    The Deed of Trust secures the Loan in favor of MetLife encumbering the Real

2    Property and further includes as additional collateral an absolute assignment of Defendants' right,

3    title and interest in all present and future income, issues, profits, and revenues of the Real Property,

4    Crops from the Real Property, leases relating to and arising from the Real Property, and Proceeds

5    from the Real Property (as those terms are defined therein) and all benefits to be derived therefrom.

6    (Dkt. 1-3 at Granting Clause C, § 11.5.)

7    13.    The Deed of Trust constitutes a security agreement ("Security Agreement") with

8    respect to the Crops, Water Rights, Improvements, Intangibles, Proceeds, and any other personal

9    property, included in the description of the Real Property (as all those terms are defined therein)

10   and Borrower Defendants granted to Plaintiff a security interest therein. The Security Agreement

11   provides that:

> **11.1 Security Agreement.** This instrument shall constitute a security agreement with respect to the Proceeds, Crops, Water Rights, Improvements, Intangibles, Proceeds and Minerals and any other personal property included in the description of the Property, and Trustor hereby grants to Beneficiary a security interest therein.
>
> **11.2 Security Interest.** Trustor authorizes Beneficiary to file in any relevant jurisdiction any initial financing statements (including fixture filings) and amendments thereto necessary to perfect and continue Beneficiary's security interest in the Property. Upon request by Beneficiary, Trustor shall take whatever other action is reasonably requested by Beneficiary to perfect and continue Beneficiary's security interest in the Property. Trustor hereby appoints Beneficiary as Trustor's attorney-in-fact for the purpose of executing or filing any documents necessary to perfect or continue the security interest granted therein. Trustor will reimburse Beneficiary for all expenses incurred in perfecting or continuing this security interest.

23   13.    Under the Deed of Trust, "Water Rights" are defined to include, *inter alia*, MetLife's

24   interest in Defendants' membership interest in Poso Creek, as more particularly set forth in the

25   Pledge.

---

not limited to Proceeds, Crops, Water Rights, Improvements, Intangibles, Proceeds (as those terms are defined therein) and that property described in said Deed of Trust.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

14.     The Security Agreement under the Deed of Trust was further perfected by MetLife's filing UCC-1 Financing Statements with the California Secretary of State on April 6, 2021, at Filing No. U210036586428 ("UCC Filing").  The Security Agreement as perfected by the UCC Filing grants to and perfects in Lender a security interest in and to all of Borrower Defendants' right, title, and interest in personal property not limited to: all equipment, goods, accounts, whether attached or appurtenant to the Real Property; all crops (including without limitation harvested crops, farm products, seed and the products and proceeds thereof), along with all present and future income, rents, issues, profits, and revenues of the crops now or hereafter growing on the Real Property; all rights to the use and enjoyment of water, whether or not appurtenant to the Real Property, and all improvements for water delivery and storage, and easements and permits associated with the same. (Dkt. 1-8.)

15.     MetLife has provided all notices to enforce its right, title, and interest in all collateral under the Security Agreement and Pledge and has a priority security interest therein.

16.     Pursuant to the Pledge, Pledgor Defendants pledged to MetLife their membership and percentage interest in Poso Creek, and following the occurrence of an Event of Default, MetLife shall be entitled to take immediate possession of all or a portion of the Pledged Collateral (as defined in the Pledge) and is entitled exercise all Pledgor Defendants' membership and percentage interests, and all rights associated therewith, in Poso Creek.

17.     The Loan Agreement, Deed of Trust, Environmental Indemnity, Guaranty, Pledge, and any other agreements evidencing the Loan are collectively referred to as the "Loan Documents."

## II.     DEFAULT ON THE LOAN AND RELATED LAWSUITS INVOLVING UNPAID LOANS BY THE GUARANTOR DEFENDANTS AND THEIR AFFILIATED FARMING OPERATIONS

18.     On September 4, 2024, MetLife provided to Borrower Defendants and Guarantor Defendants a Notice of Default and Demand for Payment for the approximate total due of $862,154.94. Defendants and Guarantor Defendants were further informed that if payment was not

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

DECLARATION OF RASMUSSEN
ISO EX PARTE MOTION FOR
ORDER APPOINTING RECEIVER                 -6-          CASE NO. 1:24-CV-01230-KES-SAB

1  received by September 10, 2024, MetLife would initiate a demand and acceleration of the Loan.

2  (Dkt. 1-9.)

3       19.    The past due amount was not paid by September 10, 2024, and on September 18,

4  2024, MetLife sent to Borrower Defendants and Guarantor Defendants a Notice of Default and

5  Acceleration of Debt for the approximate total due of $21,872,719.  (Dkt. 1-10.)

6       20.    As a result of the defaults under the Loan Documents, Plaintiff further revokes any

7  right or interest of the Borrower Defendants in any rents, issues or profits from the Real Property

8  and directs the Tenant Defendants to pay any such rents, issues or profits to Plaintiff.

9       21.    The Guarantor Defendants, through the affiliated companies they own, have

10  substantial farm holdings including thousands of acres of pistachio and almond orchards that they

11  have been farming for decades. The Guarantor Defendants and their farming entities have

12  experienced extreme financial difficulties and the inability to repay their loans from MetLife from

13  a total of five defaulted loan agreements that has resulted in the filing of this action and other

14  judicial foreclosure proceedings in this Court.

15       22.    The Guarantor Defendants and their affiliated companies' financial distress and

16  defaults to their lenders is also not limited to MetLife alone.  The following cases filed in the Court

17  involve the Guarantor Defendants and include claims alleging over $770 million in defaulted loan

18  obligations and are possibly related to the instant action pursuant to Local Rule 123:

19       •   *The Prudential Insurance Company of America, et al. v. ACDF, LLC, et al.*, Case

20       No. 1:24-cv-01102-KES-SAB, filed September 16, 2024;[5] and

21       •   *U.S. Bank National Association v. Touchstone Pistachio Company, LLC, et al.*, Case

22       No. 1:24-cv-01105-KES-SKO, filed September 17, 2024.

23  **III.    WITHOUT THE APPOINTMENT OF A RECEIVER TO MANAGE THE**
          **PROPERTY AND ALLOW METLIFE TO PROVIDE ADDITIONAL FUNDING,**

24            **THERE IS IMMINENT DANGER TO THE PROPERTY**

25       23.    Under the Loan Documents encumbering the Real Property, an absolute assignment

26  of Borrowers' right, title, and interest in all present and future income, issues, profits, and revenues

27  _____

28  [5] On September 23, 2024, the Hon. Kirk E. Sherriff in the Prudential matter found that the two
cases were related.  Dkt. 37.

DECLARATION OF RASMUSSEN
ISO EX PARTE MOTION FOR        -7-        CASE NO. 1:24-CV-01230-KES-SAB
ORDER APPOINTING RECEIVER

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

of the Real Property, Crops from the Real Property, leases relating to and arising from the Real Property, and Proceeds from the Real Property (as those terms are defined therein), and all benefits to be derived therefrom all constitute as collateral. (Dkt. 1-3 at Granting Clause C, § 11.5.)

24.     The Deeds of Trust constitute a security agreement ("Security Agreement") with respect to the Proceeds, Crops, Water Rights, Improvements, Intangibles, Proceeds, and any other personal property including the description of the Property (as all those terms are defined therein), and Real Property granted to Plaintiff a security interest therein.

25.     Borrower Defendants and/or their affiliated companies efforts to secure long-term financing to meet their outstanding obligations to MetLife and its other lenders, and to support their agricultural operations have fallen short, and Borrower Defendants and/or their affiliated companies are already subject to two receiverships, one in the process of being continued and expanded from its original scope. (See Request for Judicial Notice ("RJN") filed herewith.)

26.     Borrower Defendants and/or their affiliated farming entities have stipulated and agreed to the appointment of a receiver in the two related actions involving real property collateral in their integrated farming operations and acknowledged that "Borrowers face significant cash flow issues and will not have sufficient case to maintain, preserve, and care for the Property, including but not limited to trees and crops" and that "[s]uch actions would cause damage to the Property, including causing the trees (which make up a significant value of the Property) to be damaged or die." (RJN, Ex. 1 at 4:1-4.)

27.     MetLife is informed and believes, based on discussions with employees at Agriglobe who recently conducted inspections of the Borrower Defendants' real property farming operations and interviews with Borrowers Defendants' farm managers, that there has been deferred cultural maintenance of the biological assets on the Real Property and the following needs to occur or the biological assets on the Real Property will be damaged or destroyed: post-harvest irrigation; post-harvest fertility; post-harvest soil amendments; winter sanitation (removal of any crop remaining on the trees); dormant insecticide spray applications; vertebrate control; pruning; and general repairs and maintenance to the irrigation system and other infrastructure.  MetLife is also

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

DECLARATION OF RASMUSSEN
ISO EX PARTE MOTION FOR                    -8-           CASE NO. 1:24-CV-01230-KES-SAB
ORDER APPOINTING RECEIVER

1   concerned about the Borrower Defendants and their affiliated farming entities inability to pay for

2   water assessments and/or water supplies to adequately preserve and protect the water supplies

3   associated with the Real Property. Moreover, I reviewed the recent weekly update, dated October

4   21, 2024 ("Miller Weekly Update"), from Receiver Lance Miller of Pivot Management Group,

5   LLC, in the related action. The Miller Weekly Update identifies $494,400 in water sales by

6   unknown Maricopa entities and US Bank's receipt of crop proceeds. A receiver is necessary to

7   ensure that the Borrower Defendants and their affiliated farming entities do not misappropriate

8   MetLife's collateral. A true and correct copy of the Miller Weekly Update is attached hereto as

9   **Exhibit 1** and incorporated herein by reference.

10      28.     As a result of the foregoing, there is manifest danger of loss, deterioration, and

11   diminution of the Real Property, which, along with the revenue generated by its operations, is the

12   primary source for repayment of the Loans, and Plaintiff, as an interested and secured party, is

13   threatened with material losses and injuries for which it has no adequate remedy at law against

14   Borrower.

15      29.     Under California law and as provided in the Loan Documents, Plaintiff has the right

16   to the appointment of a receiver. Plaintiff is contractually and equitably entitled to the immediate

17   appointment of a receiver to take possession of and hold, subject to the discretion of this Court, the

18   Property, its revenue and all of the other collateral that Borrower pledged as security for the Loans.

19      30.     Plaintiff intends to provide additional funding to the appointed receiver to allow it

20   to maintain and manage the Property, including the trees and plants located. Given the above, the

21   immediate appointment of a receiver over the Property securing the Loans is necessary to protect,

22   preserve, and safeguard such property. As such, Plaintiff requests that Phil Christensen of

23   Agriglobe LLC (the "Proposed Receiver"), be appointed as the receiver. Proposed Receiver is

24   qualified and willing to serve as a receiver to protect, preserve, conserve, manage, and safeguard

25   the Property and the Collateral, collect any and all rents, sell the Real Property and the Collateral

26   following adequate notice to Defendants, and perform all other acts consistent with the terms of the

27   order entered by the Court.

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

DECLARATION OF RASMUSSEN
ISO EX PARTE MOTION FOR                    -9-        CASE NO. 1:24-CV-01230-KES-SAB
ORDER APPOINTING RECEIVER

1   **IV.    OUTSTANDING LOAN BALANCE AND RESERVATION OF RIGHTS**

2       31.    As of the filing of the Complaint, the amounts that remain due and owing by

3   Defendants to MetLife under the Loan Documents, including but not limited to all principal

4   outstanding, interest, late charges, attorneys' fees, financial advisor fees, expenses, and advances,

5   are in excess of $21,872,719.

6       32.    Plaintiff is also entitled to recover all costs of this action, including reasonable

7   attorneys' fees under the Loan Documents.

8       33.    Plaintiff is also entitled to recover all sums that Plaintiff has expended and hereafter

9   expends to protect its interests under the Loan Agreement, Deeds of Trust, and any other loan

10  document.

11      34.    Plaintiff is also entitled to recover prejudgment and post-judgment interest.

12      35.    Plaintiff reserves all of its rights and remedies available under the Loan Documents.

13      36.    Given these facts, Plaintiff seeks the immediate appointment of a receiver to protect,

14  preserve, and safeguard its interests in the Property, to avoid further diminution of value resulting

15  from mismanagement by existing management, and to allow a capable, qualified receiver to

16  manage and liquidate the Property before further deterioration occurs.

17      I declare under penalty of perjury under the laws of the United States of America that the

18  foregoing is true and correct and that this Declaration was executed this 23rd day of October, 2024,

19  at Overland Park, KS.

20

21                                           Jeremy Rasmussen
                                             MetLife Investment Management, LLC,
22                                           Investment manager for
                                             Metropolitan Life Insurance Company
23

24

25

26

27

28

DECLARATION OF RASMUSSEN
ISO EX PARTE MOTION FOR                    -10-        CASE NO. 1:24-CV-01230-KES-SAB
ORDER APPOINTING RECEIVER

EXHIBIT 1





## <u>WEEKLY UPDATE MEMORANDUM</u>

*Confidential; For Discussion Purposes Only; Subject to Change*

TO:        Maricopa Orchards Secured Lenders

FROM:     Lance Miller, Receiver
              Pivot Management Group, LLC

DATE:     October 21, 2024

RE:         Report/Update Regarding Receivership

This memorandum provides an update regarding ongoing efforts involving that certain receivership in *The Prudential Insurance Company of America v. ACDF, LLC*, Case No. 24-cv-01102 (E.D. Cal.) (the "<u>Receivership Proceeding</u>").  The memorandum is provided for informational and discussion purposes only and is subject to change.

This memorandum is divided into the following sections:

I.      Executive Summary
II.     Requisitions and Budgetary Efforts
III.    Block Accounting
IV.    Deferred Maintenance
V.     Third-Party Farming Arrangements
VI.    Operations
VII.   Near Term Goals

## I.   EXECUTIVE SUMMARY

The requisition process and cash management systems established by the Receiver continued to function effectively.  Efforts this past week focused around: (i) developing methodologies for allocating receipts and disbursements to specific lenders; (ii) understanding diversions of harvest receipts to US Bank resulting from payment direction letters, and sources of those receipts; (iii) continuing to investigate Maricopa's farming relationships with 3rd parties and entities where they hold membership interests, and (iv) beginning to develop an understanding of the Company's business forecast and assumptions behind it.

Requisition Process. The table below summarizes approved expenses and cash balances to date. Overall disbursements are favorable by 28% vs. the forecast, despite water expenses coming in above budget.  Remaining cash in the Receiver's requisition account totals $10.8M of the original $25M deposited by Prudential. We anticipate that an additional $5.0M funding from Prudential will be required by end of this week.

**Cash Flow Variance - Receivership**
**Updated: 10/18/24**
Cash Basis
($000s)

| LIQUIDITY | Thru 10/18 Actuals | Budget | Variance | % Var | Comments |
|---|---|---|---|---|---|
| *Cash Balance MOC Operating Accounts:* | | | | | |
| **Beginning Balance** | **$ 7,437** | | | | |
| Add: Receipts | 2,329 | - | 2,329 | 100% | |
| Less: Operating Disbursements | (20,621) | (28,105) | 7,484 | -27% | |
| Less: Pro Fees | (500) | (1,384) | 884 | -64% | |
| Total Disbursements | (21,121) | (29,489) | 8,368 | -28% | Favorable by 28% to budget on expenses |
| Add: Transfers from Receiver | 14,134 | | | | |
| **Ending MOC Operating Balance** | **$ 2,779** | | | | |
| *Cash Balance Receiver Account:* | | | | | |
| **Beginning Balance** | **$0** | | | | |
| Add: Funding | 25,000 | | | | |
| Less: Transfers to MOC | (14,134) | | | | |
| **Ending Receiver Balance** | **$10,866** | | | | |
| **Unapproved & Unpaid Expenses 10.04** | **174** | | | | US Bank Pro Fees: Sheppard & BDO Debtor Professional Fees; AVID and |
| **Unapproved & Unpaid Expenses 10.11** | **1640** | | | | Harvest invoicing pending further info |
| **Unapproved & Unpaid Expenses 10.18** | **164** | | | | Fulcrum Graphics & Mac Equipment |

Highlights from diligence efforts and key observations from the last week are as follows:

Developed Methodologies for Allocating Receipts and Disbursements to Lenders:  Using information received from the Company, we have developed proposed methodologies for allocating receipts and disbursements by lender.  The methodologies are described in detail in a Statement of Procedure attached hereto.  As of now the results are preliminary because of the collateral designation variances discussed previously. Summary charts below reflect preliminary results.

## II.   REQUISITION AND BUDGETARY EFFORTS

<u>Expenses</u>

As set forth below, the Receiver rejected four categories of payment this week, totaling $129K. These rejected payments related to: (i) $4K for non-receivership entities, which were not in the Budget and were submitted by mistake; (ii) $108K for graphic work related to the Wonderful Company lawsuit not included in the budget; (iii) $6K for past due invoices that would need to be paid to dissolve the Valley Orchard Management entity; and (iv) $11K relating to a past due invoice for Mac Equipment that the company requested be rejected due to ongoing equipment sale discussions.  We have discussed each of these categories with the Company and have not received resistance.

| 10.18.24 Requisition | Weekly Cash Flow Category | In Budget | Sum of Amount |
|---|---|---|---|
| Approved 10.16.24 | Cultural | Yes | $    333,355.16 |
| Approved 10.16.24 | Harvest | Yes | $ 1,676,101.45 |
| Approved 10.16.24 | Overhead | Yes | $      30,743.92 |
| Approved 10.16.24 | Past Due A/P | Yes | $    788,571.55 |
| Approved 10.16.24 | Labor | Yes | $    245,000.00 |
| Approved 10.16.24 | Sale Discussion Pending | Yes | $        4,443.49 |
| Approved 10.16.24 | Over Estimate of COD / Not Paid | Yes | $      29,923.86 |
| Approved 10.16.24/Over Budget | Cultural | No | $      34,848.11 |
| Approved 10.16.24/Over Budget | Water & Irrigation | No | $    186,179.87 |
| Not Approved | Past Due A/P | Yes | $        5,626.56 |
| Not Approved | Entity Not Part of Receivership | No | $        3,953.43 |
| Not Approved | Legal | No | $    108,364.75 |
| Not Approved | Sale Discussion Pending | Yes | $      11,332.41 |
| Grand Total | | | $ 3,458,444.56 |

Attached hereto as <u>Attachment 1</u> is a variance report.

<u>Receipts</u>.  The chart below summarizes total receipts received since the commencement of the Receivership on 9/25 through 10/18.  Please note that these receipts do not include monies received directly by US Bank.

| Category | Vendor II | Sum of Amount | Category Total |
|---|---|---|---|
| **Almonds** | *Almonds 2023* | $ 900,552.76 | |
| **Almonds** | *Almonds 2024* | $ 6,853.58 | $ 907,406.34 |
| **Other Crops** | *Citrus 24 Navels* | $ 160,318.56 | $ 160,318.56 |
| **Rental/Other Income** | *Water sales* | $ 494,400.00 | |
| **Rental/Other Income** | *Solar Revenue* | $ 388,368.42 | |
| **Rental/Other Income** | *Cherry Vendor Credit* | $ 156,761.00 | |
| **Rental/Other Income** | *Rent* | $ 72,502.30 | |
| **Rental/Other Income** | *Custom Fees* | $ 32,788.60 | |
| **Rental/Other Income** | *Water Reimbursement* | $ 22,000.00 | |
| **Rental/Other Income** | *Expense Reimbursement* | $ 19,599.27 | |
| **Rental/Other Income** | *Bank Chg Reversal* | $ 15,826.83 | |
| **Rental/Other Income** | *Tenant Reimbursement* | $ 14,217.10 | |
| **Rental/Other Income** | *Management Fees* | $ 8,665.13 | |
| **Rental/Other Income** | *Utility Reimbursement* | $ 4,146.52 | |
| **Rental/Other Income** | *Tax Refund* | $ 900.00 | |
| **Rental/Other Income** | *Insurance Reimbursement* | $ 467.00 | |
| **Rental/Other Income** | *Misc Reimbursement* | $ 100.00 | |
| **Rental/Other Income** | *Need Coding* | $ 27,644.35 | $ 1,258,386.52 |
| **Grand Total** | | | $ 2,326,111.42 |

## III.    BLOCK ACCOUNTING

In last week's memorandum (dated October 14), we set forth the steps towards obtaining visibility regarding lender allocations for receipts and expenses for the 2024 crop season, and anticipated finalizing a Statement of Procedure (SOP).  We have now finalized that SOP, a copy of which is attached hereto as Attachment 2.  We will use this SOP going forward for allocating receipts and expenses across lender collateral, barring any concerns or objections from lenders.  Note that U.S. Bank is not allocated receipts or disbursements, because it does not have collateral interests in the fields themselves.

Subject to the important caveat that the collateral records are still being verified (see last week's memorandum), the charts below summarize how receipts and expenses to date fall, using the SOP.

**Receivership Disbursement Allocations**

The below reflects disbursement allocations cumulatively since commencement of the Receivership through WE 10/11.

| ($000s) | Cumulative Disbursements | | |
| | Lender | | |
| Operating Disbursements | Prudential | Other | Total |
|---|---|---|---|
| **Direct Allocation** | | | |
| Labor | - | - | - |
| Capex | - | - | - |
| Cultural | 810 | 289 | 1,098 |
| Land Base Charges | 864 | 279 | 1,143 |
| Water & Irrigation | 226 | 218 | 444 |
| Harvest | 4,831 | 1,096 | 5,927 |
| Harvest Contingency | - | - | - |
| Overhead | 1,901 | 374 | 2,275 |
| Past Due A/P | 516 | 306 | 822 |
| **Total Direct Allocation** | **9,147** | **2,561** | **11,709** |
| | *78%* | *22%* | |
| | | | |
| **Indirect Allocation** | | | |
| Labor | 159 | 90 | 249 |
| Capex | - | - | - |
| Cultural | 169 | 76 | 245 |
| Land Base Charges | 283 | 82 | 365 |
| Water & Irrigation | 2,280 | 863 | 3,143 |
| Harvest | 512 | 280 | 792 |
| Harvest Contingency | - | - | - |
| Overhead | 342 | 108 | 450 |
| Past Due A/P | 257 | 143 | 400 |
| **Total Indirect Allocation** | **4,002** | **1,642** | **5,643** |
| | *71%* | *29%* | |
| | | | |
| **Total Disbursements** | | | |
| Labor | 159 | 90 | 249 |
| Capex | - | - | - |
| Cultural | 979 | 364 | 1,343 |
| Land Base Charges | 1,147 | 361 | 1,508 |
| Water & Irrigation | 2,506 | 1,081 | 3,587 |
| Harvest | 5,343 | 1,376 | 6,718 |
| Harvest Contingency | - | - | - |
| Overhead | 2,243 | 482 | 2,725 |
| Past Due A/P | 773 | 449 | 1,222 |
| **Total Disbursements** | **13,149** | **4,203** | **17,352** |
| | *76%* | *24%* | |

**2024 Receipts Allocations**

(*$000s*)

| RECEIPTS SUMMARY (Lender) | | | | |
|---|---|---|---|---|
| Source | Prudential | Other Lender | No Lender | Total |
| Almonds | 400 | 76 | 128 | 604 |
| Pistachios | - | - | - | - |
| Wheat | 804 | 206 | - | 1,011 |
| Other | - | - | - | - |
| Total | 1,205 | 282 | 128 | 1,615 |
| % of Total | 75% | 17% | 8% | |

A portion of the 2024 Crop Year receipts distributed thus far (through W/E 10/11) have been directed to US Bank as a result of payment direction letters sent to the processors. A summary is below. Attached hereto as Attachment 3 is a summary of all receipts paid to US Bank, including for 2023 crop.

(*$000s*)

| RECEIPTS SUMMARY (Bank Account) | | | |
|---|---|---|---|
| Source | MOC | US Bank | Total |
| Almonds | 379 | 225 | 604 |
| Pistachios | - | - | - |
| Wheat | 1,011 | - | 1,011 |
| Other | - | - | - |
| Total | 1,389 | 225 | 1,615 |
| % of Total | 86% | 14% | |

## IV.   DEFERRED MAINTENANCE

Last week we shared the deferred maintenance schedule (summary and detailed), allocated into Priorities 1, 2 and 3. The summary is repeated below. The Priority 1 items are determined by the Company to require immediate attention in order to preserve collateral value. Approximately $182k was incurred for in the last week (paid under the harvest Budget line item).

In addition, the Company has now created schedules targeting deferred maintenance for equipment. This totals $89k, of which $44k is identified as Priority 1. Most of the items relate to repairs to tractors and other vehicles. Some of these vehicles are financed through Farm Credit or the manufacturer, but the majority of the equipment is owned outright. These equipment repairs will be undertaken as necessary to continue efficient operations.

## V.   THIRD PARTY FARMING ARRANGEMENTS

In last week's memorandum (dated October 14, 2024), we discussed Elevated Ag and other farming activities whereby the Company advances costs towards the operation of farms owned by third parties. We continue to probe for information on these arrangements. Information on these relationships is proving difficult to obtain. The below reflects new information obtained since last week:

-6-

Partial Ownership Situations

*Elevated Ag*:  No new information.

*SAIR Partnership 7*:  Through a sale-leaseback transaction, the Company owns a 5% interest in an entity that owns Samran Ranch.  The Ranch is then leased to Goldstar Investments (which we understand is a Company affiliate or entity).  We understand that this Ranch comprises approximately 2,000 acres of Pistachio and Almond orchards.

Third Party Farming Operations

As previously discussed, the Company has several relationships whereby the Company farms and advances costs for properties that are owned by third parties.  Under these arrangements, traditionally the Company deducted its out of pocket costs from crop proceeds and remitted the net amounts to the property owners, without additional markup.  With one exception, we have not located formal agreements governing these relationships, and continue to confirm whether this list is complete.  As for the purpose of these arrangements, they appear to be a benefit for friends and family, as well as for certain employees and their spouses and/or children:

| Entity | Acres | Crops |
|---|---|---|
| FNF Farms | 486 | Almonds |
| Hanifi and Emami | 20 | Pistachios |
| Henry Family Farms | 480 | Pistachios |
| Kamm South LLC | 352 | Pistachios |
| Michelle R Thompson Survivor's Trust | 100 | Pistachios |
| Nili Holdings | 40 | Pistachios |
| Beck Family Orchards | 60 | Pistachios |
| **Total:** | **1,538** | |

## VI.   OPERATIONS

Below is an update on the harvest.

Pistachios: The harvest was completed as of 10/19.  The overall estimated volume is approximately 41.0MM lbs (compared with 54MM lbs last year on a constant acreage basis; additionally last week's estimate was 40.1MM lbs).  The harvest came in nearly exactly in line with the Pre-Harvest estimate and 24% behind the prior year. We are awaiting confirmation from the operations team that all harvest tickets have been entered into the system and finalized.



## VII.    NEAR TERM GOALS
The focus for this week will include the following:

1. Improve timing of tracking of harvest receipts, both those received by the Company and redirected to US Bank.  Currently this information is received with a delay.

2. Improve understanding of OpEx line items in forecast model and management assumptions underlying them.

3. Continued work regarding collateral designations.

ATTACHMENT 1
Budget Variance Report
-Attached-

**Cash Flow Forecast - Receivership Forecast**
**Updated: 10/18/24**

($000s)

| | Forecast | | | | | | Actuals | | | | | | Variance | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fcst. | Fcst. | Fcst. | Fcst. | Fcst. | | Act. | Act. | Act. | Act. | Act. | | Var | Var | Var | Var | Var | |
| Month # | 1 | 2 | 3 | 4 | Total | | 1 | 2 | 3 | 4 | Cumm | | 1 | 2 | 3 | 4 | Total | % Var |
| Week Ending | 27-Sep | 4-Oct | 11-Oct | 18-Oct | | | 27-Sep | 4-Oct | 11-Oct | 18-Oct | | | 27-Sep | 4-Oct | 11-Oct | 18-Oct | | |
| **CASH FLOW** | | | | | | | | | | | | | | | | | | |
| *Receipts* | | | | | | | | | | | | | | | | | | |
| Pistachios - TPC (Subordinated) ① | - | - | - | - | - | | - | - | - | - | - | | | | | | | |
| Pistachios - TPC (Non-Subordinated) ① | - | - | - | - | - | | - | - | - | - | - | | | | | | | |
| Pistachios - All Other | - | - | - | - | - | | - | - | - | - | - | | | | | | | |
| Almonds | - | - | - | - | - | | 0 | 903 | 4 | - | 907 | | 0 | 903 | 4 | - | 907 | |
| Row Crops | - | - | - | - | - | | - | - | - | - | - | | | | | | | |
| Other Crops | - | - | - | - | - | | - | - | 160 | - | 160 | | - | - | 160 | - | 160 | |
| Rental/Other Income | - | - | - | - | - | | 756 | 287 | 169 | 50 | 1,262 | | 756 | 287 | 169 | 50 | 1,262 | |
| Receipts | - | - | - | - | - | | 757 | 1,190 | 333 | 50 | 2,329 | | 757 | 1,190 | 333 | 50 | 2,329 | |
| *Operating Disbursements* | | | | | | | | | | | | | | | | | | |
| Labor | - | (255) | - | (255) | (510) | | - | (239) | (10) | (220) | (469) | | - | 16 | (10) | 35 | 41 | -8% |
| CapEx | - | - | - | - | - | | - | - | - | - | - | | | | | | | N/A |
| Cultural | (366) | (442) | (442) | (442) | (1,692) | | (369) | (209) | (765) | (368) | (1,712) | | (3) | 233 | (323) | 74 | (20) | 1% |
| Land Base Charges | (1,600) | - | - | - | (1,600) | | (1,508) | - | - | - | (1,508) | | 92 | - | - | - | 92 | -6% |
| Water & Irrigation | (1,680) | (108) | (108) | (108) | (2,004) | | (2,110) | (573) | (904) | (178) | (3,765) | | (430) | (465) | (796) | (70) | (1,761) | 88% |
| Harvest | (3,141) | (3,000) | (2,705) | (2,200) | (11,046) | | (2,247) | (2,509) | (1,963) | (1,676) | (8,395) | | 894 | 491 | 742 | 524 | 2,651 | -24% |
| Harvest Contingency | (157) | (150) | (122) | (75) | (504) | | - | - | - | - | - | | 157 | 150 | 122 | 75 | 504 | -100% |
| Overhead | (2,911) | (311) | (311) | (311) | (3,843) | | (2,497) | (186) | (41) | (37) | (2,762) | | 414 | 124 | 270 | 273 | 1,081 | -28% |
| Past Due A/P | (1,100) | (2,719) | (1,869) | (1,219) | (6,906) | | - | (462) | (761) | (789) | (2,011) | | 1,100 | 2,257 | 1,108 | 430 | 4,895 | -71% |
| Operating Disbursements | (10,955) | (6,984) | (5,557) | (4,609) | (28,105) | | (8,731) | (4,178) | (4,444) | (3,269) | (20,621) | | 2,224 | 2,806 | 1,113 | 1,340 | 7,484 | -27% |
| Operating Cash Flow | $ (10,955) | $ (6,984) | $ (5,557) | $ (4,609) | $ (28,105) | | $ (7,974) | $ (2,988) | $ (4,111) | $ (3,219) | $ (18,291) | | | | | | | |
| *Cumulative* | (10,955) | (17,939) | (23,496) | (28,105) | (28,105) | | (7,974) | (10,962) | (15,072) | (18,291) | | | | | | | | |
| *Restructuring Disbursements* | | | | | | | | | | | | | | | | | | |
| Receiver Fees | (208) | (171) | (115) | (115) | (609) | | - | (500) | - | - | (500) | | 208 | (329) | 115 | 115 | 109 | -18% |
| Lender Professional Fees | (145) | (145) | (210) | (275) | (775) | | - | - | - | - | - | | 145 | 145 | 210 | 275 | 775 | -100% |
| Restructuring Disbursements | (353) | (316) | (325) | (390) | (1,384) | | - | (500) | 0 | 0 | (500) | | 353 | (184) | 325 | 390 | 884 | -64% |
| Total Disbursements | (11,308) | (7,300) | (5,882) | (4,999) | (29,489) | | -8,731 | -4,678 | -4,444 | -3,269 | -21,121 | | 2,577 | 2,622 | 1,438 | 1,730 | 8,368 | -28% |
| Net Cash Flow before Borrowing | (11,308) | (7,300) | (5,882) | (4,999) | (29,489) | | (7,974) | (3,488) | (4,111) | (3,219) | (18,791) | | | | | | | |
| *Cumulative* | -11,308 | -18,608 | -24,490 | -29,489 | -29,489 | | -7,974 | -11,462 | -15,572 | -18,791 | | | | | | | | |
| **LIQUIDITY** | | | | | | | | | | | | | | | | | | |
| *Cash Balance Operating Acct - Book* | | | | | | | | | | | | | | | | | | |
| Beginning Balance | $ 7,021 | 20,713 | 13,413 | 7,531 | 7,021 | | $ 7,437 | 3,404 | 2,997 | 2,695 | 7,437 | | | | | | | |
| Add: Receipts | $ - | $ - | $ - | $ - | $ - | | $ 757 | 1,190 | 333 | 50 | 2,329 | | | | | | | |
| Less: Disbursements | $ (11,308) | (7,300) | (5,882) | (4,999) | (29,489) | | $ (8,731) | (4,678) | (4,444) | (3,269) | (21,121) | | | | | | | |
| Add: Transfer from Prudential Facility | 25,000 | - | - | 7,404 | 32,404 | | 3,941 | 3,080 | 3,809 | 3,303 | 14,134 | | | | | | | |
| Ending Operating Balance | $ 20,713 | 13,413 | 7,531 | 9,936 | 9,936 | | $ 3,404 | 2,997 | 2,695 | 2,779 | 2,779 | | | | | | | |
| Payroll Reserve | (2,147) | (2,147) | (2,147) | (2,147) | (2,147) | | (2,184) | (2,184) | (2,184) | (2,184) | (2,184) | | | | | | | |
| Min Cash Balance | (500) | (500) | (500) | (500) | (500) | | (500) | (500) | (500) | (500) | (500) | | | | | | | |
| Cash Net of Reserves | $ 18,066 | $ 10,766 | $ 4,884 | $ 7,289 | $ 7,789 | | $ 720 | $ 313 | $ 11 | $ 95 | $ 95 | | | | | | | |

ATTACHMENT 2
(Statements of Procedure for Allocations)

-Attached-

**ALLOCATION OF DISBURSEMENTS METHODOLOGY**

The below describes the steps for allocating disbursements to the respective lenders:

**Important Note:  There appear to be potential discrepancies in Company records as to entity and lender designations across individual fields. Currently we are using the Company's master file as the basis for allocation.**

1. Receive weekly AP check run from RPA, which includes a worksheet with allocations of each invoice to a specific field and lender, in cases where that field is encumbered.

2. Categorize all amounts that have been directly allocated to fields with an identified lender. These are "Direct Allocations."  The snip below (from the week of 10/4) reflects direct allocations in columns with a specific lender.  As an example, the BMO allocations are itemized below, which total the amount in the BMO column for water and irrigation.  For the other lenders there may be hundreds of rows.  For the Columns "N/A" and "Blank" the amounts need to be allocated. This is the "Indirect Allocation."



| Row Labels | Bank of the West | Bank OZK | Bank OZK/Housing Capital | BMO | Conterra | Conterra Solar Loans | Housing Capital | Met Life | N/A | Prudential | Rabo Bank | Tri Counties Bank | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Harvest | - | - | - | - | 284,413.53 | 1,682.22 | - | 193,829.34 | 311,299.72 | 1,680,811.58 | 1,132.30 | 3,844.43 | 31,877.90 | 2,508,891.01 |
| Water & Irrigation | 257.01 | 620.44 | 320.29 | 173.95 | 5,055.79 | - | 881.27 | - | - | 16,231.73 | 7,211.51 | 521.85 | 541,509.17 | 572,783.00 |
| Past Due A/P | - | - | - | - | 117,224.89 | - | - | 2,757.44 | - | 227,208.00 | - | - | 114,322.06 | 461,512.39 |
| Labor | - | - | - | - | - | - | - | - | 706.43 | - | - | - | 239,149.86 | 239,149.86 |
| Cultural | 4,862.55 | 14,151.33 | 15,783.55 | - | 27,625.64 | - | 30,533.82 | 1,193.58 | - | 31,020.96 | 548.43 | 701.44 | 81,901.42 | 209,029.59 |
| Overhead | - | - | - | - | - | - | - | - | - | 15,096.07 | - | 762.50 | 170,459.17 | 186,317.74 |
| **Grand Total** | **5,119.56** | **14,771.77** | **16,103.83** | **173.95** | **434,319.86** | **1,682.22** | **31,415.09** | **197,780.36** | **312,006.15** | **1,970,368.33** | **8,892.64** | **5,830.22** | **1,179,219.58** | **4,177,683.59** |

3. For Indirect Allocations, all amounts allocated to unencumbered fields ("N/A"), or not allocated to a field at all ("Blank"), are then indirectly allocated to lenders using the following methodology:

   i. Summarize all indirect allocations by Entity and cash flow line item (example below is from week ending 10/4 showing $1.491M needs to be allocated, but the same analysis is done each week).

| Entity | Water & Irrigation | Harvest | Labor | Overhead | Past Due A/P | Cultural | Grand Total |
|---|---|---|---|---|---|---|---|
| A&H Investments, LLC | | | | 7,424.00 | | | 7,424.00 |
| ACDF, LLC | | 5,822.23 | | 90,956.11 | 2,850.54 | | 99,628.88 |
| Assemi and Sons, Inc. | 27.12 | | | 2,686.00 | 352.00 | | 3,065.12 |
| FFGT Farms, LLC | | 38,841.20 | | | | | 38,841.20 |
| GoldStar Investment Group, LLC | | 203,225.34 | | | | | 203,225.34 |
| Gradon Farms, LLC | 15,155.20 | 4,876.07 | | | 285.98 | 1,848.73 | 22,165.98 |
| Maricopa Orchards, LLC | 522,504.34 | 23,989.47 | 213,810.35 | 67,650.38 | 105,770.12 | 79,528.18 | 1,013,252.84 |
| Panoche Pistachios, LLC | | 61,860.60 | | | | | 61,860.60 |
| Sageberry Farms, LLC | 3,092.51 | 4,562.70 | | 61.00 | 17.96 | | 7,734.17 |
| Valley Orchard Management, LLC | | | 25,339.14 | 1,681.68 | 5,045.46 | 1,230.98 | 33,297.63 |
| Willow Avenue Investments, LLC | 730.00 | | | | | | 730.00 |
| **Grand Total** | **541,509.17** | **343,177.62** | **239,149.86** | **170,459.17** | **114,322.06** | **82,607.89** | **1,491,225.77** |

   ii. Determine lender allocation %'s by Entity
   o Summarize total acreage by Entity and Lender using the Company's master allocation file, which tracks planted acreage for all entities and all lenders in the

system.  The below reflects the acreage for the entities receiving disbursements in that particular week.  Blank and N/A acres are excluded in this analysis in order to allocate accurately to the lenders.

**PLANTED ACRES**

| | Bank of the West | BMO | Conterra | Conterra Solar Loans | Farm Credit West | Housing Capital | Met Life | Prudential | Tri Counties Bank | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| A&H Investments, LLC | - | - | - | - | 1,938 | - | - | - | - | 1,938 |
| ACDF, LLC | - | 40 | - | - | - | 57 | 179 | 4,892 | 77 | 5,244 |
| Assemi and Sons, Inc. | - | - | - | - | - | - | - | 307 | - | 307 |
| FFGT Farms, LLC | - | - | 1,779 | - | - | - | - | - | - | 1,779 |
| GoldStar Investment Group, LLC | - | - | - | - | - | - | - | - | - | - |
| Gradon Farms, LLC | - | - | 5,478 | - | - | - | - | 10,329 | - | 15,807 |
| Maricopa Orchards, LLC | - | - | 1,198 | 1,425 | - | - | 1,929 | 6,767 | - | 11,319 |
| Panoche Pistachios, LLC | 47 | - | - | - | - | - | 69 | 2,076 | - | 2,191 |
| Sageberry Farms, LLC | - | - | - | - | - | - | - | 6,732 | - | 6,732 |
| Valley Orchard Management, LLC | - | - | - | - | - | - | - | 6,732 | - | 6,732 |
| Willow Avenue Investments, LLC | - | - | 156 | - | - | - | 234 | - | - | 390 |
| **Total** | **47** | **40** | **8,610** | **1,425** | **1,938** | **57** | **2,411** | **37,834** | **77** | **52,439** |

iii.  Calculate each lender's allocation by dividing an entity's lender's acreage by the total acreage.

- o  For example, Prudential has 65% of the Gradon Farms' Acres (10,329/15,807 = 65%), and so is allocated 65% of the Gradon Farms Harvest expense allocation.
- o  This allocation of indirect expenses is done for each OpEx category (Harvest, Water & Irrigation, etc.) by multiplying the unallocated dollar amount by the Lender's % allocation for that entity.
- o  If there are no lenders associated with an Entity, the total weighted average % allocation for each Lender is used (see highlighted above and below – these are the entities receiving disbursements in a given week that have no associated lenders).  They are assigned the average allocation for that lender.

**ALLOCATION %**

| | Bank of the West | Bank OZK | ZK/Housing ( | BMO | Conterra | n Credit W | Housing Capita | Met Life | N/A | Prudential | Rabo Bank | Tri Counties Bank | (blank) | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACAP Farms, LLC | 0% | 0% | 0% | 0% | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | | 100% |
| ACDF, LLC | 0% | 0% | 0% | 1% | 0% | 0% | 1% | 3% | 0% | 93% | 0% | 1% | | 100% |
| Assemi and Sons, Inc. | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% | 0% | | 100% |
| C&A, LLC | 0% | 0% | 0% | 0% | 41% | 0% | 0% | 0% | 0% | 59% | 0% | 0% | | 100% |
| Cantua Orchards, LLC | 0% | 0% | 0% | 0% | 1% | 0% | 0% | 2% | 0% | 97% | 0% | 0% | | 100% |
| FFGT Farms, LLC | 0% | 0% | 0% | 0% | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | | 100% |
| GoldStar Investment Group, LLC | 0% | 0% | 0% | 0% | 18% | 3% | 0% | 6% | 0% | 70% | 2% | 0% | | 100% |
| Gradon Farms, LLC | 0% | 0% | 0% | 0% | 35% | 0% | 0% | 0% | 0% | 65% | 0% | 0% | | 100% |
| Grantland Farms, LLC | 0% | 27% | 30% | 0% | 0% | 0% | 42% | 0% | 0% | 0% | 0% | 0% | | 100% |
| Granville Farms, LLC | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% | 0% | | 100% |
| Lincoln Grantor Farms, LLC | 0% | 0% | 0% | 0% | 14% | 0% | 3% | 0% | 0% | 0% | 83% | 0% | | 100% |
| Manning Avenue Pistachios, LLC | 0% | 0% | 0% | 0% | 0% | 100% | 0% | 0% | 0% | 0% | 0% | 0% | | 100% |
| Maricopa Orchards, LLC | 0% | 0% | 0% | 0% | 23% | 0% | 0% | 17% | 0% | 60% | 0% | 0% | | 100% |
| Panoche Pistachios, LLC | 2% | 0% | 0% | 0% | 0% | 0% | 0% | 3% | 0% | 95% | 0% | 0% | | 100% |
| Sageberry Farms, LLC | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% | 0% | | 100% |
| Valley Orchard Management, LLC | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% | 0% | | 100% |
| Winston Farms, LLC | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% | | 100% |
| **Total Weighted Average** | **0%** | **0%** | **0%** | **0%** | **18%** | **3%** | **0%** | **6%** | **0%** | **70%** | **2%** | **0%** | | **100%** |

iv.  Then total each line item by Lender to obtain total indirect allocation by Lender for that category.  The initial chart in this section shows $343,178 of Harvest indirect allocation ($31,878 + $311,300), which is all allocated to respective lenders in the snip below.

| HARVEST | Bank of the West | BMO | Conterra | Conterra Solar Loans | Farm Credit West | Housing Capital | Met Life | Prudential | Tri Counties Bank | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| A&H Investments, LLC | - | - | - | - | - | - | - | - | - | - |
| ACDF, LLC | - | 45 | - | - | - | 63 | 198 | 5,431 | 85 | 5,822 |
| Assemi and Sons, Inc. | - | - | - | - | - | - | - | - | - | - |
| FFGT Farms, LLC | - | - | 38,841 | - | - | - | - | - | - | 38,841 |
| GoldStar Investment Group, LLC | 148 | 128 | 32,212 | 4,544 | 6,178 | 683 | 12,300 | 142,602 | 244 | 203,225 |
| Gradon Farms, LLC | - | - | 1,690 | - | - | - | - | 3,186 | - | 4,876 |
| Maricopa Orchards, LLC | - | - | 2,539 | 3,021 | - | - | 4,088 | 14,342 | - | 23,989 |
| Panoche Pistachios, LLC | 1,313 | - | - | - | - | - | 1,959 | 58,589 | - | 61,861 |
| Sageberry Farms, LLC | - | - | - | - | - | - | - | 4,563 | - | 4,563 |
| Valley Orchard Management, LLC | - | - | - | - | - | - | - | - | - | - |
| Willow Avenue Investments, LLC | - | - | - | - | - | - | - | - | - | - |
| **Total** | **1,461** | **173** | **75,281** | **7,565** | **6,178** | **746** | **18,545** | **228,712** | **329** | **343,178** |

## v.    Then summarize all "Indirect Allocations" by cash flow line item and Lender

| Row Labels | Bank of the West | BMO | Conterra | Conterra Solar Loans | Farm Credit West | Housing Capital | Met Life | Prudential | Tri Counties Bank | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Indirect Allocations** | | | | | | | | | | |
| Harvest | 1,460.88 | 173.21 | 75,281.23 | 7,564.78 | 6,177.62 | 746.15 | 18,545.36 | 228,712.42 | 328.90 | 343,177.62 |
| Water & Irrigation | - | - | 60,839.15 | 65,798.49 | - | - | 89,480.20 | 325,391.33 | - | 541,509.17 |
| Past Due A/P | - | 21.90 | 11,292.60 | 13,319.53 | - | 30.98 | 18,121.80 | 71,493.66 | 41.58 | 114,322.06 |
| Overhead | - | 698.93 | 7,159.34 | 8,519.15 | 7,424.00 | 988.56 | 14,628.64 | 129,713.79 | 1,326.76 | 170,459.17 |
| Cultural | - | - | 9,056.99 | 10,014.91 | - | - | 13,552.67 | 49,983.32 | - | 82,607.89 |
| Labor | - | - | 22,627.23 | 26,924.94 | - | - | 36,436.15 | 153,161.53 | - | 239,149.86 |
| **Grand Total** | **1,460.88** | **894.05** | **186,256.54** | **132,141.81** | **13,601.62** | **1,765.70** | **190,764.82** | **958,456.04** | **1,697.14** | **1,491,225.77** |

vi.     Sum the Direct and Indirect allocations together to obtain total disbursement allocation by Lender.  W/E 10/4 is reflected below as an example for tracking with the numbers, with the 1,491 Indirect Allocation figure reflected below.

*($000s)*

| WE 10/4 Disbursements | | | |
|---|---|---|---|
| | **Lender** | | |
| **Operating Disbursements** | **Prudential** | **Other** | **Total** |
| **Direct Allocation** | | | |
| Labor | - | - | - |
| Capex | - | - | - |
| Cultural | 31 | 95 | 126 |
| Land Base Charges | - | - | - |
| Water & Irrigation | 16 | 15 | 31 |
| Harvest | 1,681 | 485 | 2,166 |
| Harvest Contingency | - | - | - |
| Overhead | 15 | 1 | 16 |
| Past Due A/P | 227 | 120 | 347 |
| **Total Direct Allocation** | **1,970** | **716** | **2,686** |
| | *73%* | *27%* | |
| **Indirect Allocation** | | | |
| Labor | 153 | 86 | 239 |
| Capex | - | - | - |
| Cultural | 50 | 33 | 83 |
| Land Base Charges | - | - | - |
| Water & Irrigation | 380 | 162 | 542 |
| Harvest | 229 | 114 | 343 |
| Harvest Contingency | - | - | - |
| Overhead | 130 | 41 | 170 |
| Past Due A/P | 71 | 43 | 114 |
| **Total Indirect Allocation** | **1,013** | **478** | **1,491** |
| | *68%* | *32%* | |
| **WE 10/4 Disbursements** | | | |
| Labor | 153 | 86 | 239 |
| Capex | - | - | - |
| Cultural | 81 | 128 | 209 |
| Land Base Charges | - | - | - |
| Water & Irrigation | 396 | 177 | 573 |
| Harvest | 1,910 | 599 | 2,509 |
| Harvest Contingency | - | - | - |
| Overhead | 145 | 42 | 186 |
| Past Due A/P | 299 | 163 | 462 |
| **Total WE 10/4 Disbursements** | **2,983** | **1,195** | **4,178** |
| | *71%* | *29%* | |

**ALLOCATION OF RECEIPTS METHDOLOGY**

For receipts, rather than using acreage to allocate, the methodology is based on productivity of the given field, as outlined below:

1. The Company's internal files report the "Net Meats," meaning the net edible content by field and lender.  Therefore, for each entity the receipts can be allocated to the lender based on Net Meats, which is a measure of productivity, rather than by acreage.  For example, the snip from the data sheet below reflects that the ACDF Fields that are BMO Collateral produced 81,328 lbs of net meats.  This amount rolls up into the summary below showing the net meats by lender for all entities.

| Entity | Ranch | Foreign | Moisture | Inshell M | Meats | Net Meat | Gross CC | Inshell | Acres | Pr Acres | Lbs./Acre | Lender | RE Loan Numbers |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACDF, LLC | Selma Kiwi | - | - | - | 22,610 | 22,610 | 20.0% | 0.0% | 13.61 | 13.61 | 1,661 | BMO | 3140331101 |
| ACDF, LLC | Selma Kiwi | 46 | - | - | 58,718 | 58,718 | 30.8% | 0.0% | 26.69 | 26.69 | 2,200 | BMO | 3140331101 |

| NET MEATS | Bank of the West | Bank OZK | Bank OZK/Housing Capital | BMO | Conterra | Housing Capital | Met Life | N/A | Prudential | Rabo Bank | Tri Counties Bank | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACDF, LLC | - | - | - | 81,328 | - | 125,400 | - | - | 310,020 | - | 109,000 | 625,748 |
| Bear Flag Farms, LLC | - | - | - | - | - | - | - | - | 267,291 | - | - | 267,291 |
| C&A Farms, LLC | - | - | - | - | 516,701 | - | - | - | 225,900 | - | - | 742,601 |
| Copper Avenue Investments, LLC | - | - | - | - | 149,484 | - | - | - | - | - | - | 149,484 |
| Favier Ranch, LLC | - | - | - | - | - | - | - | - | 650,920 | - | - | 650,920 |
| FFGT Farms, LLC | - | - | - | - | - | - | - | 199,207 | - | - | - | 199,207 |
| FNF Farms, LLC | - | - | - | - | - | - | 860,975 | - | - | - | - | 860,975 |
| Gradon Farms, LLC | - | - | - | - | 1,456,982 | - | - | 1,522,811 | 1,412,916 | - | - | 4,392,710 |
| Grantland Farms, LLC | - | 202,752 | 224,554 | - | - | 310,068 | - | - | - | - | - | 737,374 |
| Granville Farms, LLC | - | - | - | - | - | - | - | - | 1,341,849 | - | - | 1,341,849 |
| Maricopa Orchards, LLC | - | - | - | - | - | - | - | 130,198 | 3,484,594 | - | - | 3,614,792 |
| Panoche Pistachios, LLC | 102,300 | - | - | - | - | - | - | - | - | - | - | 102,300 |
| Sageberry Farms, LLC | - | - | - | - | - | - | - | - | 1,719,664 | - | - | 1,719,664 |
| Willow Avenue Investments, LLC | - | - | - | - | - | - | 185,548 | - | - | - | - | 185,548 |
| Winson Farms, LLC | - | - | - | - | - | - | - | - | - | 831,397 | - | 831,397 |
| Total | 102,300 | 202,752 | 224,554 | 81,328 | 2,123,167 | 435,468 | 1,046,522 | 1,852,217 | 9,413,154 | 831,397 | 109,000 | 16,421,858 |

2. Based on the Net Meats allocation, a percentage of the receipts are allocated to the lenders by entity.  For example, Prudential fields produce 1.413M of Gradon Farms' 4.393M lbs of Net Meats.  Hence Prudential's allocation of 32% of Gradon Farms' receipts.  Receipts related to unencumbered fields are in the N/A column.

| Allocation %'s | Bank of the West | Bank OZK | Bank OZK/Housing Capital | BMO | Conterra | Housing Capital | Met Life | N/A | Prudential | Rabo Bank | Tri Counties Bank | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACDF, LLC | 0% | 0% | 0% | 13% | 0% | 20% | 0% | 0% | 50% | 0% | 17% | 100% |
| Bear Flag Farms, LLC | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% | 0% | 100% |
| C&A Farms, LLC | 0% | 0% | 0% | 0% | 70% | 0% | 0% | 0% | 30% | 0% | 0% | 100% |
| Copper Avenue Investments, LLC | 0% | 0% | 0% | 0% | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 100% |
| Favier Ranch, LLC | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% | 0% | 100% |
| FFGT Farms, LLC | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% | 0% | 0% | 100% |
| FNF Farms, LLC | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% | 0% | 0% | 0% | 100% |
| Gradon Farms, LLC | 0% | 0% | 0% | 0% | 33% | 0% | 0% | 35% | 32% | 0% | 0% | 100% |
| Grantland Farms, LLC | 0% | 27% | 30% | 0% | 0% | 42% | 0% | 0% | 0% | 0% | 0% | 100% |
| Granville Farms, LLC | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% | 0% | 100% |
| Maricopa Orchards, LLC | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 4% | 96% | 0% | 0% | 100% |
| Panoche Pistachios, LLC | 100% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 100% |
| Sageberry Farms, LLC | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% | 0% | 100% |
| Willow Avenue Investments, LLC | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% | 0% | 0% | 0% | 100% |
| Winston Farms, LLC | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 100% | 0% | 100% |
| Total | 1% | 1% | 1% | 0% | 13% | 3% | 6% | 11% | 57% | 5% | 1% | 100% |

3. By way of example, the charts below reflect i) the 2024 Crop Almond Receipts received thus far, and ii) allocations to the lenders using the net meats allocations by entity.  For example,

Prudential fields produce 96% of Maricopa Orchards' Net Meats.  Hence of the $225k of Maricopa Orchards' receipts from the 2024 Crop, 96%, or $217k, is allocated to Prudential.

| Entity | Handler | Pool | CY | Crop | Check Amount | Date Entered |
|--------|---------|------|-----|------|-------------:|--------------|
| Granville Farms, LLC | Blue Diamond | | 2024 | Almonds | $ 44,730.07 | 8/15/2024 |
| Gradon Farms, LLC | Blue Diamond | | 2024 | Almonds | $ 105,534.67 | 8/15/2024 |
| Bear Flag Farms, LLC | Blue Diamond | | 2024 | Almonds | $ 50,433.30 | 8/15/2024 |
| FFGT Farms, LLC | Blue Diamond | | 2024 | Almonds | $ 65,797.73 | 8/22/2024 |
| Gradon Farms, LLC | Blue Diamond | | 2024 | Almonds | $ 49,687.12 | 8/22/2024 |
| Granville Farms, LLC | Blue Diamond | | 2024 | Almonds | $ 9,111.91 | 8/22/2024 |
| Bear Flag Farms, LLC | Blue Diamond | | 2024 | Almonds | $ 29,128.02 | 8/22/2024 |
| Maricopa Orchards, LLC | Blue Diamond | | 2024 | Almonds | $ 57,239.38 | 8/29/2024 |
| Willow Avenue Investments, LLC | Blue Diamond | | 2024 | Almonds | $ 17,477.81 | 8/29/2024 |
| Maricopa Orchards, LLC | Blue Diamond | | 2024 | Almonds | $ 1,036.95 | 9/5/2024 |
| Maricopa Orchards, LLC | Blue Diamond | | 2024 | Almonds | $ 5,088.45 | 9/12/2024 |
| Maricopa Orchards, LLC | Blue Diamond | | 2024 | Almonds | $ 61,335.77 | 9/19/2024 |
| Maricopa Orchards, LLC | Blue Diamond | | 2024 | Almonds | $ 63,645.63 | 9/26/2024 |
| Willow Avenue Investments, LLC | Blue Diamond | | 2024 | Almonds | $ 480.85 | 9/26/2024 |
| Maricopa Orchards, LLC | Blue Diamond | | 2024 | Almonds | $ 33,892.46 | 10/3/2024 |
| Willow Avenue Investments, LLC | Blue Diamond | | 2024 | Almonds | $ 2,504.52 | 10/3/2024 |
| Maricopa Orchards, LLC | Blue Diamond | | 2024 | Almonds | $ 2,945.90 | 10/10/2024 |
| Willow Avenue Investments, LLC | Blue Diamond | | 2024 | Almonds | $ 3,868.21 | 10/10/2024 |
| | | | | | $ 603,938.75 | |

($000s)

| ALMONDS | | | | |
|---------|-----------:|------------:|----------:|------:|
| Entity | Prudential | Other Lender | No Lender | Total |
| Maricopa Orchards, LLC | 217 | - | 8 | 225 |
| Gradon Farms, LLC | 50 | 51 | 54 | 155 |
| Bear Flag Farms, LLC | 80 | - | - | 80 |
| FFGT Farms, LLC | - | - | 66 | 66 |
| Granville Farms, LLC | 54 | - | - | 54 |
| Willow Avenue Investments, LLC | - | 24 | - | 24 |
| **Total** | **400** | **76** | **128** | **604** |
| *% of Total* | *66%* | *13%* | *21%* | |

4. Of the total 2024 Crop Receipts disbursed so far (through W/E 10/11), $604k are for Almonds and $1.0M for wheat and barley.  With wheat, the receipts are attributed to a single entity (Gradon Farms, LLC) and are allocated based on expected Net Revenue per field.

5. When Pistachio receipts for the 2024 crop begin being disbursed, they will also be allocated based on Net Meats.  A summary of receipts from the 2024 Crop for which we have received information, is reflected below and allocated by lender.  We believe certain citrus receipts are not reflected.

($000s)

| RECEIPTS SUMMARY (Lender) | | | | |
|---------|-----------:|------------:|----------:|------:|
| Source | Prudential | Other Lender | No Lender | Total |
| Almonds | 400 | 76 | 128 | 604 |
| Pistachios | - | - | - | - |
| Wheat | 804 | 206 | - | 1,011 |
| Other | - | - | - | - |
| **Total** | **1,205** | **282** | **128** | **1,615** |
| *% of Total* | *75%* | *17%* | *8%* | |

ATTACHMENT 3
(Total US Bank Receipts Collected)

| Entity | Processor | Crop | Amount | Date | Crop Year |
|---|---|---|---|---|---|
| Maricopa Orchards, LLC | Blue Diamond | Almonds | $ 57,239.38 | 8/29/2024 | 2024 |
| Gradon Farms, LLC | Harris Woolf | Almonds | $ 100.00 | 8/27/2024 | 2024 |
| Panoche Pistachios, LLC | Harris Woolf | Almonds | $ 20,831.90 | 8/29/2024 | 2023 |
| ACDF, LLC | Harris Woolf | Almonds | $ 67,214.60 | 8/29/2024 | 2023 |
| Copper Avenue Investments, LLC | Harris Woolf | Almonds | $ 38,902.25 | 8/29/2024 | 2023 |
| Gradon Farms, LLC | Harris Woolf | Almonds | $ 84,594.20 | 8/29/2024 | 2023 |
| Granville Farms, LLC | Harris Woolf | Almonds | $ 198,284.35 | 8/29/2024 | 2023 |
| Winston Farms, LLC | Harris Woolf | Almonds | $ 204,646.65 | 8/29/2024 | 2023 |
| ACDF, LLC | Harris Woolf | Almonds | $ 30,876.04 | 9/20/2024 | 2023 |
| Copper Avenue Investments, LLC | Harris Woolf | Almonds | $ 16,082.31 | 9/20/2024 | 2023 |
| Gradon Farms, LLC | Harris Woolf | Almonds | $ 22,037.33 | 9/20/2024 | 2023 |
| Granville Farms, LLC | Harris Woolf | Almonds | $ 85,992.32 | 9/20/2024 | 2023 |
| Panoche Pistachios, LLC | Harris Woolf | Almonds | $ 5,251.94 | 9/20/2024 | 2023 |
| Winston Farms, LLC | Harris Woolf | Almonds | $ 84,435.32 | 9/20/2024 | 2023 |
| ACDF, LLC | Harris Woolf | Almonds | $ 556.08 | 9/26/2024 | 2023 |
| Gradon Farms, LLC | Harris Woolf | Almonds | $ 6,813.00 | 9/26/2024 | 2023 |
| Panoche Pistachios, LLC | Harris Woolf | Almonds | $ 1,560.84 | 9/26/2024 | 2023 |
| Gradon Farms, LLC | Jess Smith & Sons | Cotton | $ 78,787.50 | 9/19/2024 | 2023 |
| Gradon Farms, LLC | Jess Smith & Sons | Cotton | $ 23,528.30 | 9/19/2024 | 2023 |
| Lincoln Grantor Farms, LLC | Meridian | Pistachios | $ 1.06 | 7/30/2024 | 2023 |
| Lincoln Grantor Farms, LLC | Meridian | Pistachios | $1,237,821.38 | 8/2/2024 | 2023 |
| Maricopa Orchards, LLC | Supreme | Almonds | $ 440,977.90 | 7/26/2024 | 2023 |
| Maricopa Orchards, LLC | Supreme | Almonds | $ 158,007.27 | 9/20/2024 | 2023 |
| Maricopa Orchards, LLC | Blue Diamond | Almonds | $ 1,036.95 | 9/5/2024 | 2024 |
| Maricopa Orchards, LLC | Blue Diamond | Almonds | $ 5,088.45 | 9/12/2024 | 2024 |
| Maricopa Orchards, LLC | Blue Diamond | Almonds | $ 61,335.77 | 9/19/2024 | 2024 |
| Maricopa Orchards, LLC | Blue Diamond | Almonds | $ 63,645.63 | 9/26/2024 | 2024 |
| Maricopa Orchards, LLC | Blue Diamond | Almonds | $ 708,788.24 | 9/30/2024 | 2023 |
| Maricopa Orchards, LLC | Blue Diamond | Almonds | $ 33,892.46 | 10/3/2024 | 2024 |
| Lincoln Grantor Farms, LLC | Meridian | Pistachios | $ 220,179.67 | 8/12/2024 | 2023 |
| Maricopa Orchards, LLC | Blue Diamond | Almonds | $ 2,945.90 | 10/10/2024 | 2024 |
| Lincoln Grantor Farms, LLC | Meridian | Pistachios | $ 52,414.39 | 8/19/2024 | 2023 |
| Lincoln Grantor Farms, LLC | Meridian | Pistachios | $ 212,378.47 | 8/23/2024 | 2023 |
| Maricopa Orchards, LLC | JSS | Almonds | $ 210,604.92 | 10/15/2024 | 2023 |
| Maricopa Orchards, LLC | Blue Diamond | Almonds | $ 72,139.21 | 10/17/2024 | 2024 |
| Winston Farms, LLC | Harris Woolf | Almonds | $ 3,455.62 | 9/26/2024 | 2023 |
| Lincoln Grantor Farms, LLC | Meridian | Pistachios | $ 44,060.65 | 9/3/2024 | 2023 |
| Lincoln Grantor Farms, LLC | Meridian | Pistachios | $ 73,779.50 | 9/10/2024 | 2023 |
| Lincoln Grantor Farms, LLC | Meridian | Pistachios | $ 314,980.30 | 9/13/2024 | 2023 |
| Lincoln Grantor Farms, LLC | Meridian | Pistachios | $ 601,440.64 | 10/7/2024 | 2023 |
| Lincoln Grantor Farms, LLC | Meridian | Pistachios | $ 184,200.64 | 10/15/2024 | 2023 |
| | | | **$5,730,909.33** | | |