UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>C & A FARMS, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company; DUMAR, LLC, a California limited liability company; PISTACHE LLC, a California limited liability company; KAMM SOUTH, LLC, a California limited liability company; ACDF, LLC, a California limited liability company; FARID ASSEMI, individually and as Trustee of the AMENDED AND RESTATED FARID ASSEMI REVOCABLE TRUST DATED March 2, 2010; FARSHID ASSEMI, an individual; FARSHID ASSEMI and SONIA ROSEMARY ASSEMI, as Trustees of the AMENDED AND RESTATED FARSHID ASSEMI AND SONIA ROSEMARY ASSEMI REVOCABLE TRUST dated March 2, 2010; DARIUS ASSEMI, individually and as Trustee of the AMENDED AND RESTATED DARIUS ASSEMI REVOCABLE TRUST, dated March 2, 2010; and DOES 1-100,<br><br>Defendants. | Case No. 1:24-CV-01230-KES-SAB<br><br>**ORDER SETTING BRIEFING SCHEDULE AND CONTINUING HEARING ON PLAINTIFF'S *EX PARTE* MOTION FOR ORDER APPOINTING RECEIVER AND FOR PRELIMINARY INJUNCTION**<br><br>Date:     November 5, 2024<br>Time:     1:30 p.m.<br>Courtroom:  6<br><br>Action Filed: October 10, 2024<br>Trial Date: Not Set |

-1-

Upon due consideration of Plaintiff METROPOLITAN LIFE INSURANCE COMPANY's ("Plaintiff's") *Ex Parte* Motion For Order Appointing Receiver and For Preliminary Injunction ("Ex Parte Motion"), all filings filed associated therewith and following oral argument heard on October 30, 2024, at 1:30 pm in the above-referenced Court and for good cause appearing, the Court Orders as follows:

1. Plaintiff's Final [Proposed] Order for a Temporary Receiver and Preliminary Injunction, if not agreed to and submitted earlier, shall be filed by Thursday, October 31, 2024, at 5:00 p.m. (PT);

2. Objections by any other interested party shall be filed by Friday, November 1, 2024, at 5:00 p.m. (PT);

3. The hearing on Plaintiff's Ex Parte Motion shall be held on Tuesday, November 5, 2024, at 1:30 p.m. (PT).

Upon entry of this Order, Plaintiff shall take all reasonable efforts to serve this Order promptly on Intervenor U.S. Bank National Association and all Defendants; *provided, however*, that any such parties that have appeared in this case and are receiving notices via the Court's CM/ECF system shall be deemed to have been served a copy of this Order upon its entry by the Court.

IT IS SO ORDERED.

Dated: October 30, 2024

UNITED STATES DISTRICT JUDGE