MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

*Attorneys for Plaintiff*
METROPOLITAN LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>C & A FARMS, LLC, a California limited liability company; MARICOPA ORCHARDS, LLC, a California limited liability company; DUMAR, LLC, a California limited liability company; PISTACHE LLC, a California limited liability company; KAMM SOUTH, LLC, a California limited liability company; ACDF, LLC, a California limited liability company; FARID ASSEMI, individually and as Trustee of the AMENDED AND RESTATED FARID ASSEMI REVOCABLE TRUST DATED March 2, 2010; FARSHID ASSEMI, an individual; FARSHID ASSEMI and SONIA ROSEMARY ASSEMI, as Trustees of the AMENDED AND RESTATED FARSHID ASSEMI AND SONIA ROSEMARY ASSEMI REVOCABLE TRUST dated March 2, 2010; DARIUS ASSEMI, individually and as Trustee of the AMENDED AND RESTATED DARIUS ASSEMI REVOCABLE TRUST, dated March 2, 2010; and DOES 1-100,<br><br>Defendants. | Case No. 1:24-CV-01230-KES-SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**<br><br>[FRCP 41]<br><br>Action Filed: October 10, 2024<br>Trial Date: Not Set |

# NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Metropolitan Life Insurance Company hereby voluntarily dismisses all claims, without prejudice, as to only the following defendants (the "Dismissed Defendants"):

1. KAMM SOUTH, LLC;

2. ACDF, LLC;

3. FARID ASSEMI, Trustee of the AMENDED AND RESTATED FARID ASSEMI REVOCABLE TRUST DATED March 2, 2010;

4. FARSHID ASSEMI, Trustee of the AMENDED AND RESTATED FARSHID ASSEMI AND SONIA ROSEMARY ASSEMI REVOCABLE TRUST dated March 2, 2010;

5. SONIA ROSEMARY ASSEMI, Trustee of the AMENDED AND RESTATED FARSHID ASSEMI AND SONIA ROSEMARY ASSEMI REVOCABLE TRUST dated March 2, 2010; and

6. DARIUS ASSEMI, Trustee of the AMENDED AND RESTATED DARIUS ASSEMI REVOCABLE TRUST, dated March 2, 2010.

A court order is not required as none of the Dismissed Defendants have filed an answer or motion for summary judgment.

FARIS ASSEMI, FARSHID ASSEMI, and DARIUS ASSEMI, in their individual capacities, are not dismissed and will remain as Defendants in the action.

DATED: November 4, 2024

STOEL RIVES LLP

MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com

*Attorneys for Plaintiff*
METROPOLITAN LIFE INSURANCE COMPANY

...

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Sacramento County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 500 Capitol Mall, Suite 1600, Sacramento, CA 95814.

On November 4, 2024, I caused to be served a true and correct copy of the foregoing by the method indicated below and addressed to the following:

| | |
|---|---|
| Dumar, LLC<br>Pistache LLC<br>c/o GH Farzad, Agent for Service<br>17530 Ventura Blvd, Ste 207<br>Encino, CA 91316 | Darius Assemi<br>2559 W. Lake Van Ness Cir.<br>Fresno, CA 93711-7023 |
| Farid Assemi<br>5260 N Palm Ave Ste 421<br>Fresno, CA 93704 | Farid Assemi<br>7632 N. Marks Ave, Apt. 101<br>Fresno, CA 93711 |
| Farshid Assemi<br>5260 N Palm Ave Ste 421<br>Fresno, CA 93704 | Farshid Assemi<br>2505 W Lake Van Ness Cir.<br>Fresno, CA 93711 |
| Farshid Assemi and<br>Sonia Rosemary Assemi<br>2505 W. Lake Van Ness Cir.<br>Fresnco, CA 93711 | Farshid Assemi and<br>Sonia Rosemary Assemi<br>5260 N Palm Ave Ste 421<br>Fresno, CA 93704 |

Following ordinary business practices, the envelope was sealed and placed for collection by U.S. Mail on this date, and would, in the ordinary course of business, be retrieved by the post master for delivery on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 4, 2024, at Sacramento, California.

_____
Jill Keehnen