# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>C & A FARMS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01230-KES-SAB<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE CERTAIN DEFENDANTS AS PARTIES IN THIS ACTION<br><br>(ECF No. 33) |

On November 4, 2024, Plaintiff filed a notice of voluntary dismissal of the following defendants without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i): (1) Kamm South, LLC; (2) ACDF, LLC; (3) Farid Assemi, Trustee of the Amended and Restated Farid Assemi Revocable Trust dated March 2, 2010; (4) Farshid Assemi, Trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated March 2, 2010; (5) Sonia Rosemary Assemi, Trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated March 2, 2010; and (6) Darius Assemi, Trustee of the Amended and Restated Darius Assemi Revocable Trust, dated March 2, 2010. (ECF No. 33.)  Plaintiff clarifies that Farid Assemi, Farshid Assemi, and Darius Assemi, in their individual capacities, are not dismissed and remain as Defendants in the action.

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all

1

of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); see also Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) ("The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice.")). The above-mentioned six Defendants have not filed an answer or a motion for summary judgment in this action. Under Rule 41(a)(1)(A)(i) a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, the Clerk of the Court is DIRECTED to terminate the following as defendants in this action: (1) Kamm South, LLC; (2) ACDF, LLC; (3) Farid Assemi, as Trustee of the Amended and Restated Farid Assemi Revocable Trust dated March 2, 2010; (4) Farshid Assemi, as Trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated March 2, 2010 only; (5) Sonia Rosemary Assemi, Trustee of the Amended and Restated Farshid Assemi and Sonia Rosemary Assemi Revocable Trust dated March 2, 2010; and (6) Darius Assemi, as Trustee of the Amended and Restated Darius Assemi Revocable Trust, dated March 2, 2010.

Farid Assemi, Farshid Assemi, and Darius Assemi REMAIN Defendants in this action in their individual capacities.

IT IS SO ORDERED.

Dated: **November 5, 2024**

UNITED STATES MAGISTRATE JUDGE