# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C & A FARMS, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  1:24-cv-01230-KES-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(ECF No. 48) |

On December 13, 2024, Plaintiff and Defendants Dumar LLC and Pistache LLC ("Defendants") filed a stipulation to allow Defendants an extension of time to file responses to the complaint.

Accordingly, IT IS HEREBY ORDERED that Defendants Dumar, LLC and Pistache LLC shall file their responsive pleadings **on or before December 31, 2024**.

IT IS SO ORDERED.

Dated:  **December 16, 2024**

STANLEY A. BOONE
United States Magistrate Judge

1