# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C & A FARMS, LLC, et al.,<br><br>　　　　　Defendants. | Case No.  1:24-cv-01230-KES-SAB<br><br>ORDER GRANTING INTERVENOR U.S. BANK NATIONAL ASSOCIATION'S SUBSTITUTION OF ATTORNEY<br><br>(ECF No. 65) |

Intervenor U.S. Bank National Association filed a substitution of attorney form substituting attorney Michael M. Lauter in place of attorneys John D. Freed and Mark A. Anishchenko.  (ECF No. 65.)  Accordingly, Michael M. Lauter is substituted as attorney of record for Intervenor U.S. Bank National Association.  The Clerk of the Court is directed to terminate attorneys John D. Freed and Mark A. Anishchenko as counsel of record.

IT IS SO ORDERED.

Dated:   **June 6, 2025**

　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　United States Magistrate Judge