# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C & A FARMS, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 1:24-cv-01230-KES-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR SCHEDULING CONFERENCE<br><br>**DEADLINE: OCTOBER 10, 2025** |
|---|---|

On October 10, 2024, Plaintiff commenced this action, which has been related to several cases. (ECF No. 1.) An initial scheduling conference is set for October 28, 2025. (ECF No. 61.) As relevant here, on January 21, 2025, Plaintiff filed a motion to dismiss, which remains pending. (ECF No. 54.) The Court also observers that at least one defendant on the docket, Darius Assemi (in his individual capacity), has not appeared. In general, the Court will not conduct an initial scheduling conference with a dispositive motion pending or where all parties have not appeared (or where appropriate entered into default).

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that **on or before October 10, 2025**, Plaintiff shall file a status report indicating the status of service upon defendant Darius Assemi; whether Plaintiff is prepared to hold the scheduling conference; and/or whether the scheduling conference should be continued to allow for the remaining defendant to appear in this action. Concurrently, Plaintiff should move for an extension to complete service, if necessary. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated:   **October 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge