MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

*Attorneys for Plaintiffs*
BRIGHTHOUSE LIFE INSURANCE COMPANY,
METROPOLITAN LIFE INSURANCE COMPANY,
and METLIFE REAL ESTATE LENDING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br>v.<br><br>ACDF, LLC, a California limited liability company, *et al.,*<br><br>Defendants. | Lead Case No. 1:24-cv-01261-KES-SAB<br><br>Consolidated with Case Nos:<br>1:24-cv-01226; 1:24-cv-01230;<br>1:24-cv-01231; 1:24-cv-01232;<br>1:24-cv-01233; 1:24-cv-01235; and<br>1:24-cv-01241<br><br>**JOINT STATUS REPORT**<br><br>Honorable Magistrate Stanley A. Boone |

☒ Affects All Cases
☐ Affects Metropolitan Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01261
☐ Affects Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al., 1:24-cv-01226
☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230
☐ Affects Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al., 1:24-cv-01231
☐ Affects Brighthouse Life Ins. Co. v. Kamm South, LLC, et al., 1:24-cv-01232
☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233 Case No. 1:24-cv-01233
☐ Affects Brighthouse Life Ins. Co. v. ACDF, LLC, et al., 1:24-cv-01235
☐ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

1   Plaintiffs Brighthouse Life Insurance Company, Metropolitan Life Insurance Company, and

2   MetLife Real Estate ending, LLC (collectively, "Plaintiffs") filed eight Complaints[1] alleging

3   Defendants' breach of loan agreements and guaranty agreements under the respective loan

4   documents, as defined in the pleadings.[2]   The cases were administratively consolidated on

5   December 12, 2024 with Case No. 1:24-cv-01261-KES-SAB as the Lead Case.  (ECF No. 54.)

6   Pursuant to the Court's October 6, 2025 Orders[3], the undersigned counsel for Plaintiffs and

7   Defendants[4] (collectively, the "Parties") respectfully submit the following Joint Status Report and

8   request a 90-day continuance of the Initial Scheduling Conference.

9

10

11

12

---

13   [1] *Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al.*, 1:24-cv-01226; *Metropolitan Life Ins. Co.
v. C & A Farms, LLC, et al.*, 1:24-cv-01230; *Metropolitan Life Ins. Co. v. Maricopa Orchards,
14   LLC, et al.*, 1:24-cv-01231; *Brighthouse Life Ins. Co. v. Kamm South, LLC, et al.*, 1:24-cv-01232;
*Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al.*, 1:24-cv-01233; *Brighthouse
15   Life Ins. Co. v. ACDF, LLC, et al.*, 1:24-cv-01235; *MetLife Real Estate Lending, LLC v. Panoche
Pistachios, LLC, et al.*, 1:24-cv-01241; *Metropolitan Life Ins. Co. v. ACDF, LLC, et al.*, 1:24-cv-
16   01261.

17   [2] *See* Complaints, Loan Documents: 1:24-cv-01261 (ECF No. 1, Factual Background, section A);
1:24- cv-01226 (ECF No. 1, Factual Background, section A); 1:24-cv-01230 (ECF No. 1, Factual
18   Background, section A); 1:24-cv-01231 (ECF No. 1, Factual Background, section A); 1:24-cv-
01232 (ECF No. 1, Factual Background, section A); 1:24-cv-01233 (ECF No. 1, Factual
19   Background, section A); 1:24-cv-01235 (ECF No. 1, Factual Background, section A); and 1:24-cv-
01241 (ECF No. 1, Factual Background, section A).
20

21   [3] *See* Orders: 1:24-cv-01261 (ECF No.178); 1:24- cv-01226 (ECF No. 35); 1:24-cv-01230 (ECF
No. 70); 1:24-cv-01231 (ECF No. 35); 1:24-cv-01232 (ECF No. 36); 1:24-cv-01233 (ECF No. 38);
22   1:24-cv-01235 (ECF No.39); and 1:24-cv-01241 (ECF No. 35).

23   [4] Defendants Maricopa Orchards, LLC; ACDF, LLC, as successor by merger to 104 Partners, LLC;
Willow Avenue Investments, LLC; Ashlan & Hayes Investments, LLC; Grantor Fresno Clovis
24   Investments, LLC; Maricopa Orchards, LLC; Manning Avenue Pistachios, LLC; C & A Farms,
LLC; Cantua Orchards, LLC; FNF Farms, LLC; Panoche Pistachios, LLC; Kamm South, LLC;
25   Donald E. Schramm and Nada L. Schramm Revocable Trust Dated 12/2/2010; The Thomsen
Family Trust Dated 11/24/2010; Daniel L. Sweet, an individual; Carole A. Sweet, an individual;
26   Donald E. Schramm, an individual; Nada L. Schramm, an individual; Keith A. Thomsen, an
individual; the testate and intestate successors of Catherine S. Thomsen, deceased, and all persons
27   claiming by, through or under such decedent; Farid Assemi, an individual; Farshid Assemi, an
individual; and Darius Assemi, an individual (collectively, the "Defendants").   As of the time of
28   this filing, counsel for Plaintiffs did not receive a response or signature authorization from counsel
for Dumar, LLC and Pistache, LLC.

1    I.      STATUS OF SERVICE AND APPEARANCES

2          All Defendants have been served with the respective Complaints, and all Defendants have

3    answered.  Plaintiff Metropolitan Life Insurance Company provides further clarification on the

4    status of certain Defendants in two of its cases discussed in the Court's Orders:

5          In its October 6, 2025 Order in Case No. 1261, the Court noted that two defendants, Ashlan

6    & Hayes Investments, LLC and Grantor Fresno Clovis Investments, LLC have not appeared (ECF

7    No. 178).  Plaintiff Metropolitan Life Insurance Company respectfully notes that Ashlan & Hayes

8    Investments, LLC and Grantor Fresno Clovis Investments, LLC submitted an Answer on April 30,

9    2025 (ECF No. 140) and are currently represented by Wanger Jones Helsley PC (ECF No. 160).

10          In its October 6, 2025 Order in Case No. 1230, the Court observed that one defendant on

11   the docket, Darius Assemi (in his individual capacity) has not appeared (ECF No. 140).  Plaintiff

12   Metropolitan Life Insurance Company respectfully notes that this is an error on the Parties' part.

13   On November 4, 2024, Plaintiff dismissed Darius Assemi as Trustee of the AMENDED AND

14   RESTATED DARIUS ASSEMI REVOCABLE TRUST, dated March 2, 2010.  (ECF No. 33.)

15   Darius Assemi, in his individual capacity, remained a defendant.  (*Id*.)  Darius Assemi submitted

16   an Answer on May 9, 2025 (ECF No. 62), which was filed on behalf of Darius Assemi both as an

17   individual *and* Trustee, but should have been filed on behalf of Darius Assemi as an individual

18   only, not Trustee, since Darius Assemi in his capacity as Trustee was previously dismissed.

19   II.     REQUEST FOR CONTINUANCE

20          The Parties respectfully request a 90-day continuance (to January 26, 2026) of the Initial

21   Scheduling Conference.  A sale of real property was approved by the Court on September 24, 2025

22   in Case No. 1231 (see ECF No. 173), and additional sales in other cases may be forthcoming.  These

23   developments are expected to significantly narrow the scope of the discovery plan and the issues

24   to be addressed at the Initial Scheduling Conference.  Given the complexity of these multi-party

25   proceedings, the Parties request additional time to meet and confer on a discovery plan, case

26   schedule, and the matters at issue in the various cases.

27

28

1    DATED:  October 10, 2025                    STOEL RIVES LLP

2
                                                 /s/ Michelle J. Rosales
3                                                MICHAEL B. BROWN, Bar No. 179222
                                                 michael.brown@stoel.com
4                                                THOMAS A. WOODS, Bar No. 210050
                                                 thomas.woods@stoel.com
5                                                BENJAMIN J. CODOG, Bar No. 307034
                                                 ben.codog@stoel.com
6                                                MICHELLE J. ROSALES, Bar No. 343519
                                                 michelle.rosales@stoel.com
7
                                                 Attorneys for Plaintiffs
8                                                BRIGHTHOUSE LIFE INSURANCE
                                                 COMPANY, METROPOLITAN LIFE
9                                                INSURANCE COMPANY, and METLIFE
                                                 REAL ESTATE LENDING, LLC
10
     DATED:  October 10, 2025                    WANGER JONES HELSEY PC
11

12
                                                 /s/ Ian J. Quinn
13                                               RILEY C. WALTER, Bar No. 91839
                                                 rwalter@wjhattorneys.com
14                                               IAN J. QUINN, Bar No. 342754
                                                 iquinn@wjhattorneys.com
15

16                                               Attorneys for Defendants
                                                 ACDF, LLC; C&A FARMS, LLC; CANTUA
17                                               ORCHARDS, LLC; FNF FARMS, LLC;
                                                 KAMM SOUTH, LLC; MARICOPA
18                                               ORCHARDS, LLC; ASHLAN & HAYES
                                                 INVESTMENTS, LLC; PANOCHE
19                                               PISTACHIOS, LLC; WILLOW AVENUE
                                                 INVESTMENTS, LLC; MANNING AVENUE
20                                               PISTACHIOS, LLC; GRANTOR FRESNO
                                                 CLOVIS INVESTMENTS, LLC
21
     DATED:  October 10, 2025                    LEVENE, NEALE, BENDER, YOO &
22                                               GOLUBCHIK LLP

23
                                                 /s/ Richard D. Steelman
24                                               BETH ANN R. YOUNG, Bar No. 143945
                                                 bry@lnbyg.com
25                                               RICHARD D. STEELMAN, JR., Bar No.
                                                 rps@lnbyg.com
26
                                                 Attorneys for Defendants
27                                               FARID ASSEMI, an individual, and FARSHID
                                                 ASSEMI, an individual.
28

1    DATED:  October 10, 2025                    MOJDEHI GALVIN REGO LLP

2
                                                 */s/ Ali M. Mojhehi*
3                                                ALI M. MOJDEHI, Bar No. 123846
                                                 ali.mojdehi@mgr-legal.com
4
                                                 *Attorneys for Defendants*
5                                                DARIUS ASSEMI, an individual

6
     DATED:  October 10, 2025                    BAKER MANOCK & JENSEN, PC
7

8                                                */s/ Dirk E. Schramm*
                                                 DIRK B. PALOUTZIAN, Bar No. 173676
9                                                dpaloutzian@bakermanock.com

10                                               *Attorneys for Defendants*
                                                 DONALD E. SCHRAMM AND NADA L.
11                                               SCHRAMM REVOCABLE TRUST DATED
                                                 12/2/2010; THE THOMSEN FAMILY TRUST
12                                               DATED 11/24/2010; DANIEL L. SWEET, AN
                                                 INDIVIDUAL; CAROLE A. SWEET, AN
13                                               INDIVIDUAL; DONALD E. SCHRAMM, AN
                                                 INDIVIDUAL; NADA L. SCHRAMM, AN
14                                               INDIVIDUAL; KEITH A. THOMSEN, AN
                                                 INDIVIDUAL; THE TESTATE AND
15                                               INTESTATE SUCCESSORS OF
                                                 CATHERINE S. THOMSEN, DECEASED,
16                                               AND ALL PERSONS CLAIMING BY,
                                                 THROUGH OR UNDER SUCH DECEDENT
17

18

19                      **ATTESTATION UNDER L.R. 131(c)**

20           Pursuant to Civil Local Rule 131(c), I attest under the penalty of perjury that the above

21    signatories authorized the use of an electronic signature and concurred in the filing of this

22    document.

23

24
     DATED:  October 10, 2025                    */s/ Michelle J. Rosales*
25                                               MICHELLE J. ROSALES

26

27

28