# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE COMPANY,

Plaintiff,

v.

C & A FARMS, LLC, et al.,

Defendants.

Case No. 1:24-cv-01230-KES-SAB

ORDER CONTINUING INITIAL SCHEDULING CONFERENCE

(ECF No. 73)

On January 12, 2026, the parties filed a stipulation to continue the initial scheduling conference. (ECF No. 73.) For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to May 26, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **January 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge