ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Phillip Christensen, as Receiver

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY, a New York corporation,

          Plaintiff,

        vs.

C & A FARMS, LLC, a California limited
liability company, et al.,

          Defendants.

☐ Affects All Cases
☒ Affects Metropolitan Life Ins. Co. v. C &
   A Farms, LLC, et al., 1:24-cv-01230
☐ Affects Brighthouse Life Ins. Co. v.
   Manning Avenue Pistachios, LLC, et al.,
   1:24-cv-01233 Case No. 1:24-cv-01233
☐ Affects MetLife Real Estate Lending, LLC
   v. Panoche Pistachios, LLC, et al., 1:24-cv-
   01241

Lead Case No. 1:24-cv-01230-KES-SAB

[Previously Consolidated Under Lead Case
No. 1:24-cv-01261-KES-SAB]

Consolidated with Case Nos:
1:24-cv-01233; and 1:24-cv-01241

**DECLARATION OF ROBB M. STEWART
IN SUPPORT OF ORDER APPROVING
SALE PURSUANT TO RECEIVER'S
NOTICE OF SALE HEARING AND
AUCTION [ECF NO. 221]**

Hearing [VACATED]:
Date:   May 4, 2026
Time:   1:30 p.m.
Place:  Robert E. Coyle U.S. Courthouse
         2500 Tulare Street
         Courtroom 6, 7th Floor
         Fresno, CA 93721

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

57798305.1 392865-00002

DECLARATION OF ROBB M. STEWART IN SUPPORT OF ORDER APPROVING SALE PURSUANT TO
RECEIVER'S NOTICE OF SALE HEARING AND AUCTION

I, Robb M. Stewart, declare as follows:

1.     I am a principal and Senior Vice President at Pearson Realty, and we are the broker of record for the Receiver, Phillip Christensen, in the above-entitled action.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2.     I submit this declaration in support of the Receiver's *Notice of Sale Hearing and Auction* (ECF No. 221) (the "Sale Notice"), filed on March 26, 2026, pursuant to the approved sale procedures under the Sale Procedures Order (ECF No. 147) authorizing the Sale Notice.[1]

3.     Pearson Realty's activities to market the Subject Property included:

a.     Install 3' x 4' Pearson Realty "For Sale" signs on the property.

b.     Telephone and personal contact of potential buyers by Pearson Realty's 21-man Ag department.

c.     Property information submitted to commercial, investment and ag real estate brokers throughout the San Joaquin Valley.

d.     Prepare color brochures and distribute to identified prospects.

e.     Advertise on: Pearson Realty Website (pearsonrealty.com), Loopnet (largest commercial/investment website available for potential buyers), Farm and Land, Lands of America, Crexi, Social Media (Facebook, Instagram, Linkedln).

f.     Distribute the property brochure throughout our company's farm and commercial departments, which is comprised of 46 agents and brokers in 3 offices located in Fresno, Visalia, and Bakersfield.

g.     Publish the property in the Business Journal statewide exposure

h.     Weekly email blasts sent to local, institutional, and foreign investors, growers & farm managers.

i.     Direct mail color postcards to targeted buyers located throughout California.

---

[1] Unless otherwise indicated, defined terms are the same as in the Sale Notice.

DECLARATION OF ROBB M. STEWART IN SUPPORT OF ORDER APPROVING SALE PURSUANT TO RECEIVER'S NOTICE OF SALE HEARING AND AUCTION

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

4.    Pearson Realty published notice of the sale on the following dates: 3-27-26, 4-3-26, 4-10-26, 4-17-26, and 4-24-26. Attached are copies of the published notices. Accordingly, I believe that the sale complies with the requirement to publish the sale for four consecutive weeks before the sale.

5.    After these efforts, the Buyer was the only qualified bidder and we did not have an auction. Therefore the auction originally scheduled for April 24, 2026 was cancelled.

6.    I hereby confirm, based on my business judgment and professional experience, that a commercially reasonable sale and marketing process was conducted and that the sale proposed by the Sale Notice represents the current fair market value of the Subject Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of May, 2026, at Fresno, California.

Robb M. Stewart

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

57798305.1 392865-00002

3

DECLARATION OF ROBB M. STEWART IN SUPPORT OF ORDER APPROVING SALE PURSUANT TO RECEIVER'S NOTICE OF SALE HEARING AND AUCTION

# ATTACHMENT



**Adobe stock image** | Compliance under the Americans With Disabilities Act is a common target of outside law firms looking to sue local businesses.

# Report:
# California's 'lawsuit abuse' costs state $101B in output, 850K jobs

**Denine Currie** - STAFF WRITER

A new industry-backed report has put a price tag on what it calls the state's "lawsuit abuse" problem — $101.2 billion in lost economic output and more than 850,000 jobs annually, according to a report released by the Citizens Against Lawsuit Abuse.

The nonprofit released its latest commissioned report, which details the economic impact of lawsuit abuse in California.

Its findings reveal that Californians pay more than $2,500 a year in hidden fees through a measure of per capita economic loss called the "tort tax" — a term that represents increased costs of products and services from business owners as a result of such lawsuits.

Local companies have been victims of such lawsuits.

Compliance with the Americans with Disabilities Act (ADA) is a common target. The ADA ensures that disabled people have equal access to goods, services and employment, as well as the ability to participate in government programs.

**'Small business killer'**

Though the ADA was intended to create equitable conditions for those with disabilities, others say that the law is often used to justify excessive lawsuits.

David Fansler, the Fresno-based founder of Fansler Restaurant Group, said that ADA lawsuit abuse is a small business killer.

Fansler is referring to the increased rate of large, out-of-area law firms who seek out small businesses in the Central Valley, looking for ADA violations in order to file lawsuits — often on the behalf of plaintiffs who have never interacted with the businesses they are suing.

"The big ones fight them, they are more sophisticated, but they just bowl over the small ones because they don't know quite what their rights are," Fansler said about the businesses targeted.

Fansler employs roughly 350 employees across his three restaurants — Pismo's Coastal Grill, Yosemite Ranch and Westwoods BBQ & Spice Co.

Fansler has faced multiple ADA lawsuits over the years — with causes ranging from toilets being too close to walls to tables being too close to each other — resulting in thousands of dollars in damages.

"If the table is supposed to be

**ADA Lawsuits** | Page 4



**Limited time offer**

# 3.60%
## APY[1] for 7 months
Earn more with a
### Term Savings Certificate



Visit a branch, call **1-877-465-3361** or scan to learn more

Insured by NCUA

[1]The dividend rate and Annual Percentage Yield (APY) are accurate as of 03/03/2026. There is no minimum balance required to earn the stated APY. The minimum opening deposit for the 7-month certificate is $500. The APY is based on an assumption that dividends will remain in the account until maturity. Any fee, withdrawal, or transfer reduces earnings and there may be penalties for early withdrawal. Call **1-877-GOLDEN 1** (1-877-465-3361) for current rates.

We reserve the right to change or discontinue this program at any time. Rates and term are subject to change without notice.    0226-CVBUS



## PEARSON REALTY

# MARICOPA ORCHARD COMPANY PROPERTIES
## — FOR SALE —

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch *Price Reduced* | 290.66± | $2,325,280 | $8,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch *Price Reduced* | 238.36± | $3,750,000 | $15,733 | STWSD | Active |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Closed |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Pending |
| | | | Overbid Date: April 24, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711 | | |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Active |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Pending |

### FOR DETAILED INFORMATION, CONTACT:
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777



**Photo illustration by Israel Meave** | Up to 5,000 City of Fresno employees and tens of thousands of Central Valley residents have been affected by the ongoing Blue Shield-Community Medical Centers contract dispute.

# Blue Shield to respond to Community Health proposal

**Ben Hensley** – STAFF WRITER

The third major health care contract dispute to hit the Fresno region this year may be nearing a turning point.

Blue Shield of California is expected to respond by the end of this week to a proposal from Community Health System, potentially breaking a two-month stalemate that has left thousands of Central Valley residents — including up to 5,000 City of Fresno employees — scrambling for care outside their normal provider network.

"We received a proposal from Community Medical Centers this week and Blue Shield of California's commitment is to respond by Friday," the insurer said Tuesday.

That response comes against a more cautious outlook from Community Health System Division President Aldo De La Torre, who said the same day that the two sides remain far apart.

"While we're still in discussion with Blue Shield, we are not close to an agreement. We know this creates disruption and frustration for patients," De La Torre said.

The gap between those two statements captures the stakes of a dispute that has grown into one of the more consequential contract standoffs in recent Fresno memory. Should an agreement be reached, coverage could be reinstated retroactive to the contract's expiration date of Dec. 31, 2025 — a provision similar to the deal Community struck earlier this year with Aetna, which restored in-network access for more than 6,000 Fresno Unified School District retirees.

The scale of the Blue Shield dispute, however, is significantly larger. Tens of thousands of Central Valley members are potentially affected, in addition to city employees — a likely factor in why negotiations have stretched far longer than the Aetna talks.

Local elected officials have grown increasingly vocal about the human cost of the delay. Fresno City Councilmembers Annalisa Perea and Mike Karbassi warned in a February statement that the consequences extend well beyond inconvenience.

"Health care is not interchangeable," the two wrote. "Continuity of care is not optional."

The councilmembers pointed specifically to residents in West Fresno, where chronic illness rates are higher and health care options already limited.

"When health care options shrink in these neighborhoods, the consequences are not theoretical. They are immediate," they wrote.

The Blue Shield-Community standoff is the last unresolved dispute in a series of contract negotiations that have rattled the region's health care sector this year. Adventist Health and Santé Community Physicians reached an agreement March 31, restoring in-network access for Commercial HMO and Medicare Advantage members across Fresno and Kings counties. Community's earlier deal with Aetna closed a coverage gap for Fresno Unified retirees in February.

With Friday's expected response from Blue Shield, the region's largest remaining coverage dispute may soon see movement — though whether that means resolution or continued negotiations remains to be seen.

**Ben Hensley** | Writer can be reached at: 490-3461 or e-mail ben@thebusinessjournal.com





# PEARSON REALTY

## MARICOPA ORCHARD COMPANY PROPERTIES
### FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch *Price Reduced* | 290.66± | $2,325,280 | $8,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch *Price Reduced* | 238.36± | $3,750,000 | $15,733 | STWSD | Active |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Closed |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Pending |
| | *Overbid Date: April 24, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711* | | | | |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Active |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Pending |

### FOR DETAILED INFORMATION, CONTACT:
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777

## Golden1
### Credit Union

*Limited time offer*

# 3.60%
## APY[1] for 7 months

Earn more with a
**Term Savings Certificate**



Visit a branch, call **1-877-465-3361**
or scan to learn more

Insured by NCUA

[1]The dividend rate and Annual Percentage Yield (APY) are accurate as of 03/03/2026. There is no minimum balance required to earn the stated APY. The minimum opening deposit for the 7-month certificate is $500. The APY is based on an assumption that dividends will remain in the account until maturity. Any fee, withdrawal, or transfer reduces earnings and there may be penalties for early withdrawal. Call **1-877-GOLDEN 1 (1-877-465-3361)** for current rates.

We reserve the right to change or discontinue this program at any time. Rates and term are subject to change without notice.                    0226-CVBUS

## RESTAURANTS

# China Peak veteran buys Shaver Lake's beloved Hungry Hut

**Denine Currie** – STAFF WRITER

A man who spent his teenage summers building mountain bike trails at China Peak Mountain Resort now owns Shaver Lake's oldest burger stand.

Tristan Cohee, currently the director of lodging, food and beverage at China Peak, recently purchased The Hungry Hut, the beloved red hut restaurant that has anchored the Shaver Lake community for more than 60 years.

The connection to China Peak runs deep in the Cohee family. Tristan's father, Tim Cohee, owned the ski resort from 1993 to 2010, and Tristan grew up working there — first as a teen building trails and repairing rentals, later helping construct a new snowmaking system. He and his wife Daniela eventually made the mountain their permanent home, and Tristan has worked full-time at the resort for the past nine years.

The Hungry Hut has its own long history in the community. The restaurant was founded in 1965 by retired California Highway Patrol officer Otto Vetter, who originally



**Photo by Azael Gomez via Google Maps** | The Hungry Hut, a Shaver Lake landmark since 1965, was recently purchased by Tristan Cohee.

called it the Cuckoo Hut. After briefly closing, it was sold to Angelo and Mrs. Vlahavas, who renamed it The Hungry Hut and built it into the local institution it is today — known for made-to-order burgers, its signature Hut Dogs and, above all, its seasonal fruit milkshakes.

"The shakes are world famous up there," Cohee said. "Boysenberries are now in season, and that is a very, very popular shake."

Cohee said he has no plans to change what makes the place special — just a few additions, including more shake toppings and a discount for China Peak season pass holders.

"We just care about the community that we're running a business in and raising our family in," he said. "Our goal is to create something that is where everybody wants to be at every point of the year."

**Denine Currie** | Writer can be reached at: 490-3493 or e-mail Denine@thebusinessjournal.com

# Busiest Fresno restaurateur may be adding a fifth concept

**Gabriel Dillard** – EDITOR

Fresno restaurateur David Rasavong may have another dining concept in the works.

Rasavong's Elev8te Hospitality, LLC recently signed a lease for a 2,050-square-foot retail space at 5754 N. First St., south of Bullard Avenue, in the former S21 Sushi & Sake Bar location. Shane Sousa of Retail California was the agent in cooperation with Amber Holscher of Commercial Retail Associates. Rasavong did not respond to requests for comment.

Rasavong is one of Fresno's most prolific independent restaurateurs, with a portfolio that includes Banzai Japanese Bar & Kitchen and The Lincoln Pub & Grub in the Tower District, Love & Thai in Southeast Fresno and Satay Thai Kitchen and Bar in north Fresno.

Love & Thai opened in November 2023 as a relocation and rebrand of Tasty Thai, Rasavong's previous restaurant near First and Belmont, after a Facebook video of a dog tied up next door sparked baseless accusations online that the restaurant was serving dog meat. The hate campaign drew an outpouring of public support, including from elected officials and the state Attorney General's office.

"The amount of love and kindness we received is something we wish upon everyone," Rasavong said.

**Gabriel Dillard** | Editor can be reached at: 490-3467 or e-mail gabriel@thebusinessjournal.com

# Seven years in the making, Moses McQueen's opens

**Denine Currie** – STAFF WRITER

After seven years of planning, Downtown Fresno has a new bar, restaurant and hidden speakeasy.

Moses McQueen's opened Saturday at 634 Van Ness Ave., inside the 110-year-old Elia Home — the last remaining residence at its corner near Van Ness Avenue and Cesar Chavez Boulevard. The venue is named after two of Fresno's founders, Moses J. Church and Anthony "McQueen" Easterby.

Brothers Diego and Miguel Arambula

and partner Phillip Kliewer renovated the 2,000-square-foot historic home while preserving its original character. The result is two bars — a 1970s-themed bar downstairs and a 1920s-inspired bar upstairs, accessible only through a hidden bookcase passage — plus a library with floor-to-ceiling bookshelves, a food courtyard and a permanently fixed food truck in the former backyard. The venue holds up to 180 guests.

"A big part of the appeal was hanging onto this history," said Diego Arambula. "This, I think, is the only house left in this entire neighborhood."

**Denine Currie** | Writer can be reached at: 490-3493 or e-mail Denine@thebusinessjournal.com



## PEARSON REALTY

## MARICOPA ORCHARD COMPANY PROPERTIES FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch *Price Reduced* | 290.66± | $2,325,280 | $8,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch *Price Reduced* | 238.36± | $3,750,000 | $15,733 | STWSD | Active |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Closed |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Pending |
| | Overbid Date: April 24, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711 | | | | |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Active |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Pending |

### FOR DETAILED INFORMATION, CONTACT:
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777



## Golden1 Credit Union

**Limited time offer**

# 3.60% APY[1] for 7 months

Earn more with a
**Term Savings Certificate**

Visit a branch, call **1-877-465-3361**
or scan to learn more

Insured by NCUA

[1]The dividend rate and Annual Percentage Yield (APY) are accurate as of 03/03/2026. There is no minimum balance required to earn the stated APY. The minimum opening deposit for the 7-month certificate is $500. The APY is based on an assumption that dividends will remain in the account until maturity. Any fee, withdrawal, or transfer reduces earnings and there may be penalties for early withdrawal. Call **1-877-GOLDEN 1 (1-877-465-3361)** for current rates.

We reserve the right to change or discontinue this program at any time. Rates and term are subject to change without notice.

0226-CVBUS

FRIDAY, APRIL 17, 2026    www.thebusinessjournal.com    3

Zenith | From 1

things at once," Shapazian said.

In the new office, Zenith has approximately 138 employees. The redesigned workspace focuses on open layouts, natural light and collaborative environments, along with amenities aimed at improving day-to-day employee satisfaction.

Shapazian said that even small changes like beverage options and shared spaces where employees can see each other face to face as opposed to cubicles, contribute to increased productivity and morale.

Outside of its new office design, Zenith differentiates itself through its in-house service model. Unlike many competitors, the company integrates claim management, legal support, medical resources and fraud investigation teams internally.

The structure allows for faster coordination and more consistent outcomes when workplace injuries occur, Shapazian said.

Shapazian said that approach is relevant in the Central Valley, where industries such as agriculture, manufacturing and logistics face industry specific safety and regulatory challenges. While Zenith is widely known for its agriculture expertise, the company is working to increase local awareness of its capabilities in other sectors.

Zenith Insurance Co. operates within a national structure anchored by Zenith National Insurance Corp., which is headquartered in Woodland Hills and functions as an indirect subsidiary of Fairfax Financial Holdings Limited. The company focuses on workers' compensation coverage across multiple states. According to regulatory filings, Zenith distributes its products through a network of roughly 1,200 independent agents nationwide. Backed by Fairfax's broader insurance and reinsurance operations, the company pairs regional underwriting with the financial resources of its parent organization, according to the company.

Going forward, growth remains a priority in Fresno. Success for Zenith will be measured not only by expanding local market share, but also by strengthening relationships with local businesses and organizations.

Zenith has partnerships with dozens of nonprofits and industry associations in the Central Valley and employees frequently are involved with volunteer initiatives. Shapazian, who serves as vice chair for the Central California Food Bank, said community involvement is essential to the company's philosophy.

"With our employees that actually live and work here in Fresno and in the Central Valley, I think knowing what's going on in the nonprofit world, what can we do to help support our charity partners, no matter what," Shapazian said.

Dylan Gonzales | Writer can be reached at: 490-3448 or e-mail dylan@thebusinessjournal.com



## PEARSON REALTY

## MARICOPA ORCHARD COMPANY PROPERTIES
### FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch *Price Reduced* | 290.66± | $2,325,280 | $8,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch *Price Reduced* | 238.36± | $3,750,000 | $15,733 | STWSD | Active |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Closed |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Pending |
| | *Overbid Date: April 24, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711* | | | | |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Active |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Closed |

### FOR DETAILED INFORMATION, CONTACT:
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777



Photo courtesy of Zenith | Davidson Pattiz, CEO of Zenith Insurance Co., and Senior Vice President Christina Shapazian stand inside the company's newly redesigned Fresno office, which reflects Zenith's expansion and long-term investment in the Central Valley.



Photo courtesy of Zenith | Zenith Insurance leaders, employees and community partners gather for a ribbon-cutting ceremony at the company's new northeast Fresno office, marking its expanded presence in the region.



## Golden1
### Credit Union

**Limited time offer**

# 3.60%
## APY[1] for 7 months

Earn more with a **Term Savings Certificate**

Visit a branch, call **1-877-465-3361** or scan to learn more

Insured by NCUA

[1] The dividend rate and Annual Percentage Yield (APY) are accurate as of 03/03/2026. There is no minimum balance required to earn the stated APY. The minimum opening deposit for the 7-month certificate is $500. The APY is based on an assumption that dividends will remain in the account until maturity. Any fee, withdrawal, or transfer reduces earnings and there may be penalties for early withdrawal. Call 1-877-GOLDEN 1 (1-877-465-3361) for current rates.

We reserve the right to change or discontinue this program at any time. Rates and term are subject to change without notice.    0226-CVBUS



Photo by Denine Currie | The interior of Strada Italian Sandwiches, which opens Tuesday at Park Crossing on Friant Road in north Fresno.



Photo by Denine Currie | The dining room at Strada features warm wood detailing, pendant lighting and shelves lined with Italian and California wines.

## Strada | From 2

elevate sandwiches," Pardini said. "And then combine that with my travels in Italy over the years and the sort of sandwiches that they have in Tuscany."

The restaurant will incorporate Italian-style ingredients, paying homage to the cuisine Pardini has focused on throughout his career.

He said the concept draws heavily on bakery production that is already central to his other restaurants.

"Being able to kind of combine all those elements into this restaurant," Pardini said. "Our fresh bread, our Italian ingredients — it all came together to make what we have here as Strada."

The restaurant will also offer beer and wine once its liquor license is finalized.

"We'll have Italian and California wines," Pardini said. "We'll have a few spritz items, and some bubbly wines as well."

Strada follows a busy stretch for the restaurateur, who recently opened Willow Osteria and already operates The Annex Kitchen and Annesso Pizzeria in Fresno.

"It's been a busy year for us getting



Photo by Denine Currie | Freshly baked focaccia bread rests on the counter at Strada. The bread is baked on site daily and serves as the foundation for every sandwich on the menu.

Willow and Strada open, almost back to back," Pardini said. "But we're having fun and working hard."

Pardini said that customers have already stopped by the restaurant in anticipation of its opening.

"We're just gonna open the doors and hopefully feed some happy people," Pardini said.

Ben Hensley | Writer can be reached at: 490-3461 or e-mail ben@thebusinessjournal.com



# PEARSON REALTY

# MARICOPA ORCHARD COMPANY PROPERTIES
## — FOR SALE —

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch *Price Reduced* | 290.66± | $2,325,280 | $8,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch *Price Reduced* | 238.36± | $3,750,000 | $15,733 | STWSD | Active |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Closed |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Pending |
| | *Overbid Date: April 24, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711* | | | | |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Active |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Closed |

## FOR DETAILED INFORMATION, CONTACT:
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777

# Golden 1
## Credit Union

## Limited time offer

# 3.60%
## APY[1] for 7 months

### Earn more with a
### Term Savings Certificate



Visit a branch, call **1-877-465-3361** or scan to learn more

Insured by NCUA

[1]The dividend rate and Annual Percentage Yield (APY) are accurate as of 03/03/2026. There is no minimum balance required to earn the stated APY. The minimum opening deposit for the 7-month certificate is $500. The APY is based on an assumption that dividends will remain in the account until maturity. Any fee, withdrawal, or transfer reduces earnings and there may be penalties for early withdrawal. Call **1-877-GOLDEN 1 (1-877-465-3361)** for current rates.

We reserve the right to change or discontinue this program at any time. Rates and term are subject to change without notice. 0226-CVBUS

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this case.  My business address is: **Saul Ewing 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.**

A true and correct copy of the document entitled:  **Declaration of Robb M. Stewart in Support of Order Approving Sale Pursuant to Receiver's Notice of Sale Hearing and Auction [ECF No. 221]** will be served or was served on the judge in chambers in the manner stated below:

**1.**      **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document.  On **May 4, 2026,** I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.**      **SERVED BY UNITED STATES MAIL:**

On **May 4, 2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed

☒ Service information continued on attached page

**3.**      **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 on **May 4, 2026,** I served the following persons and/or entities by personal delivery, overnight  mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 4, 2026 | Hannah Richmond | /s/ *Hannah Richmond* |
| --- | --- | --- |
| *Date* | *Printed Name* | *Signature* |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:

- **Robert Cullen Barton**
  rbarton@mcdermottlaw.com,mnadel@mcdermottlaw.com,losangelesdocketing@mcdermottlaw.com,los-angeles-docketing-2-3974@ecf.pacerpro.com,adavalos@mcdermottlaw.com,acorona@mcdermottlaw.com
- **David Berger**
  dberger@sheppardmullin.com,ehwalters@sheppardmullin.com
- **Michael Barrett Brown**
  michael.brown@stoel.com,docketclerk@stoel.com,rebecca.lerma@stoel.com,jill.keehnen@stoel.com,ha.nguyen@stoel.com
- **Benjamin J. Codog , III**
  ben.codog@stoel.com,docketclerk@stoel.com
- **Jane Kim**
  jkim@kbkllp.com
- **Michael Lauter**
  mlauter@sheppardmullin.com,lsegura@sheppardmullin.com
- **Aaron J Malo**
  amalo@sheppardmullin.com,mlinker@sheppardmullin.com,abilly@sheppardmullin.com
- **Ali M Mojdehi**
  ali.mojdehi@mgr-legal.com,allison.rego@mgr-legal.com
- **Saul Reiss**
  reisslaw@reisslaw.net
- **Michelle Rosales**
  michelle.rosales@stoel.com
- **Zev M. Shechtman**
  Zev.Shechtman@saul.com,Zev.Shechtman@ecf.courtdrive.com,Shelly.Guise@saul.com,hannah.richmond@saul.com,LitigationDocketing@saul.com,Isaiah.Bribiesca@saul.com
- **Richard P. Steelman , Jr**
  RPS@LNBYG.COM,damon@lnbyg.com
- **Brodie Austin Surfus**
  bsurfus@wtjlaw.com,borozco@wtjlaw.com
- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com,hlopez@wtjlaw.com,sgomez@wtjlaw.com,abroome@wtjlaw.com
- **Thomas Andrew Woods**
  thomas.woods@stoel.com,docketclerk@stoel.com,dalila.tobin@stoel.com,7052139420@filings.docketbird.com,1261239420@filings.docketbird.com,rebecca.lerma@stoel.com
- **Beth Ann R. Young**
  bry@lnbyg.com

2.    **SERVED BY UNITED STATES MAIL (continued)**:

The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Fay Pugh
Law Offices of Saul Reiss, P.C.
11835 W. Olympic Blvd., Suite 415E
Los Angeles, Ca 90064

Ashlan & Hayes Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421

Grantor Fresno Clovis Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421

Fresno, CA 93704                                    Fresno, CA 93704

Dirk B. Paloutzian
Natalya M. Ferdinandi
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
Fresno, California 93704

**3.      SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (continued) :**

**VIA EMAIL:**

- reisslaw@reisslaw.net
- fay.pugh@outlook.com
- dpaloutzian@bakermanock.com
- nferdinandi@bakermanock.com
- lmarcyes@bakermanock.com

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100