ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Phillip Christensen, as Receiver

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>C & A FARMS, LLC, a California limited liability company, et al.,<br><br>Defendants.<br><br>☐ Affects All Cases<br>☒ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230<br>☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233 Case No. 1:24-cv-01233<br>☐ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241 | Lead Case No. 1:24-cv-01230-KES-SAB<br><br>[Previously Consolidated Under Lead Case No. 1:24-cv-01261-KES-SAB]<br><br>Consolidated with Case Nos: 1:24-cv-01233 and 1:24-cv-01241<br><br>**ORDER APPROVING SALE OF REAL PROPERTY AND FOR RELATED RELIEF PURSUANT TO SALE NOTICE [ECF NO. 221 in Case No. 1:24-CV-01261]**<br><br>Hearing [VACATED]:<br>Date: May 4, 2026<br>Time: 1:30 p.m.<br>Place: Robert E. Coyle U.S. Courthouse<br>2500 Tulare Street<br>Courtroom 6, 7th Floor<br>Fresno, CA 93721 |

The Court having reviewed the *Receiver's Notice of Sale Hearing and Auction* (ECF No. 221)[1] (the "Sale Notice"), filed by Phillip Christensen, Receiver of the above-referenced estate (the "Receiver" or "Seller")[2] on March 26, 2026; having previously approved sale procedures pursuant to a Sale Procedures Order (ECF No. 147) authorizing the Sale Notice; having read and considered the Receiver's Notice of Cancellation of Auction (ECF No. 226); and having read the declaration of Robb M. Stewart (ECF No. 228), and the declaration of the Receiver (ECF No. 229); and the Receiver having called for higher and better bids before the Sale Hearing, and no higher or better bids having been submitted; and given that no opposition has been filed to the Sale Notice; and good cause appearing therefor, it is hereby ORDERED THAT:

1. The sale pursuant to the Sale Notice is APPROVED.

2. The sale by the Receiver of the farmland and improvements thereon with respect to real property described in Exhibit A hereto (the "Subject Property"), to the Buyer, D&S&E LLC, or permitted assignee (the "Buyer"), for the Purchase Price of $22,500,000.00, is approved. The Deposit of $1,125,000 shall be credited to the Purchase Price and the balance must be paid at closing.

3. The sale is free and clear of liens on the Subject Property.

4. The closing must occur no later than 21 days after entry hereof, and may occur immediately after entry hereof.

5. The Receiver is authorized to pay real estate brokers' commissions and other costs in connection with the sale, as described in the Sale Notice.

6. The Court finds that the sale satisfies 28 U.S.C. §§ 2001 and 2002.

7. The notice of the sale is adequate and proper.

8. The sale is "AS-IS" and "WHERE-IS" "WITH ALL FAULTS" and "WITHOUT REPRESENTATIONS OR WARRANTIES" except to the extent expressly and unambiguously

---

[1] The docket numbers here refer to the filings in the former Lead Case, 1:24-cv-01261-KES-SAB. The Sale Notice was published in the former Lead Case prior to the entry of an order amending the order consolidating those cases. (*See* ECF Nos. 221, 224).

[2] Unless otherwise indicated, defined terms are the same as in the Sale Notice.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

stated in the PSA.

9. The Buyer's only remedy if the sale is not consummated through no fault of Buyer is a return of the Deposit. If the sale is not consummated due to an act or omission by Buyer, then Buyer shall forfeit the Deposit.

10. The Receiver is authorized to execute documents and take such other and further action as is necessary to close the sale.

11. This Court shall retain exclusive jurisdiction over the subject matter hereof.

IT IS SO ORDERED.

Dated:   May 5, 2026

_____
UNITED STATES DISTRICT JUDGE

**EXHIBIT "A"**
Legal Description

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**For APN/Parcel ID(s):** 050-040-15s, 050-040-16s, 050-040-17s, 050-070-15s, 050-070-18s and 050-070-29s

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

**PARCEL 1:** APN: 050-040-16S

THE SOUTHEAST QUARTER OF SECTION 9, TOWNSHIP 17 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM, THE TITLE AND EXCLUSIVE RIGHT TO ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FORGOING, ALL OIL, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, AND SAND, GRAVEL AND AGGREGATES, AND PRODUCTS DERIVED THEREFROM, TOGETHER WITH, THE EXCLUSIVE AND PERPETUAL RIGHT OF SAID GRANTEE, ITS SUCCESSORS AND ASSIGNS, OF INGRESS AND EGRESS IN, UPON OR OVER SAID PROPERTY TO EXPLORE AND PROSPECT FOR, EXTRACT, DEVELOP, SAVE, CONVEY, STORE, REFINE, PROCESS AND REMOVE THE SAME AND TO MAKE SUCH USE OF SAID PROPERTY AND THE SURFACE THEREOF AS IS NECESSARY OR USEFUL IN CONNECTION THEREWITH, WHICH USE MAY INCLUDE THE SINKING, BORING, DIGGING OR DRILLING OF WELLS, SHAFTS OR TUNNELS, EXCAVATING, OPEN PIT MINING AND CONSTRUCTING, MAINTAINING AND REMOVING ROADS, WAYS, PIPE LINES, POLE LINES, TANKS, BUILDINGS, STRUCTURES AND FACILITIES, AS CONVEYED TO BRAVO OIL COMPANY, A TEXAS CORPORATION IN THE DEED EXECUTED BY SOUTHERN PACIFIC COMPANY, A DELAWARE CORPORATION, RECORDED DECEMBER 29, 1965 IN BOOK 5257, PAGE 25 OF OFFICIAL RECORDS, AS DOCUMENT NO. 104217.

**PARCEL 2:** APN: 050-040-15S

THE NORTHEAST QUARTER OF SECTION 9, TOWNSHIP 17 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM, THE TITLE AND EXCLUSIVE RIGHT TO ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FORGOING, ALL OIL, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, AND SAND, GRAVEL AND AGGREGATES, AND PRODUCTS DERIVED THEREFROM, TOGETHER WITH, THE EXCLUSIVE AND PERPETUAL RIGHT OF SAID GRANTEE, ITS SUCCESSORS AND ASSIGNS, OF INGRESS AND EGRESS IN, UPON OR OVER SAID PROPERTY TO EXPLORE AND PROSPECT FOR, EXTRACT, DEVELOP, SAVE, CONVEY, STORE, REFINE, PROCESS AND REMOVE THE SAME AND TO MAKE SUCH USE OF SAID PROPERTY AND THE SURFACE THEREOF AS IS NECESSARY OR USEFUL IN CONNECTION THEREWITH, WHICH USE MAY INCLUDE THE SINKING, BORING, DIGGING OR DRILLING OF WELLS, SHAFTS OR TUNNELS, EXCAVATING, OPEN PIT MINING AND CONSTRUCTING, MAINTAINING AND REMOVING ROADS, WAYS, PIPE LINES, POLE LINES, TANKS, BUILDINGS, STRUCTURES AND FACILITIES, AS CONVEYED TO BRAVO OIL COMPANY, A TEXAS CORPORATION IN THE DEED EXECUTED BY SOUTHERN PACIFIC COMPANY, A DELAWARE CORPORATION, RECORDED DECEMBER 29, 1965 IN BOOK 5257, PAGE 25 OF OFFICIAL RECORDS, AS DOCUMENT NO. 104217.

**PARCEL 3:** APN: 050-040-17S

CLTA Preliminary Report Form - Modified (11.17.06)
SCA0002402.doc / Updated: 02.03.26                    3                    Printed: 03.20.26 @ 07:04 AM by CL
CA---SPS-1-26-45006082

4

# EXHIBIT "A"
## Legal Description
### (continued)

THE WEST HALF OF SECTION 9, TOWNSHIP 17 SOUTH, RANGE 17 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM, THE TITLE AND EXCLUSIVE RIGHT TO ALL OF THE MINERALS AND MINERAL ORES OF EVERY KIND AND CHARACTER NOW KNOWN TO EXIST OR HEREAFTER DISCOVERED UPON, WITHIN OR UNDERLYING SAID LAND OR THAT MAY BE PRODUCED THEREFROM, INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FORGOING, ALL OIL, NATURAL GAS AND HYDROCARBON SUBSTANCES, GEOTHERMAL STEAM, BRINES AND MINERALS IN SOLUTION, AND SAND, GRAVEL AND AGGREGATES, AND PRODUCTS DERIVED THEREFROM, TOGETHER WITH, THE EXCLUSIVE AND PERPETUAL RIGHT OF SAID GRANTEE, ITS SUCCESSORS AND ASSIGNS, OF INGRESS AND EGRESS IN, UPON OR OVER SAID PROPERTY TO EXPLORE AND PROSPECT FOR, EXTRACT, DEVELOP, SAVE, CONVEY, STORE, REFINE, PROCESS AND REMOVE THE SAME AND TO MAKE SUCH USE OF SAID PROPERTY AND THE SURFACE THEREOF AS IS NECESSARY OR USEFUL IN CONNECTION THEREWITH, WHICH USE MAY INCLUDE THE SINKING, BORING, DIGGING OR DRILLING OF WELLS, SHAFTS OR TUNNELS, EXCAVATING, OPEN PIT MINING AND CONSTRUCTING, MAINTAINING AND REMOVING ROADS, WAYS, PIPE LINES, POLE LINES, TANKS, BUILDINGS, STRUCTURES AND FACILITIES, AS CONVEYED TO BRAVO OIL COMPANY, A TEXAS CORPORATION IN THE DEED EXECUTED BY SOUTHERN PACIFIC COMPANY, A DELAWARE CORPORATION, RECORDED DECEMBER 29, 1965 IN BOOK 5257, PAGE 25 OF OFFICIAL RECORDS, AS DOCUMENT NO. 104217.

**PARCEL 4: APN: 050-070-15S**

THE NORTHWEST QUARTER OF SECTION 22, TOWNSHIP 17 SOUTH, RANGE 16 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM AN UNDIVIDED 90/100THS OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS NOW AND AT ANY TIME HEREAFTER IN AND UNDER AND THAT MAY BE PRODUCED FROM SAID LAND, AS GRANTED TO W.R. FARRELL, IN DEED RECORDED SEPTEMBER 01, 1949, IN BOOK 2765 PAGE 74, OF OFFICIAL RECORDS.

EXCEPTING THEREFROM AN UNDIVIDED 10/100THS OF ALL OIL, GAS AND OTHER HYDROCARBONS AND MINERALS NOW AND AT ANY TIME HEREAFTER IN AND UNDER AND THAT MAY BE PRODUCED FROM SAID LAND, AS GRANTED TO EARL J. FENSTON, IN DEED RECORDED SEPTEMBER 01, 1949, IN BOOK 2765 PAGE 75, OF OFFICIAL RECORDS.

**PARCEL 5: APN: 050-070-29S**

THE SOUTHEAST QUARTER OF SECTION 22, TOWNSHIP 17 SOUTH, RANGE 16 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM THE EAST HALF OF THE SOUTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SAID SECTION 22, WHICH WAS CONVEYED TO WESTLANDS WATER DISTRICT BY DEED RECORDED IN BOOK 7412 PAGE 641, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM AN UNDIVIDED THREE-FOURTHS INTEREST IN AND TO ALL MINERALS, OIL, GAS AND OTHER SIMILAR SUBSTANCES CONTAINED THEREIN, TOGETHER WITH THE RIGHT AT ANY AND ALL TIMES TO ENTER UPON SAID PROPERTY EITHER IN PERSON OR BY REPRESENTATIVES,

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**EXHIBIT "A"**
Legal Description
(continued)

AS RESERVED IN THE DEED FROM LOREN C. RIGBY, EXECUTOR OF THE WILL OF MYRA L. GIBSON, DECEASED, TO FIVE POINTS RANCH, INC., A CORPORATION, DATED JUNE 15, 1962, RECORDED JULY 2, 1962 IN BOOK 4737 PAGE 235 OF OFFICIAL RECORDS, DOCUMENT NO. 51617.

ALSO EXCEPTING THEREFROM ALL OF GRANTOR'S INTEREST IN AND TO ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND AS RESERVED BY HAROLD D. BURFORD, ET AL, IN THE DEED RECORDED NOVEMBER 23, 1983 AS DOCUMENT NO. 83109958, OFFICIAL RECORDS.

**PARCEL 6:  APN: 050-070-18S**

THE NORTHEAST QUARTER OF SECTION 22, TOWNSHIP 17 SOUTH, RANGE 16 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA OF THE COUNTY OF FRESNO, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL OIL, GAS PETROLEUM, AND OTHER HYDROCARBON SUBSTANCES AND MINERALS LOCATED IN, UNDER TOGETHER WITH THE RIGHT TO GO UPON SAID PROPERTY AT ANY TIME HEREAFTER FOR THE PURPOSE OF DEVELOPING AND EXTRACTING OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES FROM SAID LAND, AND TO ERECT AND CONSTRUCT UPON SAID LAND ANY AND ALL EQUIPMENT, DERRICKS, TELEPHONE AND TELEGRAPH LINES, STORAGE TANKS, AND ANY AND ALL THINGS NECESSARY OR INCIDENTAL TO THE EXPLORATION AND DEVELOPMENT OF SAID LAND FOR OIL, GAS, AND OTHER HYDROCARBON SUBSTANCES AND MINERALS, TOGETHER WITH THE RIGHTS OF WAY FOR PASSAGE OVER, UPON AND ACROSS, AND EGRESS AND INGRESS TO AND FROM SAID LAND FOR ANY OR ALL OF THE ABOVE PURPOSES; PROVIDED, HOWEVER, THAT THE GRANTOR, ITS SUCCESSORS AND ASSIGNS, SHALL MAKE COMPLETE PAYMENT TO THE GRANTEE, ITS SUCCESSORS AND ASSIGNS, FOR ANY AND ALL DAMAGES OCCASIONED BY THE OPERATIONS OF THE GRANT OR, ITS SUCCESSORS, LESSEES AND ASSIGNS, TO CROPS, WELLS, PUMPS, PIPE LINES, FENCES, CANALS, BUILDINGS AND OTHER IMPROVEMENTS OF THE GRANTEE, ITS SUCCESSORS AND ASSIGNS, AND SHALL PAY TO THE GRANTEE, ITS SUCCESSORS AND ASSIGNS, A REASONABLE PRICE BASED ON ITS AGRICULTURAL VALUE FOR ALL LAND USED AND OCCUPIED BY THE GRANTER, ITS SUCCESSORS, LESSEES AND ASSIGNS, FOR ANY OF SAID PURPOSES. IF THE PARTIES, OR THEIR SUCCESSORS AND ASSIGNS, CANNOT AGREE AS TO THE DAMAGES OR AS TO THE REASONABLE VALUE OF THE LAND SO OCCUPIED AND USED; THE SAME SHALL BE DETERMINED BY ARBITRATION, EACH PARTY, THEIR SUCCESSORS OR ASSIGNS, SELECTING ONE ARBITRATOR, AND THE TWO SO SELECTED CHOOSING A THIRD ARBITRATOR, AND THE DECISION OF ANY TWO OF SUCH ARBITRATORS SO SELECTED SHALL BE CONCLUSIVE AND BINDING UPON THE PARTIES HERETO, THEIR RESPECTIVE SUCCESSORS AND ASSIGNS. ANY INCREASE IN TAXES CAUSED BY OR AS THE RESULT OF THE DISCOVERY OR PRODUCTION OF OIL, GAS OR OTHER HYDROCARBON SUBSTANCES OR MINERALS UPON SAID LAND SHALL BE ASSUMED AND PAID BY THE GRANTOR, ITS SUCCESSORS AND ASSIGNS, AS RESERVED BY G. W. MCNEAR, INC., A CORPORATION IN DEED RECORDED DECEMBER 28, 1948, IN BOOK 2692 PAGE 437 OF OFFICIAL RECORDS.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100