ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Phillip Christensen, as Receiver

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>C & A FARMS, LLC, a California limited liability company, et al.,<br><br>Defendants. | Lead Case No. 1:24-cv-01230-KES-SAB<br><br>[Previously Consolidated Under Lead Case No. 1:24-cv-01261-KES-SAB]<br><br>Consolidated with Case Nos: 1:24-cv-01233; and 1:24-cv-01241<br><br>**DECLARATION OF SULLIVAN GROSZ IN SUPPORT OF ORDER APPROVING SALE PURSUANT TO RECEIVER'S NOTICE OF SALE HEARING AND AUCTION [ECF NO. 84]**<br>**[Wells Ranch]** |
| ☐ Affects All Cases<br>☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230<br>☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233 Case No. 1:24-cv-01233<br>☒ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241 | <u>Hearing Date:</u><br>Date: August 3, 2026<br>Time: 1:30 p.m.<br>Place: Robert E. Coyle U.S. Courthouse<br>2500 Tulare Street<br>Courtroom 6, 7th Floor<br>Fresno, CA 93721 |

58281370.2 392865-00005

DECLARATION OF SULLIVAN GROSZ IN SUPPORT OF ORDER APPROVING SALE PURSUANT TO RECEIVER'S NOTICE OF SALE HEARING AND AUCTION

I, Sullivan Grosz, declare as follows:

1. I am President at Pearson Realty, the broker of record for the Receiver, Phillip Christensen, in the above-entitled action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. I submit this declaration in support of the Receiver's *Notice of Sale Hearing and Auction* (ECF No. 84) (the "Sale Notice"), filed on June 17, 2026, pursuant to the approved sale procedures under the Sale Procedures Order[1] authorizing the Sale Notice.[2]

3. Pearson Realty's activities to market the Subject Property included:

   a. Install 3' x 4' Pearson Realty "For Sale" signs on the property.

   b. Telephone and personal contact of potential buyers by Pearson Realty's 21-person Ag department.

   c. Property information submitted to commercial, investment and ag real estate brokers throughout the San Joaquin Valley.

   d. Prepare color brochures and distribute to identified prospects.

   e. Advertise on: Pearson Realty Website (pearsonrealty.com), Loopnet (largest commercial/investment website available for potential buyers), Farm and Land, Lands of America, Crexi, Social Media (Facebook, Instagram, Linkedln).

   f. Distribute the property brochure throughout our company's farm and commercial departments, which is comprised of 46 agents and brokers in 3 offices located in Fresno, Visalia, and Bakersfield.

   g. Publish the property in the Business Journal for statewide exposure.

   h. Weekly email blasts sent to local, institutional, and foreign investors, growers & farm managers.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

---

[1] The Sale Procedures Order can be found at ECF No. 147 on the docket of Case No. 1:24-cv-01261, pending before this Court, which is the former lead case consolidated with these cases.

[2] Unless otherwise indicated, defined terms are the same as in the Sale Notice.

DECLARATION OF SULLIVAN GROSZ IN SUPPORT OF ORDER APPROVING SALE PURSUANT TO RECEIVER'S NOTICE OF SALE HEARING AND AUCTION

i.        Direct mail color postcards to targeted buyers located throughout California.

4.        Pearson Realty published notice of the sale on the following dates: June 19, June 26, July 3, and July 10, and July 17, 2026. Attached are copies of the published notices. Accordingly, I believe that the sale complies with the requirement to publish the sale for four consecutive weeks before the sale.

5.        After these efforts, the Buyer was the only qualified bidder and we did not have an auction. Therefore the auction originally scheduled for July 17, 2026 was cancelled.

6.        I hereby confirm, based on my business judgment and professional experience, that a commercially reasonable sale and marketing process was conducted and that the sale proposed by the Sale Notice represents the current fair market value of the Subject Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of July, 2026, at Fresno, California.

DocuSigned by:

*Sullivan Grosz*

6EEE7AD2E6D846B...

SULLIVAN GROSZ

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

DECLARATION OF SULLIVAN GROSZ IN SUPPORT OF ORDER APPROVING SALE PURSUANT TO RECEIVER'S NOTICE OF SALE HEARING AND AUCTION

# ATTACHMENT

### Alvarez Logistics | From 1

delivery process that brings packages directly to customers' doorsteps. The company serves routes throughout the region from Amazon's DSJ5 delivery station at Olive and Clovis avenues in Fresno.

Alvarez said the growth of his company has been driven by strong performance and execution in a business where consistency and timeliness are essential.

"We have to be almost perfect," Alvarez said. "Every package, it doesn't matter how small or how big, it needs to be delivered."

### Building a business

Before launching his own company, Alvarez spent years working inside Amazon's operations network.

After leaving active military service in 2018, Alvarez returned to the Central Valley and joined Amazon as one of the managers who helped launch the company's 855,000-square-foot FAT1 fulfillment center in Fresno.

After joining the company, Alvarez held a number of operations and logistics leadership roles, roles that he felt his time in the Army prepared him for, while learning about Amazon's Delivery Service Partner program.

"I saw an email saying they were looking for leaders to apply for this program," Alvarez said. "I was like, 'wait, I think it's time for me to do something on my own.'"

Alvarez said Amazon provided the map, but success depended on him.

"Amazon really gave me the blueprint of how to start a business," he said. "They gave me a proven framework. But all that still required what we bring to the table, which is leadership, discipline and really building a team that can execute that discipline every single day."

He said the growth has come as Amazon has expanded delivery volume and entrusted his company with additional routes.

"We're a very metric-driven organization," he said. "In order for us to really execute and support the Amazon mission to deliver the best customer experience, we have to be good."

### Growth through logistics

The company's growth is directly tied to Amazon's broader last-mile delivery network, which moves packages from fulfillment centers to delivery stations

before they are loaded onto delivery vans.

At Amazon's DSJ5 delivery station in Fresno, employees sort and stage packages overnight before drivers arrive in waves each morning. Routes are built using technology that factors in package volume, geography and vehicle capacity.

"The technology routing creates the best and most efficient route for the driver," said Maria Carlos, an operations manager at the Fresno station.

Carlos said drivers are assigned routes based on delivery density and distance, with some in-town routes approaching 200 stops while rural routes may involve fewer deliveries but significantly more driving.

The Fresno station serves communities across much of the Central Valley, handling some of Amazon's highest package volumes. Alvarez Logistics, along with nine other Delivery Service Partner program companies, fulfills those deliveries on a rotating route schedule.

Ed Monk, a DSJ5 site lead, said the facility recently processed more than 180,000 packages in a single day, ranking third in North America among Amazon delivery stations for volume.

"We had a couple No. 1s in the entire United States for volume in a single period," Monk said.

As package volumes increase, particularly during major sales events such as Prime Day, both Amazon and its delivery partners scale staffing, vehicles and support resources to keep pace with demand.

### Defining success

For Alvarez, the business itself represents more than fleet growth and delivery metrics.

Raised in Planada, a small Merced County community, Alvarez became the first in his family to graduate from college before serving as an infantry officer in the U.S. Army.

His parents immigrated to the United States in the early 1970s and spent their careers working in agriculture.

He recalls working alongside his parents in the fields as a teenager and seeing firsthand the sacrifices they made for their children.

"I remember just looking up and seeing both my parents working," Alvarez said. "I was like, I kind of need to do something about this. I want to



**Photo by Ben Hensley** | Adolfo Alvarez stands beside one of his company's Amazon Prime delivery vans. Alvarez's company now delivers Amazon packages across the Central Valley with a fleet of roughly 50 vans.

make sure that one day they can stop doing that."

Alvarez said his experience in the military and time working at Amazon prepared him for entrepreneurship by reinforcing many of the same leadership and logistics best practices.

"In the military, as an infantry officer, you really learn a lot of skills," he said. "Logistics is always part of the planning. There's always a people piece, there's always operations."

As Independence Day approaches, Alvarez said he views the American dream less as personal achievement and more as creating opportunities for others.

"The American dream is not just personal success," Alvarez said. "It's about how you can help your family, your community and others that helped you get here."

With more than 100 employees now working for the company he started three years ago, Alvarez said that responsibility remains one of his primary motivations.

"I felt the responsibility to try to inspire people with the same backgrounds as me," Alvarez said. "To know that if I did it, you can do it."

**Ben Hensley** | Writer can be reached at: 490-3461 or e-mail ben@thebusinessjournal.com



**Photo by Ben Hensley** | Packages are sorted and staged on conveyor systems inside the DSJ5 delivery station in Fresno ahead of driver pickup.



## PEARSON REALTY

## MARICOPA ORCHARD COMPANY PROPERTIES
## — FOR SALE —

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch *Price Reduced | 290.66± | $2,325,280 | $8,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch | 238.36± | $3,750,000 | $15,733 | STWSD | Pending |
| Overbid Date July 17, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711 | | | | | |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Closed |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Closed |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Active |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Closed |

### FOR DETAILED INFORMATION, CONTACT:
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777



**File photo** | A worker removes a finished part from a Doosan HP 4000 II CNC machine at PNM Company's Fresno shop. The milling shop, which produces precision metal components, has turned to apprenticeship programs and technology investment to address a shortage of mid-level skilled workers.

# Central Valley firms bet on upskilling to close labor gap

**Frank Lopez** - STAFF WRITER

While employers across virtually every industry continue to struggle to find qualified workers, more companies are investing in their existing employees to meet growing operational demands.

Known as upskilling, the practice involves improving workers' skills, knowledge and capabilities so they can perform more advanced tasks, adapt to new technologies and take on greater responsibilities.

Examples include teaching managers leadership and strategic planning skills, training production workers in advanced manufacturing techniques, providing certifications in data analytics or project management and helping employees learn new software and artificial intelligence (AI) tools.

### Closing the skills gap

Companies invest in upskilling to increase productivity and efficiency, fill skill gaps internally, improve employee retention and career growth and adapt to changing technologies and market demands.

According to a survey by online learning platform Springboard, 70% of business leaders report a significant skills gap within their organizations. About 63% say upskilling is their primary strategy for addressing those gaps.

The California Employment Development Department identifies health care, agriculture and management occupations among the San Joaquin Valley's major growth sectors and industries where employers are most likely to invest in workforce development.

To meet those demands, more Central Valley companies are training workers to perform higher-level tasks rather than hiring additional employees while also leveraging technology to automate entry-level functions.

### Staffing up

Glenna Gates, franchise owner of Spherion Staffing in Fresno and Visalia, said the company helps employers in skilled trades industries develop their workforces through training assistance and recruitment.

Technology is a major driver behind those efforts, Gates said.

"They're changing very fast with technology," Gates said. "A lot of things are being automated on the front end, like ordering from a kiosk at McDonald's. There will be a demand for folks who can manage that automation. It's a very fast-growing demand as well."

Spherion maintains a specialty recruiter focused exclusively on manufacturing and skilled trades positions, Gates added.

### Manufacturing skills

Mario Persicone, operations manager at Fresno-based CNC milling shop

> **SLOW AND STEADY WINS THE RACE.**
>
> **- MARIO PERSICONE**
> PNM COMPANY

**Upskill Investment** | Page 4


**Credit Union**

**Limited-time offer**

**Earn up to**

# 4.15%APY[1]

with a **Term Savings Certificate**



Visit a branch, call **1-877-465-3361** or scan to learn more

Insured by NCUA

[1]The dividend rate and Annual Percentage Yield (APY) are accurate as of 05/27/2026. The dividend rate and APY may change at any time. There is no minimum balance required to earn the stated APY. The minimum deposit for the 16-month certificate special is $500. The APY is based on an assumption that dividends will remain in the account until maturity. Any fee, withdrawal or transfer reduces earnings and there may be penalties for early withdrawal. This certificate is not extended to organization accounts. Rates and terms are subject to change without notice. Call **1-877-GOLDEN 1 (1-877-465-3361)** for current rates.                      0526-CVBUS


**PEARSON REALTY**

## MARICOPA ORCHARD COMPANY PROPERTIES
### — FOR SALE —

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch *Price Reduced | 290.66± | $2,325,280 | $8,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch | 238.36± | $3,750,000 | $15,733 | STWSD | Pending |

Overbid Date July 17, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711

| | | | | | |
|---|---|---|---|---|---|
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Closed |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Closed |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Pending |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Closed |

**FOR DETAILED INFORMATION, CONTACT:**
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777



**Illustration by Cecilia Lopez** | The City of Hanford plans to roll out its toughest enforcement effort yet to combat illegal fireworks.

# Hanford launches drone enforcement for illegal fireworks

**Denine Currie** - STAFF WRITER

After illegal fireworks sparked eight fires, caused $55,000 in property damage and drove emergency calls up 25% last Fourth of July, Hanford officials are rolling out their toughest enforcement effort yet, including drone surveillance and citations reaching $10,000.

Beginning July 1, residents caught possessing or using illegal fireworks may receive administrative citations starting at $2,000. Citations increase based on the number of illegal fireworks confiscated, up to $10,000 per offender — the highest amount allowed by the state for a general law city.

Only legally allowed "Safe and Sane" fireworks may be used in Hanford on July 3-5. Illegal fireworks, including aerial and explosive fireworks, remain prohibited at all times.

Hanford City Council voted 5-0 on June 2 to adopt a new Master Fee Schedule that includes the updated fireworks citation structure.

Enforcement will rely on three city-owned drones flying at 400 feet. The drones will be used to track aerial fireworks back to their launch point, with GPS accuracy within three feet, according to city officials.

Rather than direct confrontation, citations will be issued to property owners using Assessor Parcel Numbers.

"It's irrefutable. It's video evidence. It's accurate within three feet and it's all even at nighttime, we can see people's faces," Fire Chief Daniel Perkins said during the council meeting.

The city currently has two licensed drone operators, a staffing level council members noted could be limited for a six-hour enforcement window. City Manager Chris Tavarez said staff would evaluate additional resources using existing budget authority.

The city also launched an "It's not worth it" public awareness campaign, placing 250 yard signs across Hanford. Additional signs must be posted at all authorized nonprofit fireworks sales booths.

The fire department has distributed campaign leaflets at the Thursday Marketplace and added a banner and FAQ page to the city's website. Outreach materials were produced in English and Spanish.

One unresolved enforcement issue involves fireworks set off from public roadways. Because streets are city-owned, tying a violation to a private parcel can be difficult — a challenge city officials acknowledged but did not fully resolve during the June 2 meeting.

**Denine Currie** | Writer can be reached at: 490-3493 or e-mail Denine@thebusinessjournal.com





**City of Hanford graphic** | Hanford has instituted enforcement efforts up to $10,000 per offense for illegal fireworks.



**Golden 1**
Credit Union

*Limited-time offer*

## Earn up to

# 4.15% APY[1]

with a **Term Savings Certificate**



Visit a branch, call **1-877-465-3361** or scan to learn more

Insured by NCUA

[1]The dividend rate and Annual Percentage Yield (APY) are accurate as of 05/27/2026. The dividend rate and APY may change at any time. There is no minimum balance required to earn the stated APY. The minimum deposit for the 16-month certificate special is $500. The APY is based on an assumption that dividends will remain in the account until maturity. Any fee, withdrawal or transfer reduces earnings and there may be penalties for early withdrawal. This certificate is not extended to organization accounts. Rates and terms are subject to change without notice. Call **1-877-GOLDEN 1 (1-877-465-3361)** for current rates.
0526-CVBUS



**PEARSON REALTY**

## MARICOPA ORCHARD COMPANY PROPERTIES
### — FOR SALE —

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch *Price Reduced* | 290.66± | $2,325,280 | $8,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch | 238.36± | $3,750,000 | $15,733 | STWSD | Pending |

*Overbid Date July 17, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711*

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Closed |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Closed |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Pending |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Closed |

**FOR DETAILED INFORMATION, CONTACT:**
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777



## 2026 FOBA HONOREE




**Photo courtesy of Fresno Construction** | From left, Mark McClure, electrician; Mario Castro, painter; Michael Huxley, owner; Anthony Castro, painter; and Carlos Hernandez, tile specialist, are part of the team at Fresno Construction.

# Fresno Construction: A father-son foundation built to serve

### Frank Lopez - STAFF WRITER

For over 20 years Fresno Construction company has been growing their business, reputation and family connection.

Founded by Michael Huxley in 2005, the company is now run alongside his son, CEO Bradley Huxley, who holds the company's contractor's license.

Fresno Construction provides full-service general contracting, including tenant improvements, Americans with Disabilities Act compliance upgrades, structural repairs, exterior improvements and multi-family renovations. The company works closely with property managers, developers and commercial clients to deliver efficient, code-compliant and long-lasting construction solutions.

The company has grown steadily over the past two decades, earning the Better Business Bureau's 2025 Torch Award for Ethics and supporting the community by improving housing conditions.

Fresno Construction also supports local students through hands-on exposure to the construction industry, helping develop the next generation of skilled workers.

The company has overcome economic slowdowns and leadership strain due to health-related circumstances affecting ownership — reflecting the family's leadership and commitment to both employees and clients.

Bradley said the company is on a good trajectory and has taken on a run of enjoyable projects, including a new restaurant and other commercial work.

He said he enjoys running the business with his father, reflecting on their past projects, looking toward the future and giving back to the community.

"I've had a fun run on it. It's been family owned and kept me tight with my family because I work with them and I think that I'm very blessed there," Bradley said.

**Frank Lopez** | Writer can be reached at: 490-3465 or e-mail frank@thebusinessjournal.com



## 2026 FOBA HONOREE

# Harbison International: Building across generations

### Denine Currie - STAFF WRITER

Harbison International, Inc., a Fresno-based engineering firm operating for nearly 43 years, has been selected as an honoree for The Business Journal's 2026 Family Owned Business Awards.

Mike Hamzy founded the company in 1984 after fleeing war-torn Lebanon, where he worked as an architect, served as a Special Forces reserve commander and spent nearly a year as an architect for the Saudi royal family. He settled in Fresno to join family, later earning a master's in civil engineering from Fresno State.

Today, three generations run Harbison. Wife Anne serves as president, daughter Lisa Speake is vice president and granddaughters Sarah and Amelia Gillanders also work at the firm. Harbison started with three employees and grew to



**Courtesy of Harbison International** | From left, Lisa Speake, Anne Harbison Speake and Mike Hamzy represent the team behind Harbison International. Hamzy founded the firm after serving in the Lebanese special forces.

23 by 1997, using in-house software to resolve complex engineering problems.

Today the firm employs eight,

**Harbison International** | Page 7


### Golden1
**Credit Union**

*Limited-time offer*

## Earn up to
# 4.15% APY[1]

with a **Term Savings Certificate**



Visit a branch, call **1-877-465-3361** or scan to learn more

Insured by NCUA

[1]The dividend rate and Annual Percentage Yield (APY) are accurate as of 05/27/2026. The dividend rate and APY may change at any time. There is no minimum balance required to earn the stated APY. The minimum deposit for the 16-month certificate special is $500. The APY is based on an assumption that dividends will remain in the account until maturity. Any fee, withdrawal or transfer reduces earnings and there may be penalties for early withdrawal. This certificate is not extended to organization accounts. Rates and terms are subject to change without notice. Call **1-877-GOLDEN 1** (1-877-465-3361) for current rates.     0526-CVBUS


### PEARSON REALTY

## MARICOPA ORCHARD COMPANY PROPERTIES
### — FOR SALE —

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch *Price Reduced | 290.66± | $2,325,280 | $8,000 | WRMWSD | Active |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Active |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch | 238.36± | $3,750,000 | $15,733 | STWSD | Pending |
| Overbid Date July 17, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711 | | | | | |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Closed |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Closed |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Pending |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Closed |

**FOR DETAILED INFORMATION, CONTACT:**
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777



AP Photo/Jae C. Hong | Cesar Mora stands next to bins filled with nectarines as workers pick fruit at his orchard in Reedley, Calif., Wednesday, July 1, 2026, ahead of a free giveaway amid an ongoing contract dispute over the crop.

## Nectarine Fight | From 1

favored Mora.

When this year's Monalise harvest came in and Mora said he had no legal way to sell it, he began posting videos explaining the dispute and invited the public to his farm to take fruit for free rather than let it go to waste.

"It was going to rot on a tree again," Mora told the Los Angeles Times. "Let's let people at least enjoy it, because I take pride in what I do."

An estimated 6,000 visitors came over the course of one week and took home a combined 182,000 pounds of nectarines. Organizers offered the fruit in pre-picked bins but switched to a staffed line with volunteers handing out pre-bagged fruit as crowds grew.

The No Nectarines Wasted GoFundMe campaign also saw rapid growth. Its fundraising goal was revised four times as donations came in, climbing from $22,000 to $60,000. According to the campaign's description, contributions are deposited into a trust account designated for Mora's legal fees.

## Arguing the merits in public

Mora has used the videos to press the case he is also making in court, at one point calling on Giumarra to substantiate its ownership claims over the nectarine variety.

"If someone claims to have the power and the rights to control a grower's crop, market, and charge royalties, I think the public deserves transparency, and the grower deserves proof," Mora said in a Facebook reel.

Giumarra has taken the opposite approach. The company has not engaged with the campaign on social media, and its public statements have characterized the dispute as a matter of interpreting two written contracts, to be resolved through the litigation process.

That process resumes July 20, when the case goes before a jury in Fresno County Superior Court.

**Denine Currie** | Writer can be reached at: 490-3493 or e-mail Denine@thebusinessjournal.com



AP Photo/Jae C. Hong | People wait in line to get free nectarines at Cesar Mora's orchard in Reedley, Calif., Wednesday, July 1, 2026, amid an ongoing contract dispute over the crop.



# PEARSON REALTY

## MARICOPA ORCHARD COMPANY PROPERTIES
## FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch | 290.66± | $2,325,280 | $8,000 | WRMWSD | Pending |
| *Overbid Date August 11, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711* | | | | | |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Pending |
| *Overbid Date August 11, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711* | | | | | |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch | 238.36± | $3,750,000 | $15,733 | STWSD | Pending |
| *Overbid Date July 17, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711* | | | | | |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Closed |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Closed |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Pending |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Closed |

### FOR DETAILED INFORMATION, CONTACT:
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777



# Golden1
## Credit Union

*Limited-time offer*

# Earn up to
# 4.15% APY[1]

with a **Term Savings Certificate**

Visit a branch, call **1-877-465-3361** or scan to learn more

Insured by NCUA

[1] The dividend rate and Annual Percentage Yield (APY) are accurate as of 07/14/2026. The dividend rate and APY may change at any time. There is no minimum balance required to earn the stated APY. The minimum deposit for the 19-month certificate special is $500. The APY is based on an assumption that dividends will remain in the account until maturity. Any fee, withdrawal or transfer reduces earnings and there may be penalties for early withdrawal. This certificate is not extended to organization accounts. Rates and terms are subject to change without notice. Call **1-877-GOLDEN 1 (1-877-465-3361)** for current rates.
0726-CVBUS

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this case. My business address is: **Saul Ewing 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.**

A true and correct copy of the document entitled: **Declaration of Sullivan Grosz in Support of Order Approving Sale Pursuant to Receiver's Notice of Sale Hearing and Auction [ECF No. 84] [Wells Ranch]** will be served or was served on the judge in chambers in the manner stated below:

**1.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On **July 21, 2026,** I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.     SERVED BY UNITED STATES MAIL:**

On **July 21, 2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed

☒ Service information continued on attached page

**3.     SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 on **July 21, 2026,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 21, 2026 | Hannah Richmond | /s/ *Hannah Richmond* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**1.** <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**</u>:

- **Robert Cullen Barton**
  rbarton@mcdermottlaw.com,mnadel@mcdermottlaw.com,losangelesdocketing@mcdermottlaw.com,los-angeles-docketing-2-3974@ecf.pacerpro.com,adavalos@mcdermottlaw.com,acorona@mcdermottlaw.com
- **David Berger**
  dberger@sheppardmullin.com,ehwalters@sheppardmullin.com
- **Michael Barrett Brown**
  michael.brown@stoel.com,docketclerk@stoel.com,rebecca.lerma@stoel.com,jill.keehnen@stoel.com,ha.nguyen@stoel.com
- **Dumar LLC**
  reisslaw@reisslaw.net
- **Michael Lauter**
  mlauter@sheppardmullin.com,lsegura@sheppardmullin.com
- **Aaron J Malo**
  amalo@sheppardmullin.com,mlinker@sheppardmullin.com,abilly@sheppardmullin.com
- **Nicholas R. Marcus , PHV**
  nmarcus@seyfarth.com,ChiDocketMail@seyfarth.com
- **Ali M Mojdehi**
  ali.mojdehi@mgr-legal.com,allison.rego@mgr-legal.com
- **Michael S. Nadel , PHV**
  mnadel@mcdermottlaw.com
- **Kyle Walter Owen**
  kowen@seyfarth.com,hirobinson@seyfarth.com,sacdocket@seyfarth.com,lninelist@seyfarth.com,eyang@seyfarth.com,cholman@seyfarth.com,agaughan@seyfarth.com,hbledsoe@seyfarth.com
- **Saul Reiss**
  reisslaw@reisslaw.net
- **Michelle Rosales**
  michelle.rosales@stoel.com
- **Zev M. Shechtman**
  Zev.Shechtman@saul.com,Zev.Shechtman@ecf.courtdrive.com,Shelly.Guise@saul.com,hannah.richmond@saul.com,LitigationDocketing@saul.com,Isaiah.Bribiesca@saul.com
- **Richard P. Steelman , Jr**
  RPS@LNBYG.COM,damon@lnbyg.com
- **Brodie Austin Surfus**
  bsurfus@wtjlaw.com,borozco@wtjlaw.com
- **Riley C. Walter**
  RIBTecf@wjhattorneys.com,cbrown@wjhattorneys.com
- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com,hlopez@wtjlaw.com,sgomez@wtjlaw.com,abroome@wtjlaw.com
- **Thomas Andrew Woods**
  thomas.woods@stoel.com,docketclerk@stoel.com,dalila.tobin@stoel.com,7052139420@filings.docketbird.com,1261239420@filings.docketbird.com,rebecca.lerma@stoel.com
- **Beth Ann R. Young**
  bry@lnbyg.com

**2.** <u>**SERVED BY UNITED STATES MAIL (continued):**</u>

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Fay Pugh
Law Offices of Saul Reiss, P.C.
11835 W. Olympic Blvd., Suite 415E
Los Angeles, Ca 90064

Ashlan & Hayes Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Grantor Fresno Clovis Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Dirk B. Paloutzian
Natalya M. Ferdinandi
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
Fresno, California 93704

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (continued) :**

**VIA EMAIL:**

- reisslaw@reisslaw.net
- fay.pugh@outlook.com
- dpaloutzian@bakermanock.com
- nferdinandi@bakermanock.com
- lmarcyes@bakermanock.com