ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Phillip Christensen, as Receiver

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>C & A FARMS, LLC, a California limited liability company, et al.,<br><br>Defendants. | Lead Case No. 1:24-cv-01230-KES-SAB<br><br>Consolidated with Case Nos: 1:24-cv-01233; and 1:24-cv-01241<br><br>**[PROPOSED] ORDER APPROVING SALE OF REAL PROPERTY AND FOR RELATED RELIEF PURSUANT TO AMENDED SALE NOTICE [ECF NO. 84] [Wells Ranch]**<br><br>Hearing Date:<br>Date: August 3, 2026<br>Time: 1:30 p.m.<br>Place: Robert E. Coyle U.S. Courthouse<br> 2500 Tulare Street<br> Courtroom 6, 7th Floor<br> Fresno, CA 93721 |
| ☐ Affects All Cases<br>☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230<br>☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233<br>☒ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241 | |

58281624.1 392865-00005

Order

The Court having read and considered the *Receiver's Notice of Sale Hearing and Auction* (ECF No. 84) (the "Sale Notice"), filed by Phillip Christensen, Receiver of the above-referenced estate (the "Receiver" or "Seller") on June 17, 2026; the Court having previously approved sale procedures pursuant to the Sale Procedures Order[1] authorizing the Sale Notice;[2] having read and considered the Purchase and Sale Agreement ("PSA") filed with the Sale Notice; having read and considered the Receiver's Notice of Cancellation of Auction (ECF No. 87); having read and considered the declarations of the Receiver and the Receiver's broker (ECF Nos. 88 and 89) evidencing the marketing for sale of the Subject Property including, but not limited to, the publication of notice of the sale and the public listing of the Subject Property, demonstrating that the Receiver called for higher and better bids as required by applicable law and the Sale Procedures Order, and no higher or better bids having been submitted; good cause appearing therefor; it is hereby ORDERED THAT:

1. The sale pursuant to the Sale Notice is APPROVED. Without limiting the generality of the foregoing, it is further

ORDERED THAT:

2. The sale by the Receiver of the agricultural real property described in Exhibit A hereto (the "Subject Property"), to the Buyer, Wonderful Nut Orchards LLC, or its assignee (the "Buyer"), for the Purchase Price of $3,098,680.00, is approved. The Deposit of $100,000 shall be credited to the Purchase Price and the balance must be paid at closing.

3. The sale is free and clear of liens on the Subject Property.

4. The closing must occur no later than 21 days after entry hereof, and may occur immediately after entry hereof.

5. The Receiver is authorized to pay real estate brokers' commissions and other costs in connection with the sale, as described in the Sale Notice.

---

[1] The Sale Procedures Order can be found at ECF No. 147 on the docket of Case No. 1:24-cv-01261, pending before this Court, which is the former lead case consolidated with these cases.

[2] Unless otherwise indicated, defined terms are the same as in the Sale Notice.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

6.   The Court finds that the sale satisfies 28 U.S.C. §§ 2001 and 2002.

7.   The notice of the sale is adequate and proper.

8.   The sale is "AS-IS" and "WHERE-IS" "WITH ALL FAULTS" and "WITHOUT REPRESENTATIONS OR WARRANTIES" except to the extent expressly and unambiguously stated in the PSA.

9.   The Buyer's only remedy if the sale is not consummated through no fault of Buyer is a return of the Deposit. If the sale is not consummated due to an act or omission by Buyer, then Buyer shall forfeit the Deposit.

10.   The Receiver is authorized to execute documents and take such other and further action as is necessary to close the sale.

11.   This Court shall retain exclusive jurisdiction over the subject matter hereof.


IT IS SO ORDERED.

Dated: _____ __, 2026

_____

UNITED STATES DISTRICT JUDGE

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# "EXHIBIT A"

**Order No.:** 45006081
**Title No.:** FWKN-TO25000396

**For APN/Parcel ID(s): 103-100-21-01, 103-100-20-01, 103-100-19-01 and 103-040-37-00**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA IN THE COUNTY OF KERN, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

**PARCEL 1: APN 103-100-21-01**

THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 18, TOWNSHIP 29 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL PETROLEUM, GAS, ASPHALTUM AND OTHER HYDROCARBONS AND OTHER MINERALS WITHIN OR UNDERLYING OR THAT MAY BE PRODUCED FROM SAID LAND, AS RESERVED IN THE DEED FROM ELMER HARRIS, ET AL, RECORDED SEPTEMBER 19, 1953 IN BOOK 2125, PAGE 317 OF OFFICIAL RECORDS.

**PARCEL 2: APN 103-100-20-01**

THE SOUTHEAST QUARTER OF THE NORTHEAST QUARTER OF SECTION 18, TOWNSHIP 29 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL MINERALS OF WHATSOEVER NATURE (INCLUDING, BUT NOT LIMITED TO, OIL, GAS AND OTHER HYDROCARBONS AND ASSOCIATED SUBSTANCES) IN OR UNDER OR THAT MAY BE PRODUCED FROM SAID LANDS, TOGETHER WITH THE RIGHT TO PROSPECT FOR, MINE AND/OR DRILL FOR SAID MINERALS IN AND UPON SAID LANDS AND TO PRODUCE, TAKE AND REMOVE SAID MINERALS THEREFROM AND THE RIGHT FOR SAID PURPOSES TO ENTER UPON SAID LANDS AND ERECT, CONSTRUCT, MAINTAIN AND OPERATE THEREON BUILDINGS, STRUCTURES, MACHINERY, INSTALLATIONS, EQUIPMENT, LINES (INCLUDING PIPELINES, TELEPHONE, TELEGRAPH AND POWER LINES), ROADS AND OTHER FACILITIES AND TO USE THE SURFACE AND SUBSURFACE OF SAID LANDS IN ANY MANNER TO AID IN ALL OR ANY OF THE AFORESAID OPERATIONS AND IN THE STORING, PROCESSING, REMOVING AND TRANSPORTING OF ANY OF SAID MINERALS, TOGETHER WITH THE RIGHT TO DRILL ON SAID LANDS FOR WATER FOR USE IN ANY OF THE AFORESAID OPERATIONS AND THE FREE USE OF WATER SO OBTAINED, AS RESERVED BY SHELL OIL, COMPANY, A CORPORATION, IN DEED RECORDED JUNE 11, 1958 IN BOOK 2963, PAGE 109, OFFICIAL RECORDS.

**PARCEL 3: APN 103-100-19-01**

THE NORTH HALF OF THE NORTHEAST QUARTER OF SECTION 18, TOWNSHIP 29 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, ACCORDING TO THE OFFICIAL PLAT THEREOF.

EXCEPTING THEREFROM ALL PETROLEUM, GAS, ASPHALTUM AND OTHER HYDROCARBONS

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## "EXHIBIT A"
### (continued)

AND OTHER MINERALS WHETHER SIMILAR TO THOSE HEREIN SPECIFIED OR NOT, AS RESERVED IN THE DEED FROM FULLERTON OIL COMPANY, A CORPORATION OF ARIZONA, RECORDED MARCH 3, 1953 IN BOOK 2047, PAGE 330 OF OFFICIAL RECORDS.'

**PARCEL 4: APN 103-040-37-00**

PARCEL A OF LOT LINE ADJUSTMENT NO. 32-07, IN THE UNINCORPORATED AREA, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER THAT CERTAIN CERTIFICATE OF COMPLIANCE RECORDED JANUARY 23, 2008, FILE NO. 0208009976, OFFICIAL RECORDS, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

ALL THOSE PORTIONS OF THE NORTH HALF OF THE NORTH HALF OF SECTION 8, TOWNSHIP 29 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, KERN COUNTY, CALIFORNIA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

THE WEST HALF OF SAID NORTH HALF OF THE NORTH HALF OF SAID SECTION 8.

EXCEPTING FROM A PORTION OF THE ABOVE DESCRIBED LAND ALL OIL, GAS, HYDROCARBON SUBSTANCES THEREIN AND THEREUNDER, TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS UPON SAID LAND AT ALL TIMES FOR THE DEVELOPMENT AND EXERCISE OF THE INTEREST RESERVED; AS RESERVED BY GENERAL PETROLUM CORPORATION, A CALIFORNIA CORPORATION, IN QUITCLAIM DEED RECORDED NOVEMBER 10, 1925 IN BOOK 97 OF OFFICIAL RECORDS, PAGE 187, KERN COUNTY RECORDS.

ALSO EXCEPTING FROM A PORTION OF THE ABOVE DESCRIBED LAND ALL MINERALS OF EVERY KIND AND NATURE WHATSOEVER INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING PETROLEUM, OIL, ASPHALTUM, GAS, AND ALL OTHER HYDROCARBON SUBSTANCES, CARBON DIOXIDE, NITROGEN, SULPHUR DIOXIDE, HELIUM, AND ALL OTHE NATURAL GASES, TOGETHER WITH THE EXCLUSIVE RIGHT TO PROSPECT, BORE, DRILL FOR AND PRODUCE ANY AND ALL OF SUCH MINERALS, EITHER BY MEANS OF FACILITIES LOCATED ON SAID LAND OR LOCATED ON ADJOINING OR NEARBY LANDS; AND FURTHER RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, THE EXCLUSIVE EASEMENTS AND RIGHT TO BORE OR DRILL IN AND THROUGH SAID ABOVE DESCRIBED PROPERTY TO EXPLORE FOR AND EXTRACT PETROLEUM, OIL, ASPHALTUM, GAS AND OTHER HYDROCARBON SUBSTANCES, NITROGEN, CARBON DIOXIDE, SULPHUR DIOXIDE, HELIUM AND ALL OTHER NATURAL GASES AND MINERALS OF EVERY KIND AND NATURE WHATSOEVER FROM ADJOINING OR NEARBY LANDS; ALSO RESERVING THE RIGHT TO DRILL FOR, DEVELOP AND USE SUCH WATER ON SAID ABOVE DESCRIBED PROPERTY, AS GRANTOR MAY REQUIRE FOR ITS DRILLING AND/OR PRODUCING OPERATIONS ONLY; AS RESERVED BY SOCONY MOBIL OIL COMPANY, INC., A CORPORATION, IN CORPORATION GRANT DEED DATED JULY 31, 1963, AND RECORDED SEPTEMBER 23, 1963 IN BOOK 3646 OF OFFICIAL RECORDS, PAGE 842, KERN COUNTY RECORDS.

**PARCEL 5:**

ALL EASEMENTS RESERVED BY LARRY DOUGLAS WELLS AND KATHLEEN ANN WELLS, HUSBAND AND WIFE, IN THE GRANT DEED TO GOLDEN EMPIRE SHELLING, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, RECORDED FEBRUARY 22, 2008 AS DOCUMENT

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

58281624.1 392865-00005

NO. 0208027428, KERN COUNTY OFFICIAL RECORDS.

EXCEPTING ANY PORTIONS THEREOF LYING WITHIN PARCEL 1 DESCRIBED ABOVE.

**PARCEL 6:**

A ONE-HALF (1/2) INTEREST IN THE EXISTING WATER WELL AND ALL RELATED PUMPS, MOTORS, TANKS AND OTHER EQUIPMENT, AS RESERVED BY LARRY DOUGLAS WELLS AND KATHLEEN ANN WELLS, HUSBAND AND WIFE, IN THE GRANT DEED TO GOLDEN EMPIRE SHELLING, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, RECORDED FEBRUARY 22, 2008 AS DOCUMENT NO. 0208027428, KERN COUNTY OFFICIAL RECORDS, LOCATED WITHING THE FOLLOWING DESCRIBED AREA:

BEING ALL THOSE PORTIONS OF PARCEL B OF LOT LINE ADJUSTMENT NO. 32-07 AS PER CERTIFICATE OF COMPLIANCE RECORDED JANUARY 23, 2008 AS DOCUMENT NO. 0208009976 OF OFFICIAL RECORDS IN THE KERN COUNTY RECORDER'S OFFICE, BEING A PORTION OF THE NORTH HALF OF THE NORTH HALF OF SECTION 8, TOWNSHIP 29 SOUTH, RANGE 24 EAST, MOUNT DIABLO BASE AND MERIDIAN, KERN COUNTY, CALIFORNIA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEING THE SOUTH 60.00 FEET OF THE EAST 160.00 FEET OF SAID PARCEL B, EXCEPTING THAT PORTION LYING EASTERLY OF THE WESTERLY RIGHT-OF-WAY LINE OF TRACY AVENUE (COUNTY ROAD NO. 453).

ALSO EXCEPTING ALL MINERALS OF EVERY KIND AND NATURE WHATSOEVER INCLUDING, WITHOUT LIMITING THE GENERALITY OF THE FOREGOING PETROLEUM, OIL, ASPHALTUM, GAS, AND ALL OTHER HYDROCARBON SUBSTANCES, CARBON DIOXIDE, NITROGEN, SULPHUR DIOXIDE, HELIUM, AND ALL OTHE NATURAL GASES, TOGETHER WITH THE EXCLUSIVE RIGHT TO PROSPECT, BORE, DRILL FOR AND PRODUCE ANY AND ALL OF SUCH MINERALS, EITHER BY MEANS OF FACILITIES LOCATED ON SAID LAND OR LOCATED ON ADJOINING OR NEARBY LANDS; AND FURTHER RESERVING UNTO GRANTOR, ITS SUCCESSORS AND ASSIGNS, THE EXCLUSIVE EASEMENTS AND RIGHT TO BORE OR DRILL IN AND THROUGH SAID ABOVE DESCRIBED PROPERTY TO EXPLORE FOR AND EXTRACT PETROLEUM, OIL, ASPHALTUM, GAS AND OTHER HYDROCARBON SUBSTANCES, NITROGEN, CARBON DIOXIDE, SULPHUR DIOXIDE, HELIUM AND ALL OTHER NATURAL GASES AND MINERALS OF EVERY KIND AND NATURE WHATSOEVER FROM ADJOINING OR NEARBY LANDS; ALSO RESERVING THE RIGHT TO DRILL FOR, DEVELOP AND USE SUCH WATER ON SAID ABOVE DESCRIBED PROPERTY, AS GRANTOR MAY REQUIRE FOR ITS DRILLING AND/OR PRODUCING OPERATIONS ONLY; AS RESERVED BY SOCONY MOBIL OIL COMPANY, INC., A CORPORATION, IN CORPORATION GRANT DEED DATED JULY 31, 1963, AND RECORDED SEPTEMBER 23, 1963 IN BOOK 3646 OF OFFICIAL RECORDS, PAGE 842, KERN COUNTY RECORDS.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case.  My business address is: **Saul Ewing 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.**

A true and correct copy of the document entitled: **[Proposed] Order Approving Sale of Real Property and for Related Relief Pursuant to Amended Sale Notice [ECF NO. 84] [Wells Ranch]** will be served or was served on the judge in chambers in the manner stated below:

**1.        TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document.  On **July 21, 2026,** I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.        SERVED BY UNITED STATES MAIL:**

On **July 21, 2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed

☒ Service information continued on attached page

**3.        SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 on **July 21, 2026,** I served the following persons and/or entities by personal delivery, overnight  mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 21, 2026 | Hannah Richmond | /s/ *Hannah Richmond* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:

- **Robert Cullen Barton**
  rbarton@mcdermottlaw.com,mnadel@mcdermottlaw.com,losangelesdocketing@mcdermottlaw.com,los-angeles-docketing-2-3974@ecf.pacerpro.com,adavalos@mcdermottlaw.com,acorona@mcdermottlaw.com
- **David Berger**
  dberger@sheppardmullin.com,ehwalters@sheppardmullin.com
- **Michael Barrett Brown**
  michael.brown@stoel.com,docketclerk@stoel.com,rebecca.lerma@stoel.com,jill.keehnen@stoel.com,ha.nguyen@stoel.com
- **Dumar LLC**
  reisslaw@reisslaw.net
- **Michael Lauter**
  mlauter@sheppardmullin.com,lsegura@sheppardmullin.com
- **Aaron J Malo**
  amalo@sheppardmullin.com,mlinker@sheppardmullin.com,abilly@sheppardmullin.com
- **Nicholas R. Marcus , PHV**
  nmarcus@seyfarth.com,ChiDocketMail@seyfarth.com
- **Ali M Mojdehi**
  ali.mojdehi@mgr-legal.com,allison.rego@mgr-legal.com
- **Michael S. Nadel , PHV**
  mnadel@mcdermottlaw.com
- **Kyle Walter Owen**
  kowen@seyfarth.com,hirobinson@seyfarth.com,sacdocket@seyfarth.com,lninelist@seyfarth.com,eyang@seyfarth.com,cholman@seyfarth.com,agaughan@seyfarth.com,hbledsoe@seyfarth.com
- **Saul Reiss**
  reisslaw@reisslaw.net
- **Michelle Rosales**
  michelle.rosales@stoel.com
- **Zev M. Shechtman**
  Zev.Shechtman@saul.com,Zev.Shechtman@ecf.courtdrive.com,Shelly.Guise@saul.com,hannah.richmond@saul.com,LitigationDocketing@saul.com,Isaiah.Bribiesca@saul.com
- **Richard P. Steelman , Jr**
  RPS@LNBYG.COM,damon@lnbyg.com
- **Brodie Austin Surfus**
  bsurfus@wtjlaw.com,borozco@wtjlaw.com
- **Riley C. Walter**
  RIBTecf@wjhattorneys.com,cbrown@wjhattorneys.com
- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com,hlopez@wtjlaw.com,sgomez@wtjlaw.com,abroome@wtjlaw.com
- **Thomas Andrew Woods**
  thomas.woods@stoel.com,docketclerk@stoel.com,dalila.tobin@stoel.com,7052139420@filings.docketbird.com,1261239420@filings.docketbird.com,rebecca.lerma@stoel.com
- **Beth Ann R. Young**
  bry@lnbyg.com

**2.** **SERVED BY UNITED STATES MAIL (continued):**

The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Fay Pugh
Law Offices of Saul Reiss, P.C.
11835 W. Olympic Blvd., Suite 415E
Los Angeles, Ca 90064

Ashlan & Hayes Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Grantor Fresno Clovis Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Dirk B. Paloutzian
Natalya M. Ferdinandi
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
Fresno, California 93704

**3.      SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (continued) :**

**VIA EMAIL:**

- reisslaw@reisslaw.net
- fay.pugh@outlook.com
- dpaloutzian@bakermanock.com
- nferdinandi@bakermanock.com
- lmarcyes@bakermanock.com

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100