ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Phillip Christensen, as Receiver

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>C & A FARMS, LLC, a California limited liability company, et al.,<br><br>Defendants. | Lead Case No. 1:24-cv-01230-KES-SAB<br><br>[Previously Consolidated Under Lead Case No. 1:24-cv-01261-KES-SAB]<br><br>Consolidated with Case Nos: 1:24-cv-01233; and 1:24-cv-01241<br><br>**NOTICE OF PROPOSED ACTION AND MOTION TO APPROVE DISBURSEMENT OF PANOCHE ESTATE CROP PROCEEDS AND APPROVAL OF STIPULATION WITH U.S. BANK WITH RESPECT THERETO; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATIONS OF PHILLIP CHRISTENSEN AND ZEV SHECHTMAN IN SUPPORT THEREOF**<br><br>[Notice Per Receivership Order, Doc. No. 39, Paragraph 50] |
| ☐ Affects All Cases<br>☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230<br>☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233<br>☒ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241 | |

58372075.2 392865-00005

NOTICE OF PROPOSED ACTION AND MOTION TO APPROVE DISBURSEMENT OF PANOCHE ESTATE CROP PROCEEDS AND APPROVAL OF STIPULATION WITH U.S. BANK

Phillip Christensen, as Receiver (the "Receiver") in the above-captioned administratively consolidated civil actions (the "Receivership Cases" or "Receivership"), hereby submits this Motion (the "Motion") for approval of disbursements, including pursuant to the *Stipulation Between Receiver and U.S. Bank national association re Distributions of Funds* (the "Stipulation") as Exhibit "1" and entry of an order in the form of Exhibit "2," in connection with *MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al.*, 1:24-cv-01241 (the "Panoche Estate").

This Motion is based on the below Memorandum of Points and Authorities, the Declarations of Phillip Christensen and Zev Shechtman attached hereto and such other evidence as may be properly submitted to the Court at or before the hearing.

Notice is further given that any objection to this Motion must be filed within seven days after the filing hereof. See Appointment Order ¶ 50. If no party-in-interest files a written objection within seven days hereof, the Receiver may submit the proposed order for entry by the Court, supported by a declaration attesting that no objections were filed.

The Receiver met and conferred with parties in interest before filing this Motion as demonstrated in the Declaration of Zev Shechtman.

DATED: July 31, 2026                     SAUL EWING LLP


By:        */s/ Zev Shechtman*
            ZEV SHECHTMAN
            Attorneys for Phillip Christensen, as Receiver

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### INTRODUCTION

The Receiver prays for the Court's approval of the above Motion to approve the disbursement of proceeds arising from crops grown in 2024 and 2025 on property of the Panoche Estate and the Stipulation attached hereto as Exhibit "1." The proposed disbursement is intended to cover administrative expenses of the Panoche Estate and to reimburse US Bank for its expenses incurred with respect to 2024 crop and release other claims of US Bank with respect to the Panoche Estate's cash on hand. Pursuant to the Appointment Order and in the exercise of his sound discretion, the Receiver prays that the Court grant this Motion.

### II.

### STATEMENT OF FACTS

#### A. Receivership Appointment Order

The Appointment Order authorizes the Receiver to collect and hold proceeds arising from crops grown in 2023 and 2024 on the Receivership Properties (collectively, the "Proceeds"). ECF No. 39. With respect to the disbursement of the Proceeds, Section II of the Appointment Order state, in relevant part, that:

> 36. The Receiver shall collect and hold the Proceeds in a Receivership account in trust for creditors with security interests in such Proceeds, to be disbursed by the Receiver only upon further order of the Court. Prior to disbursement, the existing security interests of Plaintiff, and any other secured creditor (including U.S. Bank, as applicable) shall attach to such Proceeds with the same validity, extent, and priority as they had on the 2023 and 2024 Crops and the products and proceeds thereof prior to the appointment of the Receiver. The Receiver shall have no right to surcharge the Proceeds and any Receiver's Certificate issued hereunder shall be junior in priority to the security interest of the secured creditors in the Proceeds.

Appointment Order ¶ 36.

With respect to the use of the Proceeds, Section III of the Appointment Orders state, in relevant part, that:

> 39. The Receiver shall pay the operating expenses of the MetLife Receivership Property from the income generated by the MetLife Receivership Property, and to

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

the extent MetLife Receivership Property income is inadequate to pay the operating expenses, may borrow money from Plaintiff ("Receivership Advances").

Appointment Orders ¶ 39.

## B.    Progress of the Receivership

Pursuant to the Appointment Order, the power and duties of the Receiver include the authority to manage and control the Receivership Properties.  ECF No. 39 at ¶ 5.  Specifically, the Receiver is authorized to "cultivate, prune, fertilize, irrigate and take all such actions as in his business judgement are necessary to preserve the permanent plantings growing" on the Receivership Properties.  *Id*.  Since appointment, the Receiver has managed, and continues to manage, the cultivation, harvest, and sale of pistachios, almonds, and other crop and fallow ground on the Receivership Properties.  The Receiver's activities include fertilization, soil treatments, tree pruning, and repairs to the irrigation infrastructure of the Receivership Properties.  Additionally, the Receiver manages the implementation of water sanitation practices to mitigate insect damage and herbicide and fungicide application. In cultivating the Receivership Properties, the Receiver has advanced necessary operational expenses, and MetLife has reimbursed the Receiver for certain expenses.  The Appointment Order contemplates that the Receivership expenses will generally be paid from income generated by the Receivership Estates.

Further, the Receiver has marketed for sale multiple of the Receivership Properties as reflected on the dockets of these Receivership Cases.[1]

The Panoche Estate has received the following crop proceeds on account of the 2024 and 2025 crop years:

| Crop Year | Crop Proceeds |
| --- | --- |
| 2024 | $401,096.00 |
| 2025 | $393,535.05 |
| Total Proceeds Received by the Estate: | $794,631.05 |

---

[1] Including the previously consolidated cases under Lead Case No. 1:24-cv-01261.

NOTICE OF PROPOSED ACTION AND MOTION TO APPROVE DISBURSEMENT OF PANOCHE ESTATE CROP PROCEEDS AND APPROVAL OF STIPULATION WITH U.S. BANK

The Estate has incurred, and the Receiver has paid, expenses totaling $434,703.04 in harvesting and administrative expenses to date, as detailed in the Estate's monthly reports, leaving cash on hand of $275,927.96 (the "Estate Cash").

**C.      Proposed Disbursement**

In addition to making further disbursements of Estate Cash for payment of administrative expenses, the Receiver requests authority to pay U.S. Bank $61,629.41 in consideration of $48,722.59 on account of 2024 crop expenses advanced by US Bank, plus $12,906.82 with respect to any additional claims that US Bank may have, and is releasing, pursuant to the *Stipulation Between Receiver and U.S. Bank national association re Distributions of Funds* (the "Stipulation") attached hereto as Exhibit "1."

**III.**

**LEGAL DISCUSSION**

As set forth in the Appointment Order, the Court holds inherent equitable power to order the appointment of a receiver and in the oversight of the actions taken by the Court's receiver. ECF No. 39; *See Winkler v. McCloskey*, 83 F.4th 720 (9th Cir. 2023) (noting that a receiver's power derives from the court's equitable authority). The Appointment Order authorizes and directs the Receiver to collect and hold the Proceeds in a Receivership account in trust for creditors and disburse the Proceeds only upon further order of the Court. ECF No. 39 at ¶ 36. Additionally, paragraph 39 in the Appointment Order instructs the Receiver to pay the operating expenses of the Receivership Properties with certain of the Proceeds generated by the Receivership Properties. The Appointment Order requires the Receiver to obtain the Court's approval before making a disbursement of the Proceeds (as defined therein). Pursuant to the Appointment Order and the Court's equitable powers, the Receiver seeks authority to disburse and use the Proceeds to pay the Receivership's administrative expenses and to make the payment to US Bank pursuant to the Stipulation. US Bank has released any claims with respect to the balance of the Estate Cash as defined in the Stipulation. Accordingly, the Receiver should be authorized

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

to use the Proceeds to pay US Bank and other administrative expenses as may be necessary for the Panoche Estate.

## IV.

## **CONCLUSION**

The Receiver respectfully requests that the Court approved the Stipulation attached as Exhibit "1" hereto, and enter the proposed order attached as Exhibit "2" hereto, thereby approving the payments to US Bank and authorizing the Receiver to use the remaining Estate Cash for purposes of the administration of the Panoche Estate including, but not limited to, the maintenance of assets of the estate and payments of fees and expenses to professionals, and for such other proper relief the Court deems just and proper.

DATED: July 31, 2025                    SAUL EWING LLP


By:        */s/ Zev Shechtman*
           ZEV SHECHTMAN
           Attorneys for Phillip Christensen, as Receiver

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

NOTICE OF PROPOSED ACTION AND MOTION TO APPROVE DISBURSEMENT OF PANOCHE ESTATE CROP PROCEEDS AND APPROVAL OF STIPULATION WITH U.S. BANK

## <u>DECLARATION OF PHILLIP CHRISTENSEN</u>

I, Phillip Christensen, declare as follows:

1. I am the Receiver in the above-entitled action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. I make this declaration in support of my above Motion. Defined terms are the same as in the Motion. I have reviewed and approved the Motion described therein.

3. Attached as Exhibit 1 is a copy of the stipulation I have entered into with US Bank to make a disbursement to US Bank for the reasons set forth in the above Motion and in the stipulation.

4. I have determined in my business judgement that the disbursements proposed in the above Motion are necessary to fulfill my duties and complete the efficient administration of this estate.

5. I believe in my professional and business judgment that the relief requested in the Motion is in the best interest of these estates and should be approved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of July, 2025, at Fresno, California.

_____
Phillip Christensen

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

NOTICE OF PROPOSED ACTION AND MOTION TO APPROVE DISBURSEMENT OF PANOCHE ESTATE
CROP PROCEEDS AND APPROVAL OF STIPULATION WITH U.S. BANK

## DECLARATION OF ZEV SHECHTMAN

I, Zev Shechtman, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts in the State of California and admitted in this Court.  I am a partner with Saul Ewing LLP, counsel of record for Phillip Christensen, as Receiver in this action.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2.      The Plaintiff and U.S. Bank have expressly consented to the relief sought herein. Before filing this Motion, I emailed counsel for Defendants about the relief requested in the above motion.  I received and answered questions from one of the attorneys for certain Defendants. Based on such communications, I am not aware of objections to the relief requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 31st day of July, 2026, at Los Angeles, California.

_/s/ Zev Shechtman_
Zev Shechtman

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

NOTICE OF PROPOSED ACTION AND MOTION TO APPROVE DISBURSEMENT OF PANOCHE ESTATE CROP PROCEEDS AND APPROVAL OF STIPULATION WITH U.S. BANK

EXHIBIT 1

ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Phillip Christensen, as Receiver

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>C & A FARMS, LLC, a California limited liability company, et al.,<br><br>Defendants. | Lead Case No. 1:24-cv-01230-KES-SAB<br><br>Consolidated with Case Nos:<br>1:24-cv-01233; and 1:24-cv-01241<br><br>**STIPULATION BETWEEN RECEIVER AND U.S. BANK NATIONAL ASSOCIATION RE DISTRIBUTIONS OF FUNDS** |

☐ Affects All Cases
☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230
☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233
☒ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

Phillip Christensen, as Receiver in *MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al.*, 1:24-cv-01241 (the "Receiver" and this "Estate"), on the one hand, and

U.S. Bank National Association ("US Bank"), on the other hand (each a "Party," and collectively, the "Parties"), hereby stipulate as follows:

58092586.5 392865-00005

**Exhibit 1**
**10**

1. US Bank claims a security interest in the Estate's 2024 crop and proceeds thereof. Plaintiff herein claims a security interest that is senior to US Bank's security interest. US Bank does not claim a security interest in the Estate's 2025 crop and proceeds thereof.

2. The Estate has received the following crop proceeds on account of the 2024 and 2025 crop years:

| Crop Year | Crop Proceeds |
|---|---|
| 2024 | $401,096.00 |
| 2025 | $393,535.05 |
| Total Proceeds Received by the Estate: | $794,631.05 |

3. The Estate has not received any other crop proceeds to date.

4. The Estate has incurred, and the Receiver has paid, expenses totaling $434,703.04 in harvesting and administrative expenses to date, as detailed in the Estate's monthly reports, leaving cash on hand of $275,927.96 (the "Estate Cash").

5. US Bank claims that it is entitled to $48,722.59 on account of 2024 crop expenses advanced by US Bank (the "US Bank 2024 Advance"), and that it has an interest in certain other 2024 crop proceeds consisting of Blue Diamond retains.

6. The Receiver seeks to make distributions of the Estate's funds and US Bank seeks payment of the US Bank 2024 Advance.

**STIPULATION**

7. The above recitals are incorporated herein in their entirety.

8. US Bank releases any claim to any of the Estate Cash other than the US Bank 2024 Advance.

9. US Bank has no objection to the Receiver's use or distribution of the Estate Cash in the Receiver's discretion, as may be approved by the Court.

10. The Parties hereby jointly request an order authorizing the Receiver to distribute all of the US Bank 2024 Advance in its entirety to US Bank plus $12,906.82, in consideration of any

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

additional rights that US Bank may assert with respect to the Estate Cash, for a total of $61,629.41.

11. Except for the express terms hereof, the Parties waive any and all claims against each other with respect to the Estate Cash and the US Bank 2024 Advance and, further, waive the effect of California Civil Code section 1542 which states: "A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party."

12. The Receiver shall request entry of an order consistent with the terms hereof.

**SO STIPULATED:**

DATED: July 31, 2026             SAUL EWING LLP


                                 By:      _/s/ Zev Shechtman_
                                          ZEV SHECHTMAN
                                          Attorneys for Phillip Christensen, as Receiver

**SO STIPULATED:**

DATED: July 31, 2026             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                                 By:      _/s/ Michael Lauter_
                                          MICHAEL LAUTER
                                          Attorneys for U.S. Bank National Association

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

EXHIBIT 2

ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Phillip Christensen, as Receiver

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation, <br><br> Plaintiff, <br><br> vs. <br><br> C & A FARMS, LLC, a California limited liability company, et al., <br><br> Defendants. | Lead Case No. 1:24-cv-01230-KES-SAB <br><br> Consolidated with Case Nos: 1:24-cv-01233; and 1:24-cv-01241 <br><br> **ORDER GRANTING DISBURSEMENT MOTION AND APPROVING STIPULATION BETWEEN RECEIVER AND U.S. BANK NATIONAL ASSOCIATION RE DISTRIBUTIONS OF FUNDS** |
| ☐ Affects All Cases <br> ☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230 <br> ☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233 <br> ☒ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241 | |

The Court having read and considered the *Notice of Proposed Action and Motion to Approve Disbursement of Panoche Estate Crop Proceeds and Approval of Stipulation with U.S. Bank with Respect Thereto* (ECF No.___) (the "Motion"), the *Stipulation Between Receiver and U.S. Bank National Association re Distributions of Funds* (the "Stipulation") attached as Exhibit "1" to the Motion and the other evidence in support of the Motion; no opposition having been filed; and good cause appearing therefor; it is hereby

58372110.1 392865-00005

**Exhibit 2**
14

ORDERED that:

1. The Motion is GRANTED.

2. The Stipulation is APPROVED.

3. The Receiver is authorized to disburse the Estate Cash as described in the Motion and Stipulation.

IT IS SO ORDERED.

Dated: _____ __, 2026

_____
UNITED STATES DISTRICT JUDGE

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case.  My business address is: **Saul Ewing 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.**

A true and correct copy of the document entitled: **Notice of Proposed Action and Motion to Approve Disbursement of Panoche Estate Crop Proceeds and Approval of Stipulation with U.S. Bank with Respect Thereto; Memorandum of Points and Authorities and Declarations of Phillip Christensen and Zev Shechtman in Support Thereof** will be served or was served on the judge in chambers in the manner stated below:

**1.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document.  On **July 31, 2026,** I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.     SERVED BY UNITED STATES MAIL:**

On **July 31, 2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed

☒ Service information continued on attached page

**3.     SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 on **July 31, 2026,** I served the following persons and/or entities by personal delivery, overnight  mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 31, 2026 | Hannah Richmond | /s/ *Hannah Richmond* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:

- **Robert Cullen Barton**
  rbarton@mcdermottlaw.com,mnadel@mcdermottlaw.com,losangelesdocketing@mcdermottlaw.com,los-angeles-docketing-2-3974@ecf.pacerpro.com,adavalos@mcdermottlaw.com,acorona@mcdermottlaw.com
- **David Berger**
  dberger@sheppardmullin.com,ehwalters@sheppardmullin.com
- **Michael Barrett Brown**
  michael.brown@stoel.com,docketclerk@stoel.com,rebecca.lerma@stoel.com,jill.keehnen@stoel.com,ha.nguyen@stoel.com
- **Dumar LLC**
  reisslaw@reisslaw.net
- **Michael Lauter**
  mlauter@sheppardmullin.com,lsegura@sheppardmullin.com
- **Aaron J Malo**
  amalo@sheppardmullin.com,mlinker@sheppardmullin.com,abilly@sheppardmullin.com
- **Nicholas R. Marcus , PHV**
  nmarcus@seyfarth.com,ChiDocketMail@seyfarth.com
- **Ali M Mojdehi**
  ali.mojdehi@mgr-legal.com,allison.rego@mgr-legal.com
- **Michael S. Nadel , PHV**
  mnadel@mcdermottlaw.com
- **Kyle Walter Owen**
  kowen@seyfarth.com,hirobinson@seyfarth.com,sacdocket@seyfarth.com,lninelist@seyfarth.com,eyang@seyfarth.com,cholman@seyfarth.com,agaughan@seyfarth.com,hbledsoe@seyfarth.com
- **Saul Reiss**
  reisslaw@reisslaw.net
- **Michelle Rosales**
  michelle.rosales@stoel.com
- **Zev M. Shechtman**
  Zev.Shechtman@saul.com,Zev.Shechtman@ecf.courtdrive.com,Shelly.Guise@saul.com,hannah.richmond@saul.com,LitigationDocketing@saul.com,Isaiah.Bribiesca@saul.com
- **Richard P. Steelman , Jr**
  RPS@LNBYG.COM,damon@lnbyg.com
- **Brodie Austin Surfus**
  bsurfus@wtjlaw.com,borozco@wtjlaw.com
- **Riley C. Walter**
  RIBTecf@wjhattorneys.com,cbrown@wjhattorneys.com
- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com,hlopez@wtjlaw.com,sgomez@wtjlaw.com,abroome@wtjlaw.com
- **Thomas Andrew Woods**
  thomas.woods@stoel.com,docketclerk@stoel.com,dalila.tobin@stoel.com,7052139420@filings.docketbird.com,1261239420@filings.docketbird.com,rebecca.lerma@stoel.com
- **Beth Ann R. Young**
  bry@lnbyg.com

**2.      SERVED BY UNITED STATES MAIL (continued):**

The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Fay Pugh
Law Offices of Saul Reiss, P.C.
11835 W. Olympic Blvd., Suite 415E
Los Angeles, Ca 90064

Ashlan & Hayes Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Grantor Fresno Clovis Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Dirk B. Paloutzian
Natalya M. Ferdinandi
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
Fresno, California 93704

**3.      SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (continued) :**

**VIA EMAIL:**

- reisslaw@reisslaw.net
- fay.pugh@outlook.com
- dpaloutzian@bakermanock.com
- nferdinandi@bakermanock.com
- lmarcyes@bakermanock.com

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100