ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Phillip Christensen, as Receiver

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,

Plaintiff,

vs.

C & A FARMS, LLC, a California limited liability company, et al.,

Defendants.

☐ Affects All Cases
☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230
☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233 Case No. 1:24-cv-01233
☒ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

Lead Case No. 1:24-cv-01230-KES-SAB

[Previously Consolidated Under Lead Case No. 1:24-cv-01261-KES-SAB]

Consolidated with Case Nos: 1:24-cv-01233; and 1:24-cv-01241

**DECLARATION OF PHILLIP CHRISTENSEN IN SUPPORT OF ORDER APPROVING SALE PURSUANT TO RECEIVER'S NOTICE OF SALE HEARING AND AUCTION [ECF NO. 86] [Carreon Ranch]**

Hearing Date:
Date: August 17, 2026
Time: 1:30 p.m.
Place: Robert E. Coyle U.S. Courthouse
2500 Tulare Street
Courtroom 6, 7th Floor
Fresno, CA 93721

I, Phillip Christensen, declare as follows:

1. I am the Receiver in the above-entitled action.

2. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

3. I submit this declaration in support of my *Notice of Sale Hearing and Auction* (ECF No. 86) (the "Sale Notice"), filed on July 16, 2026, pursuant to the approved sale procedures under the Sale Procedures Order[1] authorizing the Sale Notice.[2]

4. I hereby confirm, based on my business judgment and experience, that the sale proposed by the Sale Notice is in the best interest of this estate, that the price achieved represents the fair market value of the Subject Property, and that a commercially reasonable sale and marketing process was conducted.

5. Accordingly, I believe that the sale complies with the requirements of the Sale Procedures Order and the statutory requirements of 28 U.S.C. §§ 2001 and 2002, requiring a public marketing process, including publication of the sale once a week for at least four weeks prior to the sale.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17th day of August, 2026, at Fresno, California.

Phillip Christensen

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

[1] The Sale Procedures Order can be found at ECF No. 147 on the docket of Case No. 1:24-cv-01261, pending before this Court, which is the former lead case consolidated with these cases.

[2] Unless otherwise indicated, defined terms are the same as in the Sale Notice.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this case. My business address is: **Saul Ewing 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.**

A true and correct copy of the document entitled: **Declaration of Phillip Christensen in Support of Order Approving Sale Pursuant to Receiver's Notice of Sale Hearing and Auction [ECF NO. 86] [Carreon Ranch]** will be served or was served on the judge in chambers in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** The foregoing document will be served by the court via NEF and hyperlink to the document. On **August 17, 2026,** I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**

On **August 17, 2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 on **August 17, 2026,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 17, 2026 | Hannah Richmond | /s/ *Hannah Richmond* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued):**

- **Robert Cullen Barton**
  rbarton@mcdermottlaw.com,mnadel@mcdermottlaw.com,losangelesdocketing@mcdermottlaw.com,los-angeles-docketing-2-3974@ecf.pacerpro.com,adavalos@mcdermottlaw.com,acorona@mcdermottlaw.com
- **David Berger**
  dberger@sheppard.com,ehwalters@sheppardmullin.com
- **Michael Barrett Brown**
  michael.brown@stoel.com,docketclerk@stoel.com,rebecca.lerma@stoel.com,jill.keehnen@stoel.com,ha.nguyen@stoel.com
- **Benjamin J. Codog , III**
  ben.codog@stoel.com,docketclerk@stoel.com
- **Jane Kim**
  jkim@kbkllp.com
- **Michael Lauter**
  mlauter@sheppardmullin.com,lsegura@sheppardmullin.com
- **Aaron J Malo**
  amalo@sheppardmullin.com,mlinker@sheppardmullin.com
- **Ali M Mojdehi**
  ali.mojdehi@mgr-legal.com,allison.rego@mgr-legal.com
- **Saul Reiss**
  reisslaw@reisslaw.net
- **Michelle Rosales**
  michelle.rosales@stoel.com
- **Zev M. Shechtman**
  Zev.Shechtman@saul.com,Zev.Shechtman@ecf.courtdrive.com,Shelly.Guise@saul.com,hannah.richmond@saul.com,LitigationDocketing@saul.com,Isaiah.Bribiesca@saul.com
- **Richard P. Steelman , Jr**
  RPS@LNBYG.COM,damon@lnbyg.com
- **Brodie Austin Surfus**
  bsurfus@wtjlaw.com,borozco@wtjlaw.com
- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com,hlopez@wtjlaw.com,sgomez@wtjlaw.com,abroome@wtjlaw.com
- **Thomas Andrew Woods**
  thomas.woods@stoel.com,docketclerk@stoel.com,dalila.tobin@stoel.com,7052139420@filings.docketbird.com,1261239420@filings.docketbird.com,rebecca.lerma@stoel.com
- **Beth Ann R. Young**
  bry@lnbyg.com

**2. SERVED BY UNITED STATES MAIL (continued):**

The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Fay Pugh
Law Offices of Saul Reiss, P.C.
11835 W. Olympic Blvd., Suite 415E
Los Angeles, Ca 90064

Ashlan & Hayes Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Grantor Fresno Clovis Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

Dirk B. Paloutzian
Natalya M. Ferdinandi
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
Fresno, California 93704

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (continued) :</u>**

**<u>VIA EMAIL:</u>**

- reisslaw@reisslaw.net
- fay.pugh@outlook.com
- dpaloutzian@bakermanock.com
- nferdinandi@bakermanock.com
- lmarcyes@bakermanock.com