ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Phillip Christensen, as Receiver

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,

Plaintiff,

vs.

C & A FARMS, LLC, a California limited liability company, et al.,

Defendants.

☐ Affects All Cases
☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230
☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233 Case No. 1:24-cv-01233
☒ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

Lead Case No. 1:24-cv-01230-KES-SAB

[Previously Consolidated Under Lead Case No. 1:24-cv-01261-KES-SAB]

Consolidated with Case Nos: 1:24-cv-01233; and 1:24-cv-01241

**DECLARATION OF SULLIVAN GROSZ IN SUPPORT OF ORDER APPROVING SALE PURSUANT TO RECEIVER'S NOTICE OF SALE HEARING AND AUCTION [ECF NO. 86]**
**[Carreon Ranch]**

Hearing Date:
Date: August 17, 2026
Time: 1:30 p.m.
Place: Robert E. Coyle U.S. Courthouse
2500 Tulare Street
Courtroom 6, 7th Floor
Fresno, CA 93721

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

I, Sullivan Grosz, declare as follows:

1. I am President at Pearson Realty, the broker of record for the Receiver, Phillip Christensen, in the above-entitled action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would competently testify to such facts under oath.

2. I submit this declaration in support of the Receiver's *Notice of Sale Hearing and Auction* (ECF No. 86) (the "Sale Notice"), filed on July 16, 2026, pursuant to the approved sale procedures under the Sale Procedures Order[1] authorizing the Sale Notice.[2]

3. Pearson Realty's activities to market the Subject Property included:

a. Install 3' x 4' Pearson Realty "For Sale" signs on the property.

b. Telephone and personal contact of potential buyers by Pearson Realty's 19-person Ag department.

c. Property information submitted to commercial, investment and ag real estate brokers throughout the San Joaquin Valley.

d. Prepare color brochures and distribute to identified prospects.

e. Advertise on: Pearson Realty Website (pearsonrealty.com), Loopnet (largest commercial/investment website available for potential buyers), Farm and Land, Lands of America, Crexi, Social Media (Facebook, Instagram, Linkedln).

f. Distribute the property brochure throughout our company's farm and commercial departments, which is comprised of 46 agents and brokers in 3 offices located in Fresno, Visalia, and Bakersfield.

g. Publish the property in the Business Journal for statewide exposure.

h. Strategic email blasts sent to local, institutional, and foreign investors, growers & farm managers.

---

[1] The Sale Procedures Order can be found at ECF No. 147 on the docket of Case No. 1:24-cv-01261, pending before this Court, which is the former lead case consolidated with these cases.

[2] Unless otherwise indicated, defined terms are the same as in the Sale Notice.

i. Direct mail color postcards to targeted buyers located throughout California.

4. Pearson Realty published notice of the sale on the following dates: July 16, 2026, July 24, 2026, July 31, 2026, & August 7, 2026. Attached are copies of the published notices. Accordingly, I believe that the sale complies with the requirement to publish the sale for four consecutive weeks before the sale.

5. After these efforts, the Buyer was the only qualified bidder and we did not have an auction. Therefore the auction originally scheduled for August 11, 2026 was cancelled.

6. I hereby confirm, based on my business judgment and professional experience, that a commercially reasonable sale and marketing process was conducted and that the sale proposed by the Sale Notice represents the current fair market value of the Subject Property.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 17 day of August, 2026, at Fresno, California.

SULLIVAN GROSZ

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

# ATTACHMENT



AP Photo/Jae C. Hong | Cesar Mora stands next to bins filled with nectarines as workers pick fruit at his orchard in Reedley, Calif., Wednesday, July 1, 2026, ahead of a free giveaway amid an ongoing contract dispute over the crop.

Nectarine Fight | From 1

favored Mora.

When this year's Monalise harvest came in and Mora said he had no legal way to sell it, he began posting videos explaining the dispute and invited the public to his farm to take fruit for free rather than let it go to waste.

"It was going to rot on a tree again," Mora told the Los Angeles Times. "Let's let people at least enjoy it, because I take pride in what I do."

An estimated 6,000 visitors came over the course of one week and took home a combined 182,000 pounds of nectarines. Organizers offered the fruit in pre-picked bins but switched to a staffed line with volunteers handing out pre-bagged fruit as crowds grew.

The No Nectarines Wasted GoFundMe campaign also saw rapid growth. Its fundraising goal was revised four times as donations came in, climbing from $22,000 to $60,000. According to the campaign's description, contributions are deposited into a trust account designated for Mora's legal fees.

## Arguing the merits in public

Mora has used the videos to press the case he is also making in court, at one point calling on Giumarra to substantiate its ownership claims over the nectarine variety.

"If someone claims to have the power and the rights to control a grower's crop, market, and charge royalties, I think the public deserves transparency, and the grower deserves proof," Mora said in a Facebook reel.

Giumarra has taken the opposite approach. The company has not engaged with the campaign on social media, and its public statements have characterized the dispute as a matter of interpreting two written contracts, to be resolved through the litigation process.

That process resumes July 20, when the case goes before a jury in Fresno County Superior Court.

Denine Currie | Writer can be reached at: 490-3493 or e-mail Denine@thebusinessjournal.com



AP Photo/Jae C. Hong | People wait in line to get free nectarines at Cesar Mora's orchard in Reedley, Calif., Wednesday, July 1, 2026, amid an ongoing contract dispute over the crop.

PEARSON REALTY

MARICOPA ORCHARD COMPANY PROPERTIES FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch | 290.66± | $2,325,280 | $8,000 | WRMWSD | Pending |
| Overbid Date August 11, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711 | | | | | |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Pending |
| Overbid Date August 11, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711 | | | | | |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch | 238.36± | $3,750,000 | $15,733 | STWSD | Pending |
| Overbid Date July 17, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711 | | | | | |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Closed |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Closed |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Pending |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Closed |

FOR DETAILED INFORMATION, CONTACT:
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777

Golden 1 Credit Union

Limited-time offer

Earn up to 4.15% APY[1] with a Term Savings Certificate

Visit a branch, call 1-877-465-3361 or scan to learn more

Insured by NCUA
[1]The dividend rate and Annual Percentage Yield (APY) are accurate as of 07/14/2026. The dividend rate and APY may change at any time. There is no minimum balance required to earn the stated APY. The minimum deposit for the 19-month certificate special is $500. The APY is based on an assumption that dividends will remain in the account until maturity. Any fee, withdrawal or transfer reduces earnings and there may be penalties for early withdrawal. This certificate is not extended to organization accounts. Rates and terms are subject to change without notice. Call 1-877-GOLDEN 1 (1-877-465-3361) for current rates. 0726-CVBUS

Lyons Magnus | From 1

healthcare nutrition products. According to the company, Lyons Magnus operates four manufacturing facilities and two distribution hubs that support customers nationwide.

### A growing category

Truelink tied the acquisition to rising demand for specialty drinks consumed outside the home — a category Lyons supplies with its ingredients and flavors. Truelink Capital said it plans to build on the company's existing business through organic growth initiatives and strategic acquisitions.

"Lyons is a well-established business with a market-leading position in the attractive and growing specialty ingredients category," Todd Golditch, co-founder and managing partner of Truelink Capital, said in a statement. He added that the company was positioned to benefit from "the increasing importance of beverage innovation in the away-from-home category and growing demand for healthcare and nutrition solutions."

Jim Davis, chief executive officer of Lyons Magnus, said the company expects the partnership to support continued innovation and expansion.

"We are thrilled to be partnering with Truelink Capital as we enter this exciting next chapter for Lyons Magnus," Davis said in a statement.



**Lyons Magnus photo** | In 1852, 18-year-old Ernest G. Lyons arrives in San Francisco during the height of the California Gold Rush. He and his father establish a general merchandising operation in the Sierra Nevada foothills. E.G. Lyons & Co. is founded.

### About the buyer

The acquisition represents the second platform investment from Truelink Capital's Fund II. The firm, based in Los Angeles, manages more than $4 billion in assets and focuses on investments in industrial and business services companies.

### A familiar name in the Valley

Lyons Magnus remains one of Fresno's longest-operating food manufacturing companies and supplies ingredients and nutrition products to customers across the foodservice and healthcare industries.

The sale ends nearly a decade of ownership under Paine Schwartz, a New York agribusiness investor that bought Lyons from Fresno's Smittcamp family in 2017. During that stretch Lyons expanded through acquisitions, including Wisconsin's TRU Aseptics in 2019 and Hormel Health Labs in 2024.

Paine Schwartz became a familiar and, at times, contentious name in Valley agriculture. The firm invested in Wawona Packing Co. in 2017 and merged it with Gerawan Farming in 2019 to form Prima Wawona, then the nation's largest stone fruit producer. Prima Wawona filed for Chapter 11 bankruptcy protection in October 2023 and liquidated more than 13,000 acres of farmland. Grower Dan Gerawan, ousted as CEO in 2020, sued Paine Schwartz in 2023, alleging the firm intentionally sank the company for financial gain.

### Timeline: The evolution of Lyons Magnus

**1852** — Ernest G. Lyons and his father found E.G. Lyons & Co., a San Francisco merchandising business, during the California Gold Rush, according to the company.

**1929** — A merger with Magnus Fruit Products creates Lyons Magnus Inc., according to the company.

**1971** — Fresno-area farmers Earl and Bob Smittcamp, operators of Wawona Frozen Foods, buy Lyons Magnus and begin shifting it toward value-added manufacturing, according to the company.

**1989** — Lyons Magnus builds a manufacturing plant and corporate headquarters in Fresno, according to the company.

**November 2017** — New York private equity firm Paine Schwartz Partners buys Lyons Magnus from the Smittcamp family.

**April 2018** — Bob Smittcamp steps down as CEO after more than 40 years. Former Campbell Soup executive Ed Carolan is named to succeed him.

**October 2024** — Lyons Magnus acquires Hormel Health Labs, establishing Lyons Health Labs in Fresno. Jim Davis is CEO.

**July 20, 2026** — Los Angeles firm Truelink Capital acquires Lyons Magnus from Paine Schwartz. The Wall Street Journal reports the deal is valued at roughly $1 billion including debt.

**Frank Lopez** | Writer can be reached at: 490-3465 or e-mail frank@thebusinessjournal.com

PEARSON REALTY

MARICOPA ORCHARD COMPANY PROPERTIES FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch | 290.66± | $2,325,280 | $8,000 | WRMWSD | Pending |
| *Overbid Date August 11, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711* | | | | | |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Pending |
| *Overbid Date August 11, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711* | | | | | |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch | 238.36± | $3,750,000 | $15,733 | STWSD | Pending |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Closed |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Closed |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Pending |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Closed |

FOR DETAILED INFORMATION, CONTACT:
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777

Golden 1 Credit Union

Limited-time offer

Earn up to 4.15% APY[1] with a Term Savings Certificate

Visit a branch, call 1-877-465-3361 or scan to learn more

Insured by NCUA

[1]The dividend rate and Annual Percentage Yield (APY) are accurate as of 07/14/2026. The dividend rate and APY may change at any time. There is no minimum balance required to earn the stated APY. The minimum deposit for the 19-month certificate special is $500. The APY is based on an assumption that dividends will remain in the account until maturity. Any fee, withdrawal or transfer reduces earnings and there may be penalties for early withdrawal. This certificate is not extended to organization accounts. Rates and terms are subject to change without notice. Call 1-877-GOLDEN 1 (1-877-465-3361) for current rates. 0726-CVBUS




**Instagram post** | Construction plans for the shared Mayd and Butterfish location in Clovis, shown in an Instagram post from the restaurants.

# Mayd, Butterfish owners plan dual-concept restaurant in Clovis

**Denine Currie** - STAFF WRITER

The restaurateurs behind Mayd and Butterfish are bringing a new dual-concept restaurant to Clovis, according to an Instagram post from the restaurants.

The new dual-concept will operate out of a storefront at 3650 E. Shaw Ave. Suite 101 in Clovis' Loma Vista Marketplace — sharing a parking lot with Dutch Bros, WaBa Grill and the European Wax Center, among others.

Mayd Modern Mediterranean offers healthy bowls designed around proteins, grains, various sauces and dips and vegetables — fresh, pickled or roasted. Customers can dine in or take out using its Mayd Modern app.

Butterfish California Poke serves up ingredients commonly found in sushi rolls, deconstructed and served in a bowl. Raw salmon, tuna or tofu with rice, fresh or pickled vegetables and nori seaweed strips are among customer favorites. The restaurant also offers teriyaki bowls.

Both restaurants are owned by the group behind Saizon and Heirloom, two of Fresno's most popular restaurants. Additional sister brands include Otherside Coffee Roaster and The Lime Lite steakhouse in Fresno.

Mayd currently operates one single-concept location in Fresno, at the corner of N. Wilson and N. Palm avenues, across the street from Mercedes-Benz of Fresno.

There are currently two Butterfish locations, one on N. Friant Road near Strada and the other on E. Herndon Avenue near Sushi Box.

**Denine Currie** | Writer can be reached at: 490-3493 or e-mail Denine@thebusinessjournal.com

**Tri Counties** | From 1

transaction closes.

"What we're really trying to accomplish over the first year and a half is really integrate the two banks, so it's just one bank with two different brands," Harrison told The Business Journal.

Harrison said First Hawaiian plans to introduce products Tri Counties does not offer, including expanded consumer and commercial credit card programs, institutional wealth management and personal trust services.

The larger balance sheet also is expected to support larger commercial, agriculture and real estate loans across California.

Bailey said the merger's increased capital base will give the combined bank more flexibility to finance larger projects while continuing to work with businesses of all sizes.

Despite the added scale, both companies noted that lending decisions will continue to be made by local leaders who are familiar with the region they serve.

"We realize that they have the expertise in their markets, and we don't," Harrison said. "We're just there to support them."

Bailey added: "Preserving local relationships and community banking is a core principle of this merger. Tri Counties Bank will continue operating in California under the Tri Counties Bank brand, and local leadership and relationship banking will remain central to how we serve customers. Both organizations share a commitment to local decision-making, strong community involvement and long-term customer relationships."

Tri Counties currently holds three offices and $356.3 million in deposits across Fresno, Kings, Madera and Tulare counties, representing 1.2% of the region's deposit market, according to the latest available FDIC data. The bank ranks 16th among 22 institutions in the four-county market, with executives saying the additional capital could allow it to pursue larger commercial, agricultural and real estate lending opportunities in the Central Valley.

**Dylan Gonzales** | Writer can be reached at: 490-3448 or e-mail dylan@thebusinessjournal.com

Golden 1
Credit Union

Limited-time offer

Earn up to
4.15% APY[1]
with a **Term Savings Certificate**

Visit a branch, call **1-877-465-3361**
or scan to learn more

Insured by NCUA
[1]The dividend rate and Annual Percentage Yield (APY) are accurate as of 07/14/2026. The dividend rate and APY may change at any time. There is no minimum balance required to earn the stated APY. The minimum deposit for the 19-month certificate special is $500. The APY is based on an assumption that dividends will remain in the account until maturity. Any fee, withdrawal or transfer reduces earnings and there may be penalties for early withdrawal. This certificate is not extended to organization accounts. Rates and terms are subject to change without notice. Call **1-877-GOLDEN 1 (1-877-465-3361)** for current rates. 0726-CVBUS

PEARSON REALTY

MARICOPA ORCHARD COMPANY PROPERTIES FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch | 290.66± | $2,325,280 | $8,000 | WRMWSD | Pending |
| *Overbid Date August 11, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711* | | | | | |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Pending |
| *Overbid Date August 11, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711* | | | | | |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch | 238.36± | $3,750,000 | $15,733 | STWSD | Pending |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Closed |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Closed |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Closed |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Closed |

FOR DETAILED INFORMATION, CONTACT:
FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200
BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777



**Photo courtesy of The Restaurateurs** | Mike Shirinian, from left, of the Elbow Room and Dave Fansler of Westwood's BBQ host The Restaurateurs Podcast, which has published more than 500 episodes since 2014. Here they toast with Pat LaRocca, owner of Five Restaurant in Fresno.

PODCAST SPOTLIGHT

# 500 episodes in, Fresno restaurateurs are still talking shop

**Frank Lopez** - STAFF WRITER

Since 2014 two prominent Central Valley restaurateurs have used their podcast to delve into the local food and hospitality scene alongside rotating industry guests.

Mike Shirinian, owner of the Elbow Room in Fresno, and Dave Fansler, owner of Westwood's BBQ, Pismo's Coastal Grill and Yosemite Ranch, are the founders of The Restaurateurs Podcast, covering kitchen stories, recipes, local dining reviews and beverage insights spanning wine, beer and spirits.

The podcast airs locally at 1 p.m. Saturdays on KMJ 580 AM and 105.9 FM, as well as on the KMJNOW Podcast Hub and Apple Podcasts.

To date, The Restaurateurs Podcast has published more than 500 episodes, each 40 to 45 minutes long. (See The Business Journal's list of local podcasts on page 12.)

## From guests to hosts

Shirinian said producers for KMJ radio personality Ray Appleton invited him and Fansler to guest on Appleton's show, which eventually led to the two starting their own podcast.

Shirinian said they originally alternated recording the shows at each other's restaurants, and the sounds of a busy dining room could be heard in the episodes. After the pandemic, the podcast began recording in the studio.

"Oftentimes we will have a guest — it could be someone that we know in the restaurant business, somebody new that we met, or somebody that we met outside of the restaurant business that we think is interesting," Shirinian said.

## Research on the road

Shirinian said he and Fansler also do "restaurant research," taking their top chefs out of town about four times a year to visit half a dozen restaurants in a day or two and analyze food, customer service and procedures that could translate to their own businesses.

Running a restaurant is hard work, Shirinian said.

"You better really have a key understanding and a keen eye for what the guest really is looking for," Shirinian said. "There is food, service, marketing — there is a lot of moving parts and it goes way beyond just opening the doors. It's a seven-days-a-week job."

## 'We're in the feeling business'

The ambiance of a restaurant may seem "cool and casual," he said, but in the hospitality industry, that's the idea. And while food is always a major factor, he said, the guest's experience is equally important.

"We're in the feeling business. We're in the recognition business. You can have a restaurant that is consistently average, but you love the way the staff makes you feel. They know your name and bring you your favorite drink without you even asking. The customer is the purpose of your work, not an interruption of it," Shirinian said.

While the day-to-day work may be serving people good food, the real business is "making memories," Shirinian said.

**Frank Lopez** | Writer can be reached at: 490-3465 or e-mail frank@thebusinessjournal.com

Golden 1 Credit Union

*Limited-time offer*

Earn up to 4.15% APY[1] with a **Term Savings Certificate**

Visit a branch, call **1-877-465-3361** or scan to learn more

Insured by NCUA

[1]The dividend rate and Annual Percentage Yield (APY) are accurate as of 07/14/2026. The dividend rate and APY may change at any time. There is no minimum balance required to earn the stated APY. The minimum deposit for the 19-month certificate special is $500. The APY is based on an assumption that dividends will remain in the account until maturity. Any fee, withdrawal or transfer reduces earnings and there may be penalties for early withdrawal. This certificate is not extended to organization accounts. Rates and terms are subject to change without notice. Call **1-877-GOLDEN 1 (1-877-465-3361)** for current rates. 0726-CVBUS

PEARSON REALTY

MARICOPA ORCHARD COMPANY PROPERTIES FOR SALE

| RANCH | ACRES | PRICE | PRICE/ACRE | IRRIGATION DISTRICT | STATUS |
|---|---|---|---|---|---|
| Sebastian Ranch | 158.28± | $3,165,000 | $20,000 | WRMWSD | Closed |
| Carreon Ranch | 290.66± | $2,325,280 | $8,000 | WRMWSD | Pending |
| *Overbid Date August 11, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711* | | | | | |
| Hall Ranch | 40.00± | $400,000 | $10,000 | WRMWSD | Pending |
| *Overbid Date August 11, 2026, 10:00 AM, AgriGlobe Inc., 2787 W. Bullard Ave., Fresno, CA 93711* | | | | | |
| Ludy Ranch | 178.75± | $3,575,000 | $20,000 | STWSD | Closed |
| Wells Ranch | 238.36± | $3,750,000 | $15,733 | STWSD | Pending |
| Manning Ranch | 551.38± | $7,975,000 | $14,463 | WWD | Closed |
| Mt. Whitney Ranch | 1,094.54± | $32,836,200 | $30,000 | WWD | Closed |
| Copus Ranch | 520.00± | $6,250,000 | $12,019 | WRMWSD | Closed |
| Gardner Ranch | 1,271.3± | $3,741,990 | $2,943 | WRMWSD | Closed |
| Mission Ranch | 332.1± | $16,605,000 | $50,000 | Fresno I.D. | Closed |
| Oliveira Ranch | 874.22± | $20,981,280 | $24,000 | Laguna I.D. | Closed |

FOR DETAILED INFORMATION, CONTACT:

FRESNO OFFICE, 7480 N. PALM AVENUE, SUITE 101, 559-432-6200

BAKERSFIELD OFFICE, 4900 CALIFORNIA AVENUE, # 210-B, 661-334-2777

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this case. My business address is: **Saul Ewing 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.**

A true and correct copy of the document entitled: **Declaration of Sullivan Grosz in Support of Order Approving Sale Pursuant to Receiver's Notice of Sale Hearing and Auction [ECF NO. 86] [Carreon Ranch]** will be served or was served on the judge in chambers in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On **August 17, 2026,** I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**

On **August 17, 2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 on **August 17, 2026,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 17, 2026 | Hannah Richmond | /s/ *Hannah Richmond* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:

- **Robert Cullen Barton**
  rbarton@mcdermottlaw.com,mnadel@mcdermottlaw.com,losangelesdocketing@mcdermottlaw.com,los-angeles-docketing-2-3974@ecf.pacerpro.com,adavalos@mcdermottlaw.com,acorona@mcdermottlaw.com
- **David Berger**
  dberger@sheppard.com,ehwalters@sheppardmullin.com
- **Michael Barrett Brown**
  michael.brown@stoel.com,docketclerk@stoel.com,rebecca.lerma@stoel.com,jill.keehnen@stoel.com,ha.nguyen@stoel.com
- **Benjamin J. Codog , III**
  ben.codog@stoel.com,docketclerk@stoel.com
- **Jane Kim**
  jkim@kbkllp.com
- **Michael Lauter**
  mlauter@sheppardmullin.com,lsegura@sheppardmullin.com
- **Aaron J Malo**
  amalo@sheppardmullin.com,mlinker@sheppardmullin.com
- **Ali M Mojdehi**
  ali.mojdehi@mgr-legal.com,allison.rego@mgr-legal.com
- **Saul Reiss**
  reisslaw@reisslaw.net
- **Michelle Rosales**
  michelle.rosales@stoel.com
- **Zev M. Shechtman**
  Zev.Shechtman@saul.com,Zev.Shechtman@ecf.courtdrive.com,Shelly.Guise@saul.com,hannah.richmond@saul.com,LitigationDocketing@saul.com,Isaiah.Bribiesca@saul.com
- **Richard P. Steelman , Jr**
  RPS@LNBYG.COM,damon@lnbyg.com
- **Brodie Austin Surfus**
  bsurfus@wtjlaw.com,borozco@wtjlaw.com
- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com,hlopez@wtjlaw.com,sgomez@wtjlaw.com,abroome@wtjlaw.com
- **Thomas Andrew Woods**
  thomas.woods@stoel.com,docketclerk@stoel.com,dalila.tobin@stoel.com,7052139420@filings.docketbird.com,1261239420@filings.docketbird.com,rebecca.lerma@stoel.com
- **Beth Ann R. Young**
  bry@lnbyg.com

2. **SERVED BY UNITED STATES MAIL (continued)**:

The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Fay Pugh
Law Offices of Saul Reiss, P.C.
11835 W. Olympic Blvd., Suite 415E
Los Angeles, Ca 90064

Ashlan & Hayes Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Grantor Fresno Clovis Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

Dirk B. Paloutzian
Natalya M. Ferdinandi
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
Fresno, California 93704

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (continued) :</u>**

**<u>VIA EMAIL:</u>**

- reisslaw@reisslaw.net
- fay.pugh@outlook.com
- dpaloutzian@bakermanock.com
- nferdinandi@bakermanock.com
- lmarcyes@bakermanock.com

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100