ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
CAROL CHOW (BAR NO. 169299)
carol.chow@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Phillip Christensen, as Receiver

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,

Plaintiff,

vs.

C & A FARMS, LLC, a California limited liability company, et al.,

Defendants.

☐ Affects All Cases
☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230
☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233
☒ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

Lead Case No. 1:24-cv-01230-KES-SAB

Consolidated with Case Nos:
1:24-cv-01233; and 1:24-cv-01241

**[PROPOSED] ORDER APPROVING SALE OF REAL PROPERTY AND FOR RELATED RELIEF PURSUANT TO AMENDED SALE NOTICE [ECF NO. 86] [Carreon Ranch]**

Hearing Date:
Date: August 17, 2026
Time: 1:30 p.m.
Place: Robert E. Coyle U.S. Courthouse
2500 Tulare Street
Courtroom 6, 7th Floor
Fresno, CA 93721

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

The Court having read and considered the *Receiver's Notice of Sale Hearing and Auction* (ECF No. 86) (the "Sale Notice"), filed by Phillip Christensen, Receiver of the above-referenced estate (the "Receiver" or "Seller") on July 16, 2026; the Court having previously approved sale procedures pursuant to the Sale Procedures Order[1] authorizing the Sale Notice;[2] having read and considered the Purchase and Sale Agreement ("PSA") filed with the Sale Notice; having read and considered the Receiver's Notice of Cancellation of Auction (ECF No. 94); having read and considered the declarations of the Receiver and the Receiver's broker (ECF Nos. 98 and 99) evidencing the marketing for sale of the Subject Property including, but not limited to, the publication of notice of the sale and the public listing of the Subject Property, demonstrating that the Receiver called for higher and better bids as required by applicable law and the Sale Procedures Order, and no higher or better bids having been submitted; good cause appearing therefor; it is hereby ORDERED THAT:

1. The sale pursuant to the Sale Notice is APPROVED. Without limiting the generality of the foregoing, it is further

ORDERED THAT:

2. The sale by the Receiver of the agricultural real property described in Exhibit A hereto (the "Subject Property"), to the Buyer, MUNGER BROS., LLC, or its assignee (the "Buyer"), for the Purchase Price of $1,453,300.00, is approved. The Deposit of $100,000 shall be credited to the Purchase Price and the balance must be paid at closing.

3. The sale is free and clear of liens on the Subject Property.

4. The closing must occur no later than 21 days after entry hereof, and may occur immediately after entry hereof.

5. The Receiver is authorized to pay real estate brokers' commissions and other costs in connection with the sale, as described in the Sale Notice.

---

[1] The Sale Procedures Order can be found at ECF No. 147 on the docket of Case No. 1:24-cv-01261, pending before this Court, which is the former lead case consolidated with these cases.

[2] Unless otherwise indicated, defined terms are the same as in the Sale Notice.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

6. The Court finds that the sale satisfies 28 U.S.C. §§ 2001 and 2002.

7. The notice of the sale is adequate and proper.

8. The sale is "AS-IS" and "WHERE-IS" "WITH ALL FAULTS" and "WITHOUT REPRESENTATIONS OR WARRANTIES" except to the extent expressly and unambiguously stated in the PSA.

9. The Buyer's only remedy if the sale is not consummated through no fault of Buyer is a return of the Deposit. If the sale is not consummated due to an act or omission by Buyer, then Buyer shall forfeit the Deposit.

10. The Receiver is authorized to execute documents and take such other and further action as is necessary to close the sale.

11. This Court shall retain exclusive jurisdiction over the subject matter hereof.

**IT IS SO ORDERED.**

**Dated: _______ __, 2026**

______________________________

**UNITED STATES DISTRICT JUDGE**

# EXHIBIT "A"
Legal Description

**For APN/Parcel ID(s):** **239-070-48-01, 239-340-01-00, 239-340-13-00, 239-340-14-00, 239-340-42-00, 239-340-44-00 and 239-340-46-00**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA IN THE COUNTY OF KERN, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

**PARCEL 1:** **APN: 239-070-048-01**

PARCEL 2 OF PARCEL MAP 3305, IN THE COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED APRIL 1, 1976, IN BOOK 15, PAGE 129 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPTING THEREFROM ONE-HALF OF ALL OIL AND MINERAL RIGHTS IN AND TO THE WITHIN LAND BUT WITHOUT SURFACE ENTRY, AS RESERVED BY DOROTHY A. MORRIS, A WIDOW IN GRANT DEED RECORDED JUNE 27, 1973, IN BOOK 4791, PAGE 1932, DOCUMENT NO. 46810 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM 25% INTEREST OF ALL OIL, GAS & MINERAL RIGHTS IN AND UNDER SAID LAND AS CONVEYED TO MIMI E. WAGNER, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY IN CORPORATION GRANT DEED RECORDED NOVEMBER 12, 1975, IN BOOK 4924, PAGE 995, DOCUMENT NO. 34431 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM 25% OF CRUDE OIL, PETROLEUM, GAS, BREA, ASPHALTUM AND ALL KINDRED SUBSTANCES AND OTHER MINERALS UNDER AND IN SAID LAND, LYING BELOW A DEPTH OF 500 FEET FROM THE SURFACE THEREOF, WITHOUT HOWEVER, ANY RIGHT TO ENTRY UPON OR USE OF THE SURFACE ABOVE THE DEPTH OF 500 FEET FOR THE PURPOSE OF PRODUCING OR EXTRACTING SAID SUBSTANCES, AS RESERVED BY U.S. LAND & CATTLE INC., A CALIFORNIA CORPORATION IN CORPORATION GRANT DEED RECORDED DECEMBER 23, 1975 IN BOOK 4930, PAGE 1726, DOCUMENT NO. 44604 OF OFFICIAL RECORDS.

**PARCEL 2:** **APN: 239-340-01-00, 239-340-42-00, 239-340-14-00, 239-340-13-00, 239-340-46-00 AND 239-340-44-00**

PARCELS 1, 2, 10, 11, 18 AND 19 OF PARCEL MAP 1611 IN THE UNINCORPORATED AREA OF THE COUNTY OF KERN, STATE OF CALIFORNIA AS PER MAP FILED AUGUST 27, 1974 IN BOOK 11 PAGE 60 OF PARCEL MAPS IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF KERN, ALSO SITUATED IN PORTIONS OF SECTION 3, TOWNSHIP 11 NORTH, RANGE 22 WEST, SAN BERNARDINO MERIDIAN, OF SAID COUNTY.

EXCEPTING THEREFROM, THE FOLLOWING DESCRIBED SITES FOR THE BENEFIT OF WHEELER RIDGE-MARICOPA WATER STORAGE DISTRICT, A CALIFORNIA WATER STORAGE DISTRICT, ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF CALIFORNIA.

BOOSTER PUMPING PLANT SITE:

THE EAST 100 FEET OF THE WEST 160 FEET OF THE NORTH 100 FEET OF THE SOUTH 130 FEET OF THE EAST HALF OF THE NORTHEAST QUARTER OF SAID SECTION 3.

WATER WELL SITE 11-22-3Q:

THE EAST 100 FEET OF THE WEST 125 FEET OF THE NORTH 100 FEET OF THE SOUTH 140 FEET OF THE SOUTHEAST QUARTER OF SAID SECTION 3.

WATER WELL SITE 11-22-3R AND BOOSTER PUMPING PLANT SITE:

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## EXHIBIT "A"

Legal Description
(continued)

THE WEST 100 FEET OF THE EAST 130 FEET OF THE NORTH 200 FEET OF THE SOUTH 300 FEET OF THE SOUTHEAST QUARTER OF SAID SECTION 3.

ALSO EXCEPTING THEREFROM, ALL MINERALS OF WHATSOEVER NATURE (INCLUDING BUT NOT LIMITED TO OIL, OTHER HYDROCARBONS, GAS AND ASSOCIATED SUBSTANCES) IN OR UNDER OR THAT MAY BE PRODUCED FROM THE SOUTHWEST QUARTER AND THE NORTHEAST QUARTER OF SAID SECTION 2, AS RESERVED BY SHELL OIL COMPANY, A DELAWARE CORPORATION, (SUCCESSORS IN INTEREST TO SHELL OIL COMPANY OF CALIFORNIA, BY MESNE CONVEYANCES) IN DEED RECORDED MARCH 29, 1951, IN BOOK 1791 PAGE 239, DOCUMENT NO. 14229 OF OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM, ALL OIL, GAS, MINERALS AND OTHER HYDROCARBON SUBSTANCES WITHIN OR UNDERLYING THE SOUTHEAST QUARTER OF SAID SECTION 2.

ALSO EXCEPTING THEREFROM, ALL OIL, GAS AND ALL OTHER MINERALS OF WHATSOEVER KIND OR CHARACTER, WHETHER NOW KNOWN TO EXIST, OR HEREAFTER DISCOVERED, (IT BEING INTENDED THAT THE WORD "MINERALS" AS USED IN THIS GRANT DEED SHALL BE DEFINED IN THE BROADEST SENSE OF THE WORD, AND SHALL INCLUDE, BUT NOT BE LIMITED TO, ALL HYDROCARBONS AND OTHER MINERAL SUBSTANCES AND PRODUCTS, BOTH METALLIC AND NON METALLIC, SOLID, LIQUID, OR GASEOUS) WHICH ARE UPON, IN, UNDER OR MAY BE PRODUCED FROM SAID REAL PROPERTY; ALL SALT WATER WHICH IS IN, UNDER OR MAY BE PRODUCED FROM SAID REAL PROPERTY; THE EXCLUSIVE RIGHT, BY WHATSOEVER METHODS NOW OR HEREAFTER KNOWN, AS GRANTOR DEEMS ADVISABLE, TO PROSPECT FOR, INVESTIGATE, EXPLORE FOR, DRILL FOR, MINE, EXTRACT, REMOVE AND REDUCE TO GRANTOR'S EXCLUSIVE POSSESSION AND OWNERSHIP, ALL OIL, GAS, SALT WATER, AND ALL OTHER MINERALS WHICH ARE UPON, IN, UNDER OR MAY BE PRODUCED FROM SAID REAL PROPERTY; THE RIGHT TO LAY, CONSTRUCT, ERECT AND PLACE UPON SAID REAL PROPERTY, AND USE, MAINTAIN AND OPERATE THEREON AND THEREAFTER REMOVE ALL BUILDINGS, TANKS, PRESSURE PLANTS AND OTHER MACHINERY, FIXTURES AND EQUIPMENT, PIPELINES, TELEPHONE LINES, ELECTRIC POWER LINES, ROADS, POWER HOUSES AND OTHER STRUCTURES AND FACILITIES DEEMS ADVISABLE, FOR THE FULL OR PARTIAL ENJOYMENT OF AND THE EXERCISE OF THE RIGHTS HEREIN EXCEPTED AND RESERVED; THE RIGHT TO EXERCISE ALL RIGHTS AND PRIVILEGES HEREIN EXCEPTED AND RESERVED AND ANY AND ALL OTHER RIGHTS AND PRIVILEGES UPON SAID REAL PROPERTY AS GRANTOR DEEMS NECESSARY, INCIDENTAL TO OR CONVENIENT FOR THE OPERATION OF THE PREMISES, ALONE OR CO-JOINTLY WITH NEIGHBORING LANDS, FOR OIL, GAS, CASINGHEAD GAS, CASINGHEAD GASOLINE, SALT WATER AND ALL OTHER MINERALS; THE EXCLUSIVE RIGHT TO TREAT, PROCESS (BUT NOT REFINE), STORE UPON, AND REMOVE FROM SAID REAL PROPERTY, SUCH OIL, GAS, SALT WATER AND OTHER MINERALS; THE UNLIMITED AND UNRESTRICTED RIGHTS OF INGRESS TO AND FROM, OVER AND ACROSS SAID REAL PROPERTY, OR ANY PORTION THEREOF, FOR ALL PURPOSES DEEMED ADVISABLE BY GRANTOR IN THE EXERCISE OF GRANTOR'S RIGHTS HEREUNDER; THE EXCLUSIVE RIGHT TO PRODUCE BY REPRESSURING THE SUBSURFACE SANDS OR STRATA WITH FLUIDS OR GASES, OR BY SUCH OTHER METHOD OR METHODS AS THE GRANTOR DEEMS ADVISABLE, AND TO INJECT IN AND STORE, AND THEREAFTER REMOVE FROM SAID REAL PROPERTY OIL, GAS, CASINGHEAD GAS, CASINGHEAD GASOLINE, SALT WATER, AND ALL OTHER MINERALS THEREON OR THEREFROM AND PRODUCTS THEREOF, WHETHER PRODUCED FROM SAID REAL PROPERTY OR ELSEWHERE; ALL RIGHTS AND BENEFITS OR WHATSOEVER KIND OR NATURE RESERVED OR RETAINED BY GRANTOR, OR ITS PREDECESSORS IN TITLE, AS OWNER (LESSOR) IN ALL EXISTING OIL AND GAS LEASES, OR OTHER MINERAL LEASES, COVERING ANY PART OF SAID REAL PROPERTY AND ALL OTHER RIGHTS AND APPURTENANCES INCIDENT TO SUCH OIL, GAS AND OTHER MINERAL., GRANTOR HAS, AND AT ALL TIMES SHALL HAVE, THE EXCLUSIVE RIGHT, WITHOUT CHARGE

## EXHIBIT "A"

Legal Description

(continued)

TO GRANTOR, TO INVESTIGATE, EXPLORE FOR, DRILL FOR, PRODUCE, REMOVE AND REDUCE TO GRANTOR'S EXCLUSIVE POSSESSION, USE AND OWNERSHIP THOSE QUANTITIES OF FRESH WATER FROM SAID REAL PROPERTY DEEMED NECESSARY BY GRANTOR TO USE IN PROSPECTING, EXPLORING, DRILLING, MINING, PRODUCING, EXTRACTING, REMOVING (INCLUDING, BUT NOT LIMITED TO, USE IN UNIT OPERATIONS, WATERFLOOD, THERMAL, OR OTHER SECONDARY RECOVERY METHODS, NOW OR HEREAFTER KNOWN) OR OTHER OPERATIONS IN CONNECTION WITH THE FULL ENJOYMENT AND EXERCISE OF THE RIGHTS HEREIN EXCEPTED AND RESERVED. UPON GRANTEE PROVIDING PROOF THEREOF TO GRANTOR, ITS SUCCESSORS AND ASSIGNS, SHALL COMPENSATE GRANTEE, OR ITS SUCCESSORS, FOR ANY AND ALL ACTUAL DAMAGE TO IMPROVEMENTS AND GROWING CROPS UPON SAID REAL PROPERTY, IF SUCH DAMAGE IS CAUSED BY GRANTOR'S OPERATIONS. GRANTOR COVENANTS AND AGREES THAT UPON FINAL ABANDONMENT OF AN OPERATION FOR THE EXPLORATION AND/OR PRODUCTION OF OIL, GAS AND RELATED HYDROCARBONS IT WILL RESTORE THE SURFACE DISTURBED BY SUCH OPERATION, AS NEAR AS REASONABLY PRACTICAL, TO ITS NATURAL CONDITION, AS RESERVED BY TENNECO WEST INC., IN GRANT DEED RECORDED DECEMBER 17, 1971, IN BOOK 4611 PAGE 155, DOCUMENT NO. 45110 OF OFFICIAL RECORDS.

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case. My business address is: **Saul Ewing 1888 Century Park East, Suite 1500, Los Angeles, CA 90067.**

A true and correct copy of the document entitled: **[Proposed] Order Approving Sale of Real Property and for Related Relief Pursuant to Amended Sale Notice [ECF NO. 86] [Carreon Ranch]** will be served or was served on the judge in chambers in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: The foregoing document will be served by the court via NEF and hyperlink to the document. On **August 17, 2026,** I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**

On **August 17, 2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 on **August 17, 2026,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 17, 2026 | Hannah Richmond | /s/ *Hannah Richmond* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
(310) 255-6100

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF) (continued)**:

- **Robert Cullen Barton**
  rbarton@mcdermottlaw.com,mnadel@mcdermottlaw.com,losangelesdocketing@mcdermottlaw.com,los-angeles-docketing-2-3974@ecf.pacerpro.com,adavalos@mcdermottlaw.com,acorona@mcdermottlaw.com
- **David Berger**
  dberger@sheppard.com,ehwalters@sheppardmullin.com
- **Michael Barrett Brown**
  michael.brown@stoel.com,docketclerk@stoel.com,rebecca.lerma@stoel.com,jill.keehnen@stoel.com,ha.nguyen@stoel.com
- **Benjamin J. Codog , III**
  ben.codog@stoel.com,docketclerk@stoel.com
- **Jane Kim**
  jkim@kbkllp.com
- **Michael Lauter**
  mlauter@sheppardmullin.com,lsegura@sheppardmullin.com
- **Aaron J Malo**
  amalo@sheppardmullin.com,mlinker@sheppardmullin.com
- **Ali M Mojdehi**
  ali.mojdehi@mgr-legal.com,allison.rego@mgr-legal.com
- **Saul Reiss**
  reisslaw@reisslaw.net
- **Michelle Rosales**
  michelle.rosales@stoel.com
- **Zev M. Shechtman**
  Zev.Shechtman@saul.com,Zev.Shechtman@ecf.courtdrive.com,Shelly.Guise@saul.com,hannah.richmond@saul.com,LitigationDocketing@saul.com,Isaiah.Bribiesca@saul.com
- **Richard P. Steelman , Jr**
  RPS@LNBYG.COM,damon@lnbyg.com
- **Brodie Austin Surfus**
  bsurfus@wtjlaw.com,borozco@wtjlaw.com
- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com,hlopez@wtjlaw.com,sgomez@wtjlaw.com,abroome@wtjlaw.com
- **Thomas Andrew Woods**
  thomas.woods@stoel.com,docketclerk@stoel.com,dalila.tobin@stoel.com,7052139420@filings.docketbird.com,1261239420@filings.docketbird.com,rebecca.lerma@stoel.com
- **Beth Ann R. Young**
  bry@lnbyg.com

**2. SERVED BY UNITED STATES MAIL (continued):**

The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Fay Pugh
Law Offices of Saul Reiss, P.C.
11835 W. Olympic Blvd., Suite 415E
Los Angeles, Ca 90064

Ashlan & Hayes Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

Grantor Fresno Clovis Investments, LLC
c/o Agent for Service of Process
John A. Bezmalinovic, General Counsel
The Assemi Group
5260 N. Palm Ave., Suite 421
Fresno, CA 93704

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

Dirk B. Paloutzian
Natalya M. Ferdinandi
Baker Manock & Jensen, PC
5260 North Palm Avenue, Suite 201
Fresno, California 93704

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (continued) :**

**VIA EMAIL:**

- reisslaw@reisslaw.net
- fay.pugh@outlook.com
- dpaloutzian@bakermanock.com
- nferdinandi@bakermanock.com
- lmarcyes@bakermanock.com

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100