ZEV SHECHTMAN (BAR NO. 266280)
Zev.Shechtman@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Phillip Christensen, as Receiver

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,

Plaintiff,

vs.

C & A FARMS, LLC, a California limited liability company, et al.,

Defendants.

☐ Affects All Cases
☐ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230
☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233
☒ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

Lead Case No. 1:24-cv-01230-KES-SAB

Consolidated with Case Nos: 1:24-cv-01233; and 1:24-cv-01241

**ORDER GRANTING DISBURSEMENT MOTION AND APPROVING STIPULATION BETWEEN RECEIVER AND U.S. BANK NATIONAL ASSOCIATION RE DISTRIBUTIONS OF FUNDS**

The Court having read and considered the *Notice of Proposed Action and Motion to Approve Disbursement of Panoche Estate Crop Proceeds and Approval of Stipulation with U.S. Bank with Respect Thereto* (ECF No. 93) (the "Motion"), the *Stipulation Between Receiver and U.S. Bank National Association re Distributions of Funds* (the "Stipulation") attached as Exhibit "1" to the Motion, and the other evidence in support of the Motion; no opposition having been filed; and good cause appearing therefor; it is hereby

ORDERED that:

1. The Motion is GRANTED.

2. The Stipulation is APPROVED.

3. The Receiver is authorized to disburse the Estate Cash as described in the Motion and Stipulation.

IT IS SO ORDERED.

Dated: August 20, 2026

UNITED STATES DISTRICT JUDGE

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100