MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

*Attorneys for Plaintiffs*
BRIGHTHOUSE LIFE INSURANCE COMPANY,
METROPOLITAN LIFE INSURANCE COMPANY,
and METLIFE REAL ESTATE LENDING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,

Plaintiff,

v.

C & A FARMS, LLC, a California limited liability company, *et al.,*

Defendants.

☐ Affects All Cases
☒ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230
☒ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al., 1:24-cv-01233 Case No. 1:24-cv-01233
☒ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

Lead Case No. 1:24-cv-01230-KES-SAB

Consolidated with Case Nos:
1:24-cv-01233 and 1:24-cv-01241

**AMENDED STIPULATION TO CONTINUE SCHEDULING CONFERENCE; [PROPOSED] ORDER**

Date: September 22, 2026
Time: 9:30 a.m.
Judge: Hon. Stanley A. Boone

TO THE HONORABLE STANLEY A. BOONE, U.S. MAGISTRATE JUDGE:

The Parties submit this Amended Stipulation following additional Defendants signing on to this Stipulation.[1]

IT IS HEREBY STIPULATED by and between Plaintiffs Brighthouse Life Insurance Company, Metropolitan Life Insurance Company, and MetLife Real Estate Lending, LLC (collectively, "Plaintiffs") and certain Defendants[2] (together with Plaintiffs, the "Parties") through their respective counsel, that the Scheduling Conference currently set for September 22, 2026, be continued to December 15, 2026, at 9:30 a.m.

1. On January 13, 2026, pursuant to a Stipulation filed by the parties to the eight administratively consolidated proceedings[3], the Court issued an Order Continuing the Initial Scheduling Conferences in all cases to May 26, 2026. (1:24-cv-01230 at Dkt. 74.) This allowed time for Prudential to complete its substitutions as the Plaintiff in five of the eight cases. (1:24-cv-01230 at Dkt. 73.)

2. On January 21, 2026, Plaintiff filed its Motion to Dismiss Dumar, LLC and Pistache LLC's Counter-Claims. (1:24-cv-01230 at Dkt. 54.)

3. On April 2, 2026, the Court issued its Order Amending Consolidation for Administrative Purposes, of Related Receivership Cases Pursuant to Federal Rule of Civil Procedure 42(a) and designated *Metropolitan Life Insurance Company v. C&A Farms, LLC, et al.,* U.S. District Court, Eastern District of California, Case Number 1:24-cv-01230 as the "Lead Case"

---

[1] Specifically, entity Defendants MANNING AVENUE PISTACHIOS, LLC; PANOCHE PISTACHIOS, LLC; WILLOW AVENUE INVESTMENTS, LLC; C&A FARMS, LLC; MARICOPA ORCHARDS, LLC.

[2] As of the time of this amended filing, the following Defendants have not signed onto this Stipulation: DUMAR, LLC and PISTACHE LLC.

[3] *Metropolitan Life Ins. Co. v. ACDF, LLC, et al.*, 1:24-cv-01261; *Metropolitan Life Ins. Co. v. FNF Farms, LLC, et al.*, 1:24-cv-01226; *Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al.*, 1:24-cv-01230; *Metropolitan Life Ins. Co. v. Maricopa Orchards, LLC, et al.*, 1:24-cv-01231; *Brighthouse Life Ins. Co. v. Kamm South, LLC, et al.*, 1:24-cv-01232; *Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al.*, 1:24-cv-01233; *Brighthouse Life Ins. Co. v. ACDF, LLC, et al.*, 1:24-cv-01235; and *MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al.*, 1:24-cv-01241.

for administrative consolidation of the remaining three "MetLife/Brighthouse Receivership Cases".[4] (1:24-cv-01230 at Dkt. 76.)

4. On May 6, 2026, the Court issued an Order Continuing the Initial Scheduling Conference in the Manning Avenue action to September 22, 2026, at 9:30 a.m. (1:24-cv-01233 at Dkt. 45.)

5. On August 27, 2026, the Court issued an Order Granting Metropolitan Life Insurance Company's Motion to Dismiss Dumar, LLC and Pistache, LLC's Counterclaims, dismissing Dumar and Pistache's counterclaims as to Metropolitan with leave to amend within thirty (30) days of entry of the Order. (1:24-cv-01230 at Dkt. 103.)

6. On February 25, 2026, the Court approved the Receiver's sale of the real property at issue in the Manning Avenue litigation for $5,200,000, with closing to occur no later than 21 days after entry of the order. (1:24-cv-01233 at Dkt. 43.)

The Parties respectfully request one additional short continuance of the Initial Scheduling Conference currently set for September 22, 2026, at 9:30 a.m., to December 15, 2026, at 9:30 a.m. Good cause exists for the requested continuance because several case-management issues remain in flux. First, the Court recently dismissed Dumar, LLC and Pistache, LLC's counterclaims against Metropolitan Life Insurance Company with leave to amend, and the Parties need time to determine whether any amended pleading will be filed and how any amendment may affect the pleadings, parties, and scope of discovery. Second, the receivership wind-up and sale process remains ongoing. Although the Court has approved the Receiver's sale of the real property at issue in the Manning Avenue litigation, the Parties need time to consider any additional sale or sales of real property that may occur in the remaining MetLife/Brighthouse Receivership Cases. Third, the Parties need additional time to evaluate whether, and to what extent, any claims should be pursued against potential guaranty defendants. A short continuance will therefore promote efficient case

---

[4] The MetLife/Brighthouse Receivership Cases are lead case *Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al.*, 1:24-cv-01230 and related cases *Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al.*, 1:24-cv-01233 and *MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al.*, 1:24-cv-01241.

management by allowing the pleadings, receivership-related issues, potential sale activity, and any guaranty-related issues to be clarified before the Court and the Parties set case-management deadlines.

IT IS SO STIPULATED.

DATED: September 9, 2026

STOEL RIVES LLP

*/s/ Michelle J. Rosales*
MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com

*Attorneys for Plaintiffs*
BRIGHTHOUSE LIFE INSURANCE COMPANY, METROPOLITAN LIFE INSURANCE COMPANY, and METLIFE REAL ESTATE LENDING, LLC

DATED: September 4, 2026

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK LLP

*/s/ Richard P. Steelman, Jr. (as authorized 9/4/26)*
BETH ANN R. YOUNG, Bar No. 143945
bry@lnbyg.com
RICHARD P. STEELMAN, JR., Bar No. 266449
rps@lnbyg.com

*Attorneys for Defendants*
FARID ASSEMI, an individual, and FARSHID ASSEMI, an individual.

DATED: September 4, 2026

MOJDEHI GALVIN REGO LLP

*/s/ Ali M. Mojdehi (as authorized 9/4/26)*
ALI M. MOJDEHI, Bar No. 123846
ali.mojdehi@mgr-legal.com

*Attorneys for Defendants*
DARIUS ASSEMI, an individual

DATED: September 8, 2026

BAKER MANOCK & JENSEN, PC

*/s/ Dirk B. Paloutzian (as authorized 9/8/26)*
DIRK B. PALOUTZIAN, Bar No. 173676
dpaloutzian@bakermanock.com

*Attorneys for Defendants*
DONALD E. SCHRAMM AND NADA L. SCHRAMM REVOCABLE TRUST DATED 12/2/2010; THE THOMSEN FAMILY TRUST DATED 11/24/2010; DANIEL L. SWEET, AN INDIVIDUAL; CAROLE A. SWEET, AN INDIVIDUAL; DONALD E. SCHRAMM, AN INDIVIDUAL; NADA L. SCHRAMM, AN INDIVIDUAL; KEITH A. THOMSEN, AN INDIVIDUAL; THE TESTATE AND INTESTATE SUCCESSORS OF CATHERINE S. THOMSEN, DECEASED, AND ALL PERSONS CLAIMING BY, THROUGH OR UNDER SUCH DECEDENT

DATED: September 9, 2026

WANGER JONES HELSEY PC

*/s/ Ian J. Quinn (as authorized 9/9/26)*
RILEY C. WALTER, Bar No. 91839
rwalter@wjhattorneys.com
IAN J. QUINN, Bar No. 342754
iquinn@wjhattorneys.com

*Attorneys for Defendants*
MANNING AVENUE PISTACHIOS, LLC; PANOCHE PISTACHIOS, LLC; WILLOW AVENUE INVESTMENTS, LLC; C&A FARMS, LLC; MARICOPA ORCHARDS, LLC

DATED: September ____, 2026

LAW OFFICES OF SAUL REISS, P.C.

______________________________
SAUL REISS, Bar No. 48528
reisslaw@reisslaw.net

*Attorneys for Defendants*
DUMAR, LLC AND PISTACHE LLC

**ATTESTATION UNDER L.R. 131(c)**

Pursuant to Civil Local Rule 131(c), I attest under the penalty of perjury that the above signatories authorized the use of an electronic signature and concurred in the filing of this document.

DATED: September 9, 2026

*/s/ Michelle J. Rosales*
MICHELLE J. ROSALES

**ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conference currently set for September 22, 2026, at 9:30 a.m. in *Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al.*, 1:24-cv-01233, *Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al.*, 1:24-cv-01230, and *MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al.*, 1:24-cv-01241 shall be continued to December 15, 2026, at 9:30 a.m. in Courtroom 9 before the Honorable Magistrate Judge Stanley A. Boone.

**IT IS SO ORDERED.**

Dated: ___________________________

_______________________________________
UNITED STATES MAGISTRATE JUDGE