# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>C & A FARMS, LLC, et al.,<br>Defendants. | Case No. 1:24-cv-01230-KES-SAB<br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br>(ECF No. 105) |

On September 9, 2026, the parties filed a stipulation to continue the initial scheduling conference. (ECF No. 105.) For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to December 17, 2026, at 2:30 p.m.

IT IS SO ORDERED.

Dated: **September 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge