**WANGER JONES HELSLEY**
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
iquinn@wjhattorneys.com

Attorneys for: Defendants C & A FARMS, LLC and MARICOPA ORCHARDS, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,

Plaintiff.

vs.

C & A FARMS, LLC, a California limited liability company, et al.,

Defendants.

☐ Affects All Cases
☒ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230
☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al.., 1:24-cv-01233
☐ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

Lead Case No. 1:24-cv-01230-KES-SAB

[Previously Consolidated Under Lead Case No. 1:24-cv-01261-KES-SAB]

Consolidated with Case Nos: 1:24-cv-01233; and 1:24-cv-01241

**STIPULATION TO EXTEND OPPOSITION DEADLINE TO THE MOTION FOR ENTRY OF ORDER APPROVING SALE OF CERTAIN MEMBERSHIP INTERESTS AND WATER FREE AND CLEAR OF LIENS AND RELATED RELIEF BY PHILLIP CHRISTENSEN**

Judge: Hon. Kirk E. Sherriff
Date: December 7, 2026
Time: 1:30 p.m.
Crtrm.: Courtroom 6, 7th floor
2500 Tulare Street
Fresno, CA 93721

Court-appointed Receiver, Phillip Christensen ("Receiver") and Defendants C & A Farms, LLC and Maricopa Orchards, LLC (collectively, the "Farming Defendants") respectfully stipulate as follows:

1. Plaintiff, Metropolitan Life Insurance Company, a New York corporation ("Plaintiff") commenced this action on October 10, 2024.

2. Receiver filed a Motion for Entry of Order Approving Sale of Certain Membership Interests and Water Free and Clear of Liens and Related Relief ("Motion") on October 29, 2026 [ECF No. 124]. The hearing is currently scheduled for December 7, 2026.

3. Presently, opposition, if any, to the Motion is due on or before November 12, 2026.

4. The Parties have agreed to extend the Farming Defendants' opposition deadline (with respect to the Motion) to November 18, 2026.

NOW, THEREFORE, Receiver and Farming Defendants stipulate that the deadline for the Farming Defendants to file opposition to Receiver's Motion shall be extended to November 18, 2026.

Dated: November 12, 2026

WANGER JONES HELSLEY

By: */s/ Ian J. Quinn*
Ian J. Quinn
Attorneys for Farming Defendants

Dated: November 12, 2026

SAUL EWING, LLP

By: */s/ Zev M. Shechtman*
Zev M. Shechtman
Attorneys for Receiver, Phillip Christensen

## PROOF OF SERVICE

**The Prudential Insurance Company of America, et al v. ACDF, et al**
**Case No. 1:24-cv-01102-KES-SAB**

My business address is 265 East River Park Circle, Suite 310, Post Office Box 28340, Fresno, California 93729. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as **STIPULATION TO EXTEND OPPOSITION DEADLINE TO THE MOTION FOR ENTRY OF ORDER APPROVING SALE OF CERTAIN MEMBERSHIP INTERESTS AND WATER FREE AND CLEAR OF LIENS AND RELATED RELIEF BY PHILLP CHRISTENSEN** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows: **SEE ATTACHED SERVICE LIST**

_______ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California designated in the **"U.S. MAIL LIST"**.

_______ (BY ELECTRONIC MAIL) I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail addressee(s) of the addressee(s) designated in the **"ELECTRONIC SERVICE LIST"**.

_______ (BY PERSONAL SERVICE) I caused delivery of such envelope(s), by hand, to the office(s) of the addressee(s).

_______ (BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

___X____ E-FILING: I caused the document(s) to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

EXECUTED ON **November 12, 2026**, at Fresno, California.

__**X**___ (FEDERAL) I declare under penalty of perjury, that the foregoing is true and correct.

*/s/ Dena Richardson*
Dena Richardson

# Mailing Information for a Case 1:24-cv-01230-KES-SAB Metropolitan Life Insurance Company v. C & A Farms, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Cullen Barton**
  rbarton@mcdermottlaw.com,acorona@mcdermottlaw.com,mnadel@mcdermottlaw.com,los-angeles-docketing-2-3974@ecf.pacerpro.com,adavalos@mcdermottlaw.com,losangelesdocketing@mcdermottlaw.com
- **David Berger**
  dberger@sheppard.com,ehwalters@sheppardmullin.com
- **Michael Barrett Brown**
  michael.brown@stoel.com,jill.keehnen@stoel.com,ha.nguyen@stoel.com,docketclerk@stoel.com,rebecca.lerma@stoel.com
- **Benjamin J. Codog , III**
  ben.codog@stoel.com,docketclerk@stoel.com
- **Jane Kim**
  jkim@kbkllp.com
- **Michael Lauter**
  mlauter@sheppardmullin.com,lsegura@sheppardmullin.com
- **Aaron J Malo**
  amalo@sheppardmullin.com,mlinker@sheppardmullin.com
- **Ali M Mojdehi**
  ali.mojdehi@mgr-legal.com,allison.rego@mgr-legal.com
- **Saul Reiss**
  reisslaw@reisslaw.net
- **Michelle Rosales**
  michelle.rosales@stoel.com
- **Zev M. Shechtman**
  Zev.Shechtman@saul.com,Isaiah.Bribiesca@saul.com,Shelly.Guise@saul.com,hannah.richmond@saul.com,LitigationDocketing@saul.com,Zev.Shechtman@ecf.cour
- **Richard P. Steelman , Jr**
  RPS@LNBYG.COM,damon@lnbyg.com
- **Brodie Austin Surfus**
  bsurfus@wtjlaw.com,borozco@wtjlaw.com
- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com,abroome@wtjlaw.com,sgomez@wtjlaw.com,hlopez@wtjlaw.com
- **Thomas Andrew Woods**
  thomas.woods@stoel.com,7052139420@filings.docketbird.com,1261239420@filings.docketbird.com,dalila.tobin@stoel.com,docketclerk@stoel.com,rebecca.lerma@
- **Beth Ann R. Young**
  bry@lnbyg.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)