WANGER JONES HELSLEY
Riley C. Walter #91839
Ian J. Quinn #342754
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
E-Mail: rwalter@wjhattorneys.com
iquinn@wjhattorneys.com

Attorneys for: Defendants C & A FARMS, LLC and MARICOPA ORCHARDS, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,

Plaintiff.

vs.

C & A FARMS, LLC, a California limited liability company, et al.,

Defendants.

☐ Affects All Cases
☒ Affects Metropolitan Life Ins. Co. v. C & A Farms, LLC, et al., 1:24-cv-01230
☐ Affects Brighthouse Life Ins. Co. v. Manning Avenue Pistachios, LLC, et al.., 1:24-cv-01233
☐ Affects MetLife Real Estate Lending, LLC v. Panoche Pistachios, LLC, et al., 1:24-cv-01241

Lead Case No. 1:24-cv-01230-KES-SAB

[Previously Consolidated Under Lead Case No. 1:24-cv-01261-KES-SAB]

Consolidated with Case Nos: 1:24-cv-01233; and 1:24-cv-01241

**[PROPOSED] ORDER RE STIPULATION TO EXTEND OPPOSITION DEADLINE TO THE MOTION FOR ENTRY OF ORDER APPROVING SALE OF CERTAIN MEMBERSHIP INTERESTS AND WATER FREE AND CLEAR OF LIENS AND RELATED RELIEF BY PHILLIP CHRISTENSEN**

(ECF No. ____)

On November ___, 2026, a stipulation was filed requesting an extension of the deadline for Defendants C & A Farms, LLC and Maricopa Orchards, LLC (collectively the "Farming Defendants") to file an opposition to court-appointed receiver, Phillip Christensen's ("Receiver") Motion for Entry of Order Approving Sale of Certain Membership Interests and Water Free and Clear of Liens and Related Relief by Phillip Christensen (the "Stipulation"). The Court finds good cause to approve the Stipulation.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The Stipulation (ECF No. ___) is APPROVED.

2. The Farming Defendants shall file their opposition to said Motion on or before **November 18, 2026**.

IT IS SO ORDERED.

Dated:

_______________________________
STANLEY A. BOONE
United States Magistrate Judge

**PROOF OF SERVICE**

**The Prudential Insurance Company of America, et al v. ACDF, et al**
**Case No. 1:24-cv-01102-KES-SAB**

My business address is 265 East River Park Circle, Suite 310, Post Office Box 28340, Fresno, California 93729. I am employed in Fresno County, California. I am over the age of 18 years and am not a party to this case.

On the date indicated below, I served the foregoing document(s) described as **[PROPOSED] ORDER RE STIPULATION TO EXTEND OPPOSITION DEADLINE TO THE MOTION FOR ENTRY OF ORDER APPROVING SALE OF CERTAIN MEMBERSHIP INTERESTS AND WATER FREE AND CLEAR OF LIENS AND RELATED RELIEF BY PHILLP CHRISTENSEN** on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows: **SEE ATTACHED SERVICE LIST**

_______ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the United States Postal Service on the date noted below in the ordinary course of business, at Fresno, California designated in the **"U.S. MAIL LIST"**.

_______ (BY ELECTRONIC MAIL) I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail addressee(s) of the addressee(s) designated in the **"ELECTRONIC SERVICE LIST"**.

_______ (BY PERSONAL SERVICE) I caused delivery of such envelope(s), by hand, to the office(s) of the addressee(s).

_______ (BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

___X____ E-FILING: I caused the document(s) to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

EXECUTED ON **November 12, 2026**, at Fresno, California.

__**X**___ (FEDERAL) I declare under penalty of perjury, that the foregoing is true and correct.

*/s/ Dena Richardson*
Dena Richardson

# Mailing Information for a Case 1:24-cv-01230-KES-SAB Metropolitan Life Insurance Company v. C & A Farms, LLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Robert Cullen Barton**
  rbarton@mcdermottlaw.com,acorona@mcdermottlaw.com,mnadel@mcdermottlaw.com,los-angeles-docketing-2-3974@ecf.pacerpro.com,adavalos@mcdermottlaw.com,losangelesdocketing@mcdermottlaw.com
- **David Berger**
  dberger@sheppard.com,ehwalters@sheppardmullin.com
- **Michael Barrett Brown**
  michael.brown@stoel.com,jill.keehnen@stoel.com,ha.nguyen@stoel.com,docketclerk@stoel.com,rebecca.lerma@stoel.com
- **Benjamin J. Codog , III**
  ben.codog@stoel.com,docketclerk@stoel.com
- **Jane Kim**
  jkim@kbkllp.com
- **Michael Lauter**
  mlauter@sheppardmullin.com,lsegura@sheppardmullin.com
- **Aaron J Malo**
  amalo@sheppardmullin.com,mlinker@sheppardmullin.com
- **Ali M Mojdehi**
  ali.mojdehi@mgr-legal.com,allison.rego@mgr-legal.com
- **Saul Reiss**
  reisslaw@reisslaw.net
- **Michelle Rosales**
  michelle.rosales@stoel.com
- **Zev M. Shechtman**
  Zev.Shechtman@saul.com,Isaiah.Bribiesca@saul.com,Shelly.Guise@saul.com,hannah.richmond@saul.com,LitigationDocketing@saul.com,Zev.Shechtman@ecf.cour
- **Richard P. Steelman , Jr**
  RPS@LNBYG.COM,damon@lnbyg.com
- **Brodie Austin Surfus**
  bsurfus@wtjlaw.com,borozco@wtjlaw.com
- **Marshall Craig Whitney**
  mwhitney@wtjlaw.com,abroome@wtjlaw.com,sgomez@wtjlaw.com,hlopez@wtjlaw.com
- **Thomas Andrew Woods**
  thomas.woods@stoel.com,7052139420@filings.docketbird.com,1261239420@filings.docketbird.com,dalila.tobin@stoel.com,docketclerk@stoel.com,rebecca.lerma@
- **Beth Ann R. Young**
  bry@lnbyg.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`