# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>C & A FARMS, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01230-KES-SAB<br><br>ORDER RE STIPULATION TO EXTEND OPPOSITION DEADLINE TO THE MOTION FOR ENTRY OF ORDER APPROVING SALE OF CERTAIN MEMBERSHIP INTERESTS AND WATER FREE AND CLEAR OF LIENS AND RELATED RELIEF BY PHILLIP CHRISTENSEN<br><br>(ECF No. 111) |

On November 12, 2026, a stipulation was filed requesting an extension of the deadline for Defendants C & A Farms, LLC and Maricopa Orchards, LLC (collectively the "Farming Defendants") to file an opposition to court-appointed receiver, Phillip Christensen's ("Receiver") Motion for Entry of Order Approving Sale of Certain Membership Interests and Water Free and Clear of Liens and Related Relief by Phillip Christensen (the "Stipulation"). The Court finds good cause to approve the Stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The Stipulation (ECF No. 111) is APPROVED; and

2. The Farming Defendants shall file their opposition to said Motion on or before **November 18, 2026**.

IT IS SO ORDERED.

Dated: **November 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge